Erik Grafe
Carole Holley
Hannah Payne *(application pending)*
EARTHJUSTICE
441 W 5th Avenue Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: egrafe@earthjustice.org
E: cholley@earthjustice.org
E: hpayne@earthjustice.org

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

Kristen Monsell (*pro hac vice application forthcoming)*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity.*

Julia Forgie (*pro hac vice application forthcoming)*
Irene Gutierrez (*pro hac vice application forthcoming)*
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA 90401
T: 310.434.2300
E: jforgie@nrdc.org
E: igutierrez@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

COOK INLETKEEPER; ALASKA COMMUNITY ACTION ON TOXICS; CENTER FOR BIOLOGICAL DIVERSITY; KACHEMAK BAY CONSERVATION SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL, INC.,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT; AMANDA LEFTON, in her official capacity as Director of Bureau of Ocean Energy Management; DEB HAALAND, in her official capacity as Secretary of the Interior; and LAURA DANIEL-DAVIS, in her official capacity as Principal Deputy Assistant Secretary of the Interior for Land and Minerals,

*Defendants*.

Case No. 3:22-cv-00279-HRH

**PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, Kachemak Bay Conservation Society, and Natural Resources Defense Council, Inc., hereby state that they do not have a parent corporation, and that no publicly held corporation owns ten percent or more of stock in any of them.

Respectfully submitted this 21st day of December, 2022,

*s/ Erik Grafe*
Erik Grafe (Alaska Bar No. 0804010)
Carole Holley (Alaska Bar No. 0611076)
Hannah Payne (Alaska Bar No. 2105045)
EARTHJUSTICE

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

*s/ Kristen Monsell*
Kristen Monsell (*pro hac vice application forthcoming*)
CENTER FOR BIOLGICAL DIVERSITY

*Attorney for Plaintiff Center for Biological Diversity*

*s/ Julia Forgie*
Julia Forgie (*pro hac vice application forthcoming*)
Irene Gutierrez (*pro hac vice application forthcoming*)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Plaintiff Natural Resources Defense Council.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2022, a copy of foregoing PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT was served by first class mail on the following:

United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

Amanda Lefton
Director
Bureau of Ocean Energy Management
1849 C Street, NW
Washington, D.C. 20240

Laura Daniel-Davis
Principal Deputy Assistant Secretary
United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

Civil Process Clerk
U.S. Attorney, District of Alaska
United States Department of Justice
222 West 7th Avenue, Room 253, #9
Anchorage, AK 99513

Bureau of Ocean Energy Management
1849 C Street, NW
Washington, D.C. 20240

Deb Haaland
Secretary
United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

Merrick B. Garland, Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

*s/ Erik Grafe*
Erik Grafe
EARTHJUSTICE