# UNITED STATES DISTRICT COURT

for the

District of Alaska

| | | |
|---|---|---|
| COOK INLETKEEPER et al. (see attachment)<br>*Plaintiff*<br>v.<br>U.S. DEPARTMENT OF THE INTERIOR et al. (see attachment)<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:22-cv-00279-HRH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* S. Lane Tucker, U.S. Attorney for the District of Alaska
United States Department of Justice
222 West 7th Avenue, Room 253, #9
Anchorage, AK 99513

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Erik Grafe
Carole A. Holley
Hannah M. Payne
EARTHJUSTICE
441 W 5th Avenue Suite 301
Anchorage, AK 99501

Kristen Monsell
CENTER FOR BIOLGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612

Julia Forgie
Irene Gutierrez
NATURAL RESOURCES DEFENSE COUCIL
1314 Second Street
Santa Monica, CA 90401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:
.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

Erik Grafe
Carole Holley
Hannah Payne *(application pending)*
EARTHJUSTICE
441 W 5th Avenue Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: egrafe@earthjustice.org
E: cholley@earthjustice.org
E: hpayne@earthjustice.org

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

Kristen Monsell (*pro hac vice application forthcoming)*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity.*

Julia Forgie (*pro hac vice application forthcoming)*
Irene Gutierrez (*pro hac vice application forthcoming)*
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA 90401
T: 310.434.2300
E: jforgie@nrdc.org
E: igutierrez@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER; ALASKA COMMUNITY ACTION ON TOXICS; CENTER FOR BIOLOGICAL DIVERSITY; KACHEMAK BAY CONSERVATION SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT; AMANDA LEFTON, in her official capacity as Director of Bureau of Ocean Energy Management; DEB HAALAND, in her official capacity as Secretary of the Interior; and LAURA DANIEL-DAVIS, in her official capacity as Principal Deputy Assistant Secretary of the Interior for Land and Minerals,<br><br>*Defendants*. | Case No. |

**SUMMONS IN A CIVIL ACTION**