# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

***IRENE VIBAL GUTIERREZ***

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that IRENE VIBAL GUTIERREZ, # 252927, was on the 7th day of December, 2007, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 9th day of December 2022.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By:____________________________
*Biying Jia, Assistant Deputy Clerk*