**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| Cook Inletkeeper, et al.<br><br>Plaintiff(s),<br>vs.<br>U.S. Department of the Interior, et al.<br><br>Defendant(s). | Case No. 3:22-cv-00279-SLG<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Kristen Monsell (name), hereby apply for permission to appear and participate as counsel for Center for Biological Diversity (Name of party), Plaintiff (plaintiff/defendant), in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because [check whichever of the following boxes apply, if any]:

☒ I am a registered participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ For the reasons set forth in the attached memorandum.

**OR**

I hereby designate ______________________ (Name), a member of the Bar of this court, who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: December 27, 2022

/s/ Kristen Monsell
(Signature)

Kristen Monsell
(Printed Name)

1212 Broadway, Ste. 800
(Address)

Oakland, CA 94612
(City/State/Zip)

510-844-7137
(Telephone Number)

kmonsell@biologicaldiversity.org
(e-mail address)

Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE:

(Signature)

(Printed Name)

(Address)

(City, State, Zip)

(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Kristen Angela Monsell

Business Address: 1212 Broadway, Ste. 800 (Mailing/Street), Oakland, CA 94612 (City, State, ZIP)

Residence: 3374 64th Ave. (Mailing/Street), Oakland, CA 94605 (City, State, ZIP)

Business Telephone: 510-844-7137 e-mail address: kmonsell@biologicaldiversity.

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

Please see attached form

| (Jurisdiction) | (Address) | (Year) |
|---|---|---|
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐ No ☒ (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐ No ☒ (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: December 27, 2022

Kristen Monsell

(Signature of Applicant)

## Courts to Which Kristen Monsell Is Admitted and Date of Admission

| Title of Court | Date Admitted | Address |
|---|---|---|
| **State Courts** | | |
| California State Bar (Bar No. 304793) | 09/01/2015 | 180 Howard Street<br>San Francisco, CA 94105 |
| **Federal Courts** | | |
| U.S. District Court for the District of Oregon | 05/21/2012 | Mark O. Hatfield U.S. Courthouse<br>1000 S.W. Third Ave.<br>Portland, OR 97204 |
| U.S. District Court for the Central District of California | 11/02/2016 | First Street U.S. Courthouse<br>350 W 1st Street, Suite 4311<br>Los Angeles, CA 90012 |
| U.S. District Court for the Northern District of California | 09/12/2017 | Phillip Burton Federal Bldg.<br>450 Golden Gate Ave.,<br>Box 36060<br>San Francisco, CA 94102 |
| U.S. District Court for the District of Columbia | 07/06/2020 | 333 Constitution Avenue N.W.<br>Washington D.C. 20001<br>Room 1225 |
| U.S. Court of Appeals for the Ninth Circuit | 03/20/2013 | James R. Browning Courthouse<br>95 Seventh Street<br>San Francisco, CA 94103 |
| U.S. Court of Appeals for the Fifth Circuit | 03/26/2018 | 600 S. Maestri Place<br>Suite 115<br>New Orleans, LA 70130 |
| U.S. Court of Appeals for the District of Columbia | 11/02/2020 | E. Barrett Prettyman<br>U.S. Courthouse and<br>William B. Bryant Annex<br>333 Constitution Ave., NW<br>Washington, DC 20001 |