# UNITED STATES DISTRICT COURT

for the

District of Alaska

COOK INLETKEEPER et al. (see attachment)

*Plaintiff*

v.

U.S. DEPARTMENT OF THE INTERIOR et al. (see attachment)

*Defendant*

) ) ) ) Civil Action No. 3:22-cv-00279-HRH ) ) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Erik Grafe
Carole A. Holley
Hannah M. Payne
EARTHJUSTICE
441 W 5th Avenue Suite 301
Anchorage, AK 99501

Kristen Monsell
CENTER FOR BIOLGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612

Julia Forgie
Irene Gutierrez
NATURAL RESOURCES DEFENSE COUCIL
1314 Second Street
Santa Monica, CA 90401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

UNITED STATES DISTRICT COURT ★ DISTRICT OF ALASKA ★

Date: 12/21/22

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:22-cv-00279

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. Department of the Interior

was received by me on *(date)* 12/21/2022 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: I served the summons and complaint on the U.S. Department of the Interior on December 21, 2022 by certified mail, return receipt requested.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: February 13, 2023

*Server's signature*

Sarah Saunders, Litigation Paralegal

*Printed name and title*

Earthjustice
441 W 5th Avenue, Suite 301
Anchorage, AK 99501

*Server's address*

Additional information regarding attempted service, etc:

Erik Grafe
Carole Holley
Hannah Payne *(application pending)*
EARTHJUSTICE
441 W 5th Avenue Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: egrafe@earthjustice.org
E: cholley@earthjustice.org
E: hpayne@earthjustice.org

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

Kristen Monsell (*pro hac vice application forthcoming)*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity.*

Julia Forgie (*pro hac vice application forthcoming)*
Irene Gutierrez (*pro hac vice application forthcoming)*
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA 90401
T: 310.434.2300
E: jforgie@nrdc.org
E: igutierrez@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER; ALASKA COMMUNITY ACTION ON TOXICS; CENTER FOR BIOLOGICAL DIVERSITY; KACHEMAK BAY CONSERVATION SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL, INC., | Case No. |
| *Plaintiffs*, | |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT; AMANDA LEFTON, in her official capacity as Director of Bureau of Ocean Energy Management; DEB HAALAND, in her official capacity as Secretary of the Interior; and LAURA DANIEL-DAVIS, in her official capacity as Principal Deputy Assistant Secretary of the Interior for Land and Minerals, | |
| *Defendants*. | |

**SUMMONS IN A CIVIL ACTION**

# UNITED STATES DISTRICT COURT

for the

District of Alaska

| | | |
|---|---|---|
| COOK INLETKEEPER et al. (see attachment)<br>*Plaintiff*<br>v.<br>U.S. DEPARTMENT OF THE INTERIOR et al. (see attachment)<br>*Defendant* | ) ) ) ) ) ) ) | Civil Action No. 3:22-cv-00279-HRH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bureau of Ocean Energy Management
1849 C Street, N.W.
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Erik Grafe<br>Carole A. Holley<br>Hannah M. Payne<br>EARTHJUSTICE<br>441 W 5th Avenue Suite 301<br>Anchorage, AK 99501 | Kristen Monsell<br>CENTER FOR BIOLGICAL DIVERSITY<br>1212 Broadway, St. #800<br>Oakland, CA 94612 | Julia Forgie<br>Irene Gutierrez<br>NATURAL RESOURCES DEFENSE COUCIL<br>1314 Second Street<br>Santa Monica, CA 90401 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT ★ DISTRICT OF ALASKA ★

CLERK OF COURT

Date: 12/21/22

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:22-cv-00279

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Bureau of Ocean Energy Management

was received by me on *(date)* 12/21/2022 .

