TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

LUTHER L. HAJEK (CO Bar 44303)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1376; Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Attorneys for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| COOK INLETKEEPER *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR *et al.*,<br><br>Defendants. | Case No. 3:22-cv-00279-SLG |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Pursuant to Local Civil Rule 7.3(b), Defendants U.S. Department of the Interior *et al.* respectfully move for an extension of time to file a response to Plaintiffs' Complaint for Declaratory and Injunctive Relief, ECF No. 1. Defendants' response to the Complaint is currently due February 21, 2022, and Defendants request that the deadline be extended

until after Plaintiffs have filed an amended complaint. Defendants have conferred with Plaintiffs and understand that Plaintiffs intend to amend the Complaint to add claim(s) under the Endangered Species Act. The parties have agreed that Plaintiffs may file an amended complaint by April 7, 2023, and Defendants may file a response to that amended complaint by April 28, 2028. Accordingly, Defendants request that this schedule be adopted, as set forth in the attached proposed order.

Respectfully submitted this 14th day of February, 2023.

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

LUTHER L. HAJEK (CO Bar 44303)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1376; Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2023, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Luther L. Hajek*
Luther L. Hajek