**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| COOK INLETKEEPER *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR *et al.*,<br><br>Defendants. | Case No. 3:22-cv-00279-SLG |

**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION**

Upon consideration of Defendants' Unopposed Motion for an Extension of Time to Respond to Plaintiffs' Complaint and finding good cause to grant the motion, the motion is hereby GRANTED. It is further ordered that the following schedule shall govern the filing of Plaintiffs' amended complaint and Defendants' response:

1. Plaintiffs file an amended complaint by April 7, 2023.
2. Defendants file their response to the amended complaint by April 28, 2023.

IT IS SO ORDERED.

Dated this ______ of February 2023.

____________________________________
HON. SHARON L. GLEASON
United States District Judge