**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| COOK INLETKEEPER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Case No. 3:22-cv-00279-SLG |

**ORDER RE UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Before the Court at Docket 16 is Defendants' *Unopposed Motion for an Extension of Time to Respond to Plaintiffs' Complaint*. Good cause being shown, the motion is hereby GRANTED. IT IS ORDERED that the following schedule shall govern the filing of Plaintiffs' amended complaint and Defendants' response:

1. Plaintiffs file an amended complaint no later than April 7, 2023.
2. Defendants file their response to the amended complaint by April 28, 2023.

DATED this 15th day of February, 2022, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE