TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

LUTHER L. HAJEK (CO Bar 44303)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1376; Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR *et al.*, <br><br> Defendants. | Case No. 3:22-cv-00279-SLG |

### STIPULATION REGARDING THE SCHEDULE FOR FILING THE ADMINISTRATIVE RECORD AND RECORD MOTIONS

The parties to this case enter into the following stipulation regarding the schedule for the filing of the administrative record. Plaintiffs filed their complaint in this case on December 21, 2022, ECF No. 1. The parties previously agreed to a schedule for the

*Cook Inletkeeper et al. v. U.S. Dep't of the Interior et al.,*
Case No. 3:22-cv-00279-HRH          1

filing of an amended complaint, if any, on April 7, 2023, and Defendants' response to the complaint or, as applicable, amended complaint, on April 28, 2023, and that schedule was approved by the Court. ECF No. 17. The parties now stipulate to the following schedule for the filing of the administrative record and any potential motions to supplement or complete the administrative record, as follows:

Defendants file the administrative record: June 27, 2023

The parties will confer and informally attempt to resolve any disputes concerning the administrative record. Plaintiffs shall notify Defendants of any issues concerning the sufficiency of the administrative record by: July 27, 2023

If the parties are unable to informally resolve issues concerning the administrative record, Plaintiffs shall file a motion to supplement or complete the administrative record by: August 25, 2023

If a motion to supplement or complete the administrative record is filed, Defendants' response is due by: September 22, 2023

If a motion to supplement or complete the administrative record is filed Plaintiffs' reply is due by: October 6, 2023

Accordingly, the parties request that this schedule be adopted, as set forth in the attached proposed order.

Respectfully submitted this 20th day of March, 2023.

TODD KIM

*Cook Inletkeeper et al. v. U.S. Dep't of the Interior et al.*,
Case No. 3:22-cv-00279-HRH            2

Assistant Attorney General
Environment and Natural Resources Division

*/s/ Luther L. Hajek*
LUTHER L. HAJEK (CO Bar 44303)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1376; Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Attorneys for Federal Defendants*

*/s/ Erik Grafe*
Erik Grafe (Alaska Bar No. 0804010)
Carole Holley (Alaska Bar No. 0611076)
Hannah Payne (Alaska Bar No. 2105045)
EARTHJUSTICE

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

*/s/ Kristen Monsell*
Kristen Monsell (*pro hac vice*)
CENTER FOR BIOLGICAL DIVERSITY

*Attorney for Plaintiff Center for Biological Diversity*

*/s/ Julie Forgie*
Julia Forgie (*pro hac vice*)
Irene Gutierrez (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Plaintiff Natural Resources Defense Council.*

*Cook Inletkeeper et al. v. U.S. Dep't of the Interior et al.*,
Case No. 3:22-cv-00279-HRH         3

# CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2023, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

>/s/ *Luther L. Hajek*
>Luther L. Hajek