**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

COOK INLETKEEPER, *et al.*,

Plaintiffs,

v.

U.S. DEPARTMENT OF THE INTERIOR, *et al.*,

Defendants.

Case No. 3:22-cv-00279-SLG

**ORDER RE STIPULATION REGARDING THE SCHEDULE FOR FILING THE ADMINISTRATIVE RECORD AND RECORD MOTIONS**

Before the Court at Docket 18 is the parties' *Stipulation Regarding the Schedule for Filing the Administrative Record and Record Motions*. Upon due consideration, the stipulation is hereby GRANTED. IT IS ORDERED that the following schedule shall govern the Defendants' filing of the administrative record and Plaintiffs' filing of any motion challenging the administrative record:

1. Defendants to file the administrative record by June 27, 2023.
2. Plaintiffs to file any motion to supplement or challenge the sufficiency of the administrative record by August 25, 2023.
3. Defendants file a response to any record motion by September 22, 2023' and
4. Plaintiffs file a reply in support of any record motion by October 6, 2023.

DATED this 23rd day of March, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE