TREG TAYLOR
ATTORNEY GENERAL

Hugh P. Dowell (Alaska Bar No. 2205034)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: *hugh.dowell@alaska.gov*

Attorney for the State of Alaska

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| COOK INLETKEEPER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | ) | Case No.: 3:22-cv-00279-SLG |

## STATE OF ALASKA'S MOTION TO INTERVENE

The State of Alaska seeks to intervene as a defendant in the above-captioned case under Rule 24 of the Federal Rules of Civil Procedure. In support of this motion, the State has attached a memorandum of law in support of this motion, a proposed answer in intervention, and a proposed order.

Alaska has conferred with counsel from the other parties in this action concerning their position on this motion. Plaintiffs' counsel has stated that plaintiffs have no position

on Alaska's intervention. At the time of filing this motion, defendants' counsel is continuing to consider its response.

DATED: April 26, 2023.

TREG TAYLOR
ATTORNEY GENERAL

By: *_/s/Hugh P. Dowell_*
Hugh P. Dowell
Assistant Attorney General
Alaska Bar No. 2205034
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5232
Facsimile: (907) 276-3697
Email: hugh.dowell@alaska.gov
Attorney for the State of Alaska

**Certificate of Service**

I certify that on April 26th, 2023, copies of the foregoing Motion to Intervene, Memorandum of Support of Motion to Intervene, Proposed Answer in Intervention, Exhibit A, Exhibit B, and a Proposed Order were filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

_/s/Hugh P. Dowell_
Hugh P. Dowell, Assistant Attorney General