TREG TAYLOR
ATTORNEY GENERAL

Hugh P. Dowell (Alaska Bar No. 2205034)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: *hugh.dowell@alaska.gov*

Attorney for State of Alaska

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| COOK INLETKEEPER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Case No.: 3:22-cv-00279-SLG |

**DECLARATION OF DIRECTOR**
**DEREK NOTTINGHAM**

I, Derek Nottingham, declare as follows:

1. I am over 21 years of age, fully competent, and authorized to make this declaration.

2. In have been the Director of the Division of Oil and Gas since January 28, 2022, and have been in State service since August 17, 2020. Prior to my tenure with the State of Alaska I was in a managerial position with BP overseeing development of the

Prudhoe Bay oil field on Alaska's North Slope. I have over 25 years of oil and gas experience primarily with major oil and gas exploration and production companies such as BP, Chevron, and Texaco. I have obtained a B.S. and M.S. degree in Petroleum Engineering from Louisiana State University as well as an M.B.A from Boise State University. I am also a licensed professional engineer in Alaska.

3. In my role as Director, I am responsible for ensuring that the State of Alaska obtains the maximum benefit from the oil and gas resources primarily through administrating the State of Alaska's royalty interest in production from its own leases. This regularly accounts for amounts of state revenue in excess of $1 billion annually. Furthermore, I am responsible for ensuring oil and gas companies are actively developing resources within the confines of the State of Alaska, regardless of subsurface ownership, as these projects can provide significant economic benefit through other means of revenue such as production, property, and corporate income taxes.

4. Southcentral Alaska—the most populated region of the state—relies on oil and gas produced in the Cook Inlet basin for its energy needs and energy security. Those energy needs are dependent on an aged infrastructure with a very high fixed cost of operation and a declining source of energy (natural gas). Therefore, finding and developing new sources of energy, including natural gas from Offshore Federal Leases in the Cook Inlet, is of vital importance to safeguarding the economic stability and security of the region.

5. Development of oil and gas resources in the state provides Alaska's citizens with job opportunities either in the oil and gas or support industries. Additionally, there are many indirectly related job opportunities made available to Alaskans because of the overall economic benefit of oil and gas operations in the State of Alaska.

6. Oil and gas producers are more likely to invest in and develop projects in advantageous markets where they can take gain economies of scale; this is certainly enhanced where companies can develop projects on both state and federal lands as in the Cook Inlet Region.

7. The sale of federal offshore oil and gas leases under the Bureau of Ocean Energy Management's Cook Inlet Lease Sale 258 has a direct impact on creating a market in Alaska that producers will find desirable for investment in and development of oil and gas projects on both state and federal land.

8. As a result, the outcome of this litigation, in which environmental groups seek to halt the culmination of Cook Inlet Lease Sale 258 and subsequent development of the parcels subject to that sale, will have a direct effect on the state of Alaska, its economic interests, and its citizens.

Under 28 U.S.C. § 1746 I declare under penalty of perjury that the statements are true and correct to the best of my knowledge.

Executed on April 25, 2023.

By: [signature]
Derek Nottingham
Director of the Division of Oil and Gas
State of Alas Department of Natural
Resources

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746.