TREG TAYLOR
ATTORNEY GENERAL

Hugh P. Dowell (Alaska Bar No. 2205034)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: *hugh.dowell@alaska.gov*

Attorney for the State of Alaska

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| COOK INLETKEEPER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Case No.: 3:22-cv-00279-SLG |

# [PROPOSED] ORDER GRANTING INTERVENTION

Having reviewed and fully considered the State of Alaska's motion to intervene in the above-captioned case,

IT IS HEREBY ORDERED that the State of Alaska's motion is GRANTED, and the proposed answer accompanying the State's motion to intervene is deemed filed with the Court.

DATED: ______________________________, 2023.

__________________________________
Hon. Sharon Gleason
United States District Judge