Erik Grafe
Carole Holley
Hannah M. Payne
EARTHJUSTICE
441 W 5th Avenue Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: egrafe@earthjustice.org
E: cholley@earthjustice.org
E: hpayne@earthjustice.org

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

Kristen Monsell (*pro hac vice)*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity.*

Julia Forgie (*pro hac vice)*
Irene Gutierrez (*pro hac vice)*
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA 90401
T: 310.434.2300
E: jforgie@nrdc.org
E: igutierrez@nrdc.org

Thomas Zimpleman (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th Street NW, Suite 300
Washington, DC 20005
T: 202.513.6244
E: tzimpleman@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER *et al.*, | ) |
| | ) Case No. 3:22-cv-00279-SLG |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF THE INTERIOR *et al.*, | ) |
| | ) |
| *Defendants*. | |

**NON-OPPOSITION TO STATE OF ALASKA'S MOTION TO INTERVENE**

Plaintiffs do not oppose the State's motion to intervene. Doc. 20. Plaintiffs do not agree with a number of the allegations in the memorandum of law accompanying the motion, Doc. 20-1, and its proposed answer and declaration, Docs. 20-2 & 20-3, and reserve the right to dispute them as appropriate during the pendency of the litigation.

Respectfully submitted this 8th day of May, 2023,

*s/ Hannah M. Payne*

Hannah M. Payne (Alaska Bar No. 2105045)
Erik Grafe (Alaska Bar No. 0804010)
Carole Holley (Alaska Bar No. 0611076)
EARTHJUSTICE

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

*s/ Kristen Monsell*

Kristen Monsell (*pro hac vice*)
CENTER FOR BIOLGICAL DIVERSITY

*Attorney for Plaintiff Center for Biological Diversity*

*s/ Irene Gutierrez*

Irene Gutierrez (*pro hac vice*)
Julia Forgie (*pro hac vice*)
Thomas Zimpleman (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Plaintiff Natural Resources Defense Council.*

## CERTIFICATE OF COMPLIANCE WITH WORD LIMITS

I certify that this document contains 56 words, excluding items exempted by Local Civil Rule 7.4(a)(4), and complies with the word limits of Local Civil Rule 7.4(a)(2).

*s/ Hannah M. Payne*
Hannah M. Payne (Alaska Bar No. 2105045)
EARTHJUSTICE