# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER, *et al.*,<br><br>               Plaintiffs,<br><br>     v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>               Defendants. | Case No. 3:22-cv-00279-SLG |

## **ORDER RE JUDGE GLEASON'S CHAMBERS COPIES**

The parties shall provide a chambers copy for the use of the undersigned judge of every filing that exceeds 50 pages, including attachments. Chambers copies are not part of the official file in the case and are not open to public inspection. Chambers copies should contain the following:

- If the document was filed electronically, the chambers copy must be an exact replica of the filed document, including the document footer assigned by the CM/ECF System.

- Exhibits/Attachments must be separately identified with readily visible tabs.

- The copies are to be legible, single-sided, and two-hole punched at the center of the top of the page.

IT IS SO ORDERED.

DATED this 11th day of May, 2023, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

Case No. 3:22-cv-00279-SLG, *Cook Inletkeeper, et al. v. U.S. Dept. of the Interior, et al.*
Order re Chambers Copies
Page 2 of 2

Case 3:22-cv-00279-SLG   Document 24   Filed 05/11/23   Page 2 of 2