TREG TAYLOR
ATTORNEY GENERAL

Mary Hunter Gramling (Alaska Bar No. 1011078)
Assistant Attorney General
Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2417
Email: *mary.gramling@alaska.gov*

Attorney for the State of Alaska

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| COOK INLETKEEPER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Case No.: 3:22-cv-00279-SLG |

## ENTRY OF APPEARANCE

Please take notice that Mary Hunter Gramling for the State of Alaska, Department of Law, P.O. Box 110300, Juneau, AK, 99801 telephone: (907) 465-3600, fax: (907) 465-2417; hereby enters her appearance as counsel of record in the above-captioned matter on behalf of the State of Alaska,.

Copies of all notices, motions, and pleadings should be sent to the address referenced above.

DATED May 17, 2023.

TREG TAYLOR
ATTORNEY GENERAL

By: *<u>Mary Hunter Gramling</u>*
Mary Hunter. Gramling
Assistant Attorney General
Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2417
Alaska Bar No. 1011078
Department of Law
Email: *mary.gramling@alaska.gov*

**Certificate of Service**

I certify that on May 17, 2023, a copy of the foregoing Entry of Appearance was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

<u>/s/Mary Hunter Gramling</u>
Mary Hunter Gramling
Assistant Attorney General