TREG TAYLOR
ATTORNEY GENERAL

Hugh P. Dowell (Alaska Bar No. 2205034)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: hugh.dowell@alaska.gov

Attorney for the State of Alaska

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

COOK INLETKEEPER, *et al.*,

Plaintiffs,

v.

U.S. DEPARTMENT OF THE INTERIOR, *et al.*,

Defendants.

Case No.: 3:22-cv-00279-SLG

**NOTICE OF WITHDRAWAL & SUBSTITUTION OF COUNSEL**

The State of Alaska, which has requested to intervene here [ECF No. 20], hereby notifies this Court and all parties of the withdrawal of Hugh P. Dowell as counsel for the State in this matter. This withdrawal is required by Mr. Dowell's resignation from the State of Alaska Department of Law effective June 2, 2023. Because Mr. Dowell represents a governmental entity, written consent of the client nor leave of the court is required for his withdrawal. L.Civ.R. 11.1(c)(5).

The State will continue to be represented by Mary Hunter Gramling, who filed an entry of appearance in this matter on May 17, 2023. [ECF No. 25.] She will substitute as counsel of record.

All parties will be notified of this withdrawal and substitution through this notice's filing with the court's electronic filing system.

DATED: June 2, 2023.

TREG TAYLOR
ATTORNEY GENERAL

By: /s/Hugh P. Dowell
Hugh P. Dowell
Assistant Attorney General
Alaska Bar No. 2205034
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5232
Facsimile: (907) 276-3697
Email: *hugh.dowell@alaska.gov*

/s/ Mary Hunter Gramling
Mary Hunter Gramling
Chief Assistant Attorney General
Alaska Bar No. 1011078
Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2417
Email: *mary.gramling@alaska.gov*

Attorneys for the State of Alaska

**Certificate of Service**

I certify that on June 2, 2023, the foregoing "Notice of Withdrawal & Substitution of Counsel" was served electronically on all parties through the court's electronic filing system.

<u>/s/Hugh P. Dowell</u>
Hugh P. Dowell
Assistant Attorney General