TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

ALEXIS G. ROMERO (D.C. Bar No. 90006907)
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 353-5885; Fax: (202) 305-0275
E-mail: alexis.romero@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| COOK INLETKEEPER, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>*Defendants.* | Case No. 3:22-cv-00279-SLG |

Defendants, by and through undersigned counsel, hereby give notice of the entry of appearance of counsel for Defendants in the above-captioned matter. Please enter the appearance of Alexis G. Romero, U.S. Department of Justice, as counsel for Defendants.

Mr. Romero's contact information is as follows:

Alexis G. Romero
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 353-5885
Facsimile: (202) 305-0275
Email: alexis.romero@usdoj.gov

Overnight or Hand Delivery:
150 M Street N.E.
Unit 3.1607
Washington, D.C. 20002

Respectfully submitted this 21st day of June, 2023.

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

*s/ Alexis G. Romero*
ALEXIS G. ROMERO (D.C. Bar No. 90006907)
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 353-5885; Fax: (202) 305-0275
E-mail: alexis.romero@usdoj.gov

*Attorneys for Defendants*


Case 3:22-cv-00279-SLG Document 30 Filed 06/21/23 Page 2 of 2