TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

LUTHER L. HAJEK (CO Bar 44303)
ALEXIS G. ROMERO (DC Bar 90006907)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
luke.hajek@usdoj.gov
alexis.romero@usdoj.gov

*Counsel for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| COOK INLETKEEPER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR, *et al.*,<br><br>Defendants,<br><br>and<br><br>STATE OF ALASKA<br><br>Intervenor-Defendants. | Case No. 3:22-cv-00279-SLG |

**DEFENDANTS' NOTICE OF CONVENTIONAL FILING OF ADMINISTRATIVE RECORD ON ELECTRONIC MEDIA**

Defendants United States Department of Interior, *et al.*, by and through undersigned counsel, are conventionally filing the Administrative Record on electronic media pursuant to Local Civil Rules 7.1 (General Motion Practice) and 16.3(b) (Administrative Agency Appeals).

A declaration certifying the contents of the Administrative Record is filed herewith as Exhibit 1. An index of the Administrative Record is filed herewith as Exhibit 2.

Defendants are conventionally filing the Administrative Record on electronic media by hand delivery to the Clerk's Office. Copies of the Administrative Record are being served on Plaintiff's and Intervenor's counsel by express delivery.

Respectfully submitted this 27th day of June 2023.

TODD KIM
Assistant Attorney General

*<u>/s/ Luther L. Hajek</u>*
LUTHER L. HAJEK (CO Bar 44303)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov

*/s/ Alexis G. Romero*
ALEXIS G. ROMERO (D.C. Bar No. 90006907)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 353-5885; Fax: (202) 305-0275
E-mail: alexis.romero@usdoj.gov

*Counsel for Federal Defendants*

Of Counsel:

NICHOLAS C. MOORE
Attorney Advisor
Office of the Regional Solicitor
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4370
Nicholas.moore@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2022, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*<u>/s/ Alexis G. Romero</u>*
ALEXIS G. ROMERO