❐ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ____________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________________

______________________ on *(date)* ____________ ; or

❐ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*: I served the summons and complaint on the Bureau of Ocean Energy Management on December 21, 2022 by certified mail, return receipt requested.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: February 13, 2023

[signature]

*Server's signature*

Sarah Saunders, Litigation Paralegal

*Printed name and title*

Earthjustice
441 W 5th Avenue, Suite 301
Anchorage, AK 99501

*Server's address*

Additional information regarding attempted service, etc:

Erik Grafe
Carole Holley
Hannah Payne *(application pending)*
EARTHJUSTICE
441 W 5th Avenue Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: egrafe@earthjustice.org
E: cholley@earthjustice.org
E: hpayne@earthjustice.org

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

Kristen Monsell (*pro hac vice application forthcoming)*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity.*

Julia Forgie (*pro hac vice application forthcoming)*
Irene Gutierrez (*pro hac vice application forthcoming)*
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA 90401
T: 310.434.2300
E: jforgie@nrdc.org
E: igutierrez@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

COOK INLETKEEPER; ALASKA COMMUNITY ACTION ON TOXICS; CENTER FOR BIOLOGICAL DIVERSITY; KACHEMAK BAY CONSERVATION SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL, INC.,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT; AMANDA LEFTON, in her official capacity as Director of Bureau of Ocean Energy Management; DEB HAALAND, in her official capacity as Secretary of the Interior; and LAURA DANIEL-DAVIS, in her official capacity as Principal Deputy Assistant Secretary of the Interior for Land and Minerals,

*Defendants*.

Case No.

**SUMMONS IN A CIVIL ACTION**

# UNITED STATES DISTRICT COURT

for the

District of Alaska

COOK INLETKEEPER et al. (see attachment)

*Plaintiff*

v.

U.S. DEPARTMENT OF THE INTERIOR et al. (see attachment)

*Defendant*

Civil Action No. 3:22-cv-00279-HRH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amanda Lefton, Director
Bureau of Ocean Energy Management
1849 C Street, N.W.
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Erik Grafe
Carole A. Holley
Hannah M. Payne
EARTHJUSTICE
441 W 5th Avenue Suite 301
Anchorage, AK 99501

Kristen Monsell
CENTER FOR BIOLGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612

Julia Forgie
Irene Gutierrez
NATURAL RESOURCES DEFENSE COUCIL
1314 Second Street
Santa Monica, CA 90401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT ★ DISTRICT OF ALASKA ★

Date: 12/21/22

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:22-cv-00279

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Amanda Lefton, Director

was received by me on *(date)* 12/21/2022 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: I served the summons and complaint on Amanda Lefton on December 21, 2022 by certified mail, return receipt requested.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: February 13, 2023

[signature]
*Server's signature*

Sarah Saunders, Litigation Paralegal
*Printed name and title*

Earthjustice
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
*Server's address*

Additional information regarding attempted service, etc:

Erik Grafe
Carole Holley
Hannah Payne *(application pending)*
EARTHJUSTICE
441 W 5th Avenue Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: egrafe@earthjustice.org
E: cholley@earthjustice.org
E: hpayne@earthjustice.org

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

Kristen Monsell (*pro hac vice application forthcoming)*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity.*

Julia Forgie (*pro hac vice application forthcoming)*
Irene Gutierrez (*pro hac vice application forthcoming)*
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA 90401
T: 310.434.2300
E: jforgie@nrdc.org
E: igutierrez@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER; ALASKA COMMUNITY ACTION ON TOXICS; CENTER FOR BIOLOGICAL DIVERSITY; KACHEMAK BAY CONSERVATION SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT; AMANDA LEFTON, in her official capacity as Director of Bureau of Ocean Energy Management; DEB HAALAND, in her official capacity as Secretary of the Interior; and LAURA DANIEL-DAVIS, in her official capacity as Principal Deputy Assistant Secretary of the Interior for Land and Minerals,<br><br>*Defendants*. | Case No. |

**SUMMONS IN A CIVIL ACTION**

# UNITED STATES DISTRICT COURT
for the
District of Alaska

COOK INLETKEEPER et al. (see attachment)

*Plaintiff*

v.

U.S. DEPARTMENT OF THE INTERIOR et al. (see attachment)

*Defendant*

Civil Action No. 3:22-cv-00279-HRH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Deb Haaland, Secretary
U.S. Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Erik Grafe
Carole A. Holley
Hannah M. Payne
EARTHJUSTICE
441 W 5th Avenue Suite 301
Anchorage, AK 99501

Kristen Monsell
CENTER FOR BIOLGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612

Julia Forgie
Irene Gutierrez
NATURAL RESOURCES DEFENSE COUCIL
1314 Second Street
Santa Monica, CA 90401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/21/22

UNITED STATES DISTRICT COURT ★ DISTRICT OF ALASKA ★

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:22-cv-00279

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Deb Haaland, Secretary

was received by me on *(date)* 12/21/2022 .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________

____________ , a person of suitable age and discretion who resides there,

on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ____________

______________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*: I served the summons and complaint on Deb Haaland on December 21, 2022 by certified mail, return receipt requested.

.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: February 13, 2023

[signature]

*Server's signature*

Sarah Saunders, Litigation Paralegal

*Printed name and title*

Earthjustice
441 W 5th Avenue, Suite 301
Anchorage, AK 99501

*Server's address*

Additional information regarding attempted service, etc:

Erik Grafe
Carole Holley
Hannah Payne *(application pending)*
EARTHJUSTICE
441 W 5th Avenue Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: egrafe@earthjustice.org
E: cholley@earthjustice.org
E: hpayne@earthjustice.org

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

Kristen Monsell (*pro hac vice application forthcoming)*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity.*

Julia Forgie (*pro hac vice application forthcoming)*
Irene Gutierrez (*pro hac vice application forthcoming)*
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA 90401
T: 310.434.2300
E: jforgie@nrdc.org
E: igutierrez@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER; ALASKA COMMUNITY ACTION ON TOXICS; CENTER FOR BIOLOGICAL DIVERSITY; KACHEMAK BAY CONSERVATION SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL, INC., *Plaintiffs*, v. U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT; AMANDA LEFTON, in her official capacity as Director of Bureau of Ocean Energy Management; DEB HAALAND, in her official capacity as Secretary of the Interior; and LAURA DANIEL-DAVIS, in her official capacity as Principal Deputy Assistant Secretary of the Interior for Land and Minerals, *Defendants*. | Case No. |

**SUMMONS IN A CIVIL ACTION**

# UNITED STATES DISTRICT COURT

for the

District of Alaska

COOK INLETKEEPER et al. (see attachment)

*Plaintiff*

v.

U.S. DEPARTMENT OF THE INTERIOR et al. (see attachment)

*Defendant*

Civil Action No. 3:22-cv-00279-HRH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Laura Daniel-Davis, Principal Deputy Assistant Secretary
U.S. Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Erik Grafe
Carole A. Holley
Hannah M. Payne
EARTHJUSTICE
441 W 5th Avenue Suite 301
Anchorage, AK 99501

Kristen Monsell
CENTER FOR BIOLGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612

Julia Forgie
Irene Gutierrez
NATURAL RESOURCES DEFENSE COUCIL
1314 Second Street
Santa Monica, CA 90401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT * DISTRICT OF ALASKA *

*CLERK OF COURT*

Date: 12/21/22

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:22-cv-00279

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Laura Daniel-Davis, Principal Deputy Assistant Secretary was received by me on *(date)* 12/21/2022 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: I served the summons and complaint on Laura Daniel-Davis on December 21, 2022 by certified mail, return receipt requested.

My fees are $ ______ for travel and ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: February 13, 2023

[signature]
*Server's signature*

Sarah Saunders, Litigation Paralegal
*Printed name and title*

Earthjustice
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
*Server's address*

Additional information regarding attempted service, etc:

Erik Grafe
Carole Holley
Hannah Payne *(application pending)*
EARTHJUSTICE
441 W 5th Avenue Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: egrafe@earthjustice.org
E: cholley@earthjustice.org
E: hpayne@earthjustice.org

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

Kristen Monsell (*pro hac vice application forthcoming)*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity.*

Julia Forgie (*pro hac vice application forthcoming)*
Irene Gutierrez (*pro hac vice application forthcoming)*
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA 90401
T: 310.434.2300
E: jforgie@nrdc.org
E: igutierrez@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

COOK INLETKEEPER; ALASKA COMMUNITY ACTION ON TOXICS; CENTER FOR BIOLOGICAL DIVERSITY; KACHEMAK BAY CONSERVATION SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL, INC.,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT; AMANDA LEFTON, in her official capacity as Director of Bureau of Ocean Energy Management; DEB HAALAND, in her official capacity as Secretary of the Interior; and LAURA DANIEL-DAVIS, in her official capacity as Principal Deputy Assistant Secretary of the Interior for Land and Minerals,

*Defendants*.

Case No.

**SUMMONS IN A CIVIL ACTION**

# UNITED STATES DISTRICT COURT

for the

District of Alaska

COOK INLETKEEPER et al. (see attachment)

*Plaintiff*

v.

U.S. DEPARTMENT OF THE INTERIOR et al. (see attachment)

*Defendant*

Civil Action No. 3:22-cv-00279-HRH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Merrick B. Garland, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Erik Grafe
Carole A. Holley
Hannah M. Payne
EARTHJUSTICE
441 W 5th Avenue Suite 301
Anchorage, AK 99501

Kristen Monsell
CENTER FOR BIOLGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612

Julia Forgie
Irene Gutierrez
NATURAL RESOURCES DEFENSE COUCIL
1314 Second Street
Santa Monica, CA 90401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT ★ DISTRICT OF ALASKA ★

CLERK OF COURT

Date: 12/21/22

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:22-cv-00279

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Merrick B. Garland, Attorney General

was received by me on *(date)* 12/21/2022 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: I served the summons and complaint on Merrick B. Garland on December 21, 2022 by certified mail, return receipt requested.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: February 13, 2023

[signature]
*Server's signature*

Sarah Saunders, Litigation Paralegal
*Printed name and title*

Earthjustice
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
*Server's address*

Additional information regarding attempted service, etc:

Erik Grafe
Carole Holley
Hannah Payne *(application pending)*
EARTHJUSTICE
441 W 5th Avenue Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: egrafe@earthjustice.org
E: cholley@earthjustice.org
E: hpayne@earthjustice.org

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

Kristen Monsell (*pro hac vice application forthcoming)*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity.*

Julia Forgie (*pro hac vice application forthcoming)*
Irene Gutierrez (*pro hac vice application forthcoming)*
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA 90401
T: 310.434.2300
E: jforgie@nrdc.org
E: igutierrez@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

COOK INLETKEEPER; ALASKA COMMUNITY ACTION ON TOXICS; CENTER FOR BIOLOGICAL DIVERSITY; KACHEMAK BAY CONSERVATION SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL, INC.,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT; AMANDA LEFTON, in her official capacity as Director of Bureau of Ocean Energy Management; DEB HAALAND, in her official capacity as Secretary of the Interior; and LAURA DANIEL-DAVIS, in her official capacity as Principal Deputy Assistant Secretary of the Interior for Land and Minerals,

*Defendants*.

Case No.

**SUMMONS IN A CIVIL ACTION**

7019 2280 0001 9431 3486

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20240

**OFFICIAL USE**

| | |
|---|---|
| Certified Mail Fee $ $4.00 | 0508 |
| $3.25 | 22 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $3.60 | |
| Total Postage and Fees $ $10.85 | 12/21/2022 |

SPENARD JACK STATION ANCHORAGE AK 99508 DEC 21 2022

Sent To US DOI

Street and Apt. No., or PO Box No. 1849 C Street NW

City, State, ZIP+4® Washington DC 20240

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 70192280000194313486

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:31 am on December 27, 2022 in WASHINGTON, DC 20240.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20240
December 27, 2022, 7:31 am

**See All Tracking History**

Feedback

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

7019 2970 0001 1690 7157

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20240

**OFFICIAL USE**

Certified Mail Fee $4.00

$ $3.25

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $3.60

$

Total Postage and Fees $10.85

$

0508
22

Postmark Here

RUSSIAN JACK STATION ANCHORAGE AK 995
DEC 2 1 2022

12/21/2022

*Sent To* BOEM

*Street and Apt. No., or PO Box No.* 1849 C Street NW

*City, State, ZIP+4®* Washington DC 20240

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER:** *COMPLETE THIS SE*

- Complete items 1, 2, and 3.
- Print your name and address on the revers so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BOEM
1849 C Street NW
Washington DC
20240

9590 9402 5618 9274 9166 48

2. Article Number *(Transfer from service label)*

7019 2970 0001 1690 7157

*ETE THIS SECTION ON DELIVERY*

e
X [signature]
☒ Agent
☐ Addressee

B. Received by *(Printed Name)* Ericka Williams

C. Date of Delivery 1/10/23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ail Restricted Delivery
- )
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Return Receipt

7019 2970 0001 1690 7133

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20240

**OFFICIAL USE**

Certified Mail Fee $4.00
$ $3.25
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $3.60
$
Total Postage and Fees $10.85
$

Postmark Here
0508
22
RUSSIAN JACK STATION ANCHORAGE AK 99508 DEC 21 2022
12/21/2022

*Sent To* A. Lefton, BOEM
*Street and Apt. No., or PO Box No.* 1849 C Street NW
*City, State, ZIP+4®* Wash DC 20240

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AMANDA LEFTON
BOEM
1849 C STREET NW
WASHINGTON, DC
20240

9590 9402 5618 9274 9165 94

2. Article Number *(Transfer from service label)*

7019 2970 0001 1690 7133

PS Form 3811, July 2015 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Ericka [signature]
☒ Agent
☐ Addressee

B. Received by *(Printed Name)* Ericka Williams

C. Date of Delivery 1/10/23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ …il
…il Restricted …
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20240

OFFICIAL USE

7019 2970 0001 1690 7119

| | |
|---|---|
| Certified Mail Fee $ $4.00 | 0508 |
| $3.25 | 22 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $3.60 | ANCHORAGE AK 99508 RUSSIAN JACK STATION DEC 21 2022 |
| Total Postage and Fees $ $10.85 | 12/21/2022 |

*Sent To* Haaland, USDOI

*Street and Apt. No., or PO Box No.* 1849 C St NW

*City, State, ZIP+4®* Washington DC 20240

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70192970000116907119

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:31 am on December 27, 2022 in WASHINGTON, DC 20240.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20240
December 27, 2022, 7:31 am

**See All Tracking History**

Feedback

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7019 2970 0001 1690 7140

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20240
**OFFICIAL USE**

| | |
|---|---|
| Certified Mail Fee $ | $4.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $3.25 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | $0.00 |
| Postage $ | $3.60 |
| Total Postage and Fees $ | $10.85 |

0508
22

Postmark Here

RUSSIAN JACK STA ANCHORAGE AK 99508 DEC 21 2022

12/21/2022

Sent To
Laura Daniel-Davis DOI
Street and Apt. No., or PO Box No.
1849 C Street NW
City, State, ZIP+4®
Washington DC 20240

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Laura Daniel-Davis
US Dept of the Interior
1849C Street NW
Washington DC 20240

9590 9402 5618 9274 9166 24

2. Article Number *(Transfer from service label)*

7019 2970 0001 1690 7140

PS Form **3811**, July 2015 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by *(Printed Name)* M CAMINITI

C. Date of Delivery 1-5-23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

7019 2280 0001 9431 3479

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

**OFFICIAL USE**

| | | |
|---|---|---|
| Certified Mail Fee $ | $4.00 | 0508 |
| | $3.25 | 22 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage $ | $3.60 | |
| Total Postage and Fees $ | $10.85 | 12/21/2022 |

SPENARD JACK STATION ANCHORAGE AK 99508 DEC 21 2022

*Sent To* Garland, DOJ

*Street and Apt. No., or PO Box No.* 950 Pennsylvania Ave NW

*City, State, ZIP+4®* Washington DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Merrick Garland
US Dep't of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

9590 9402 7520 2098 2990 58

2. Article Number *(Transfer from service label)*

7019 2280 0001 9431 3479

PS Form 3811, July 2020 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

DEC 26 2022

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...ail
...ail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# UNITED STATES DISTRICT COURT

for the

District of Alaska

COOK INLETKEEPER et al. (see attachment)

*Plaintiff*

v.

U.S. DEPARTMENT OF THE INTERIOR et al. (see attachment)

*Defendant*

Civil Action No. 3:22-cv-00279-HRH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* S. Lane Tucker, U.S. Attorney for the District of Alaska
United States Department of Justice
222 West 7th Avenue, Room 253, #9
Anchorage, AK 99513

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Erik Grafe
Carole A. Holley
Hannah M. Payne
EARTHJUSTICE
441 W 5th Avenue Suite 301
Anchorage, AK 99501

Kristen Monsell
CENTER FOR BIOLGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612

Julia Forgie
Irene Gutierrez
NATURAL RESOURCES DEFENSE COUCIL
1314 Second Street
Santa Monica, CA 90401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT ★ DISTRICT OF ALASKA ★

CLERK OF COURT

Date: 12/21/22

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:22-cv-00279

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* S. Lane Tucker, U.S. Attorney for the District of Alaska was received by me on *(date)* 12/22/2022 .

☑ I personally served the summons on the individual at *(place)* United States Department of Justice 222 West 7th Avenue, Room 253, #9 Anchorage, AK 99513 on *(date)* 12/22/2022 ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________, a person of suitable age and discretion who resides there, on *(date)* ________, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ________, who is designated by law to accept service of process on behalf of *(name of organization)* ________ on *(date)* ________ ; or

❒ I returned the summons unexecuted because ________ ; or

❒ Other *(specify)*:

.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: February 13, 2023

Hannah Payne
*Server's signature*

Hannah Payne, Associate Attorney
*Printed name and title*

Earthjustice
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
*Server's address*

Additional information regarding attempted service, etc:

Erik Grafe
Carole Holley
Hannah Payne *(application pending)*
EARTHJUSTICE
441 W 5th Avenue Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: egrafe@earthjustice.org
E: cholley@earthjustice.org
E: hpayne@earthjustice.org

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

Kristen Monsell (*pro hac vice application forthcoming)*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity.*

Julia Forgie (*pro hac vice application forthcoming)*
Irene Gutierrez (*pro hac vice application forthcoming)*
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA 90401
T: 310.434.2300
E: jforgie@nrdc.org
E: igutierrez@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

COOK INLETKEEPER; ALASKA COMMUNITY ACTION ON TOXICS; CENTER FOR BIOLOGICAL DIVERSITY; KACHEMAK BAY CONSERVATION SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL, INC.,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT; AMANDA LEFTON, in her official capacity as Director of Bureau of Ocean Energy Management; DEB HAALAND, in her official capacity as Secretary of the Interior; and LAURA DANIEL-DAVIS, in her official capacity as Principal Deputy Assistant Secretary of the Interior for Land and Minerals,

*Defendants*.

Case No.

**SUMMONS IN A CIVIL ACTION**

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2023, a copy of foregoing PLAINTIFFS' AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT was served by first class mail on the following:

United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

Amanda Lefton
Director
Bureau of Ocean Energy Management
1849 C Street, NW
Washington, D.C. 20240

Laura Daniel-Davis
Principal Deputy Assistant Secretary
United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

Civil Process Clerk
U.S. Attorney, District of Alaska
United States Department of Justice
222 West 7th Avenue, Room 253, #9
Anchorage, AK 99513

Bureau of Ocean Energy Management
1849 C Street, NW
Washington, D.C. 20240

Deb Haaland
Secretary
United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

Merrick B. Garland, Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

*s/ Erik Grafe*
Erik Grafe
EARTHJUSTICE