TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

LUTHER L. HAJEK (CO Bar 44303)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1376; Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Attorneys for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

COOK INLETKEEPER, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

Defendants,

and

STATE OF ALASKA,

Intervenor-Defendant.

**Declaration of Frances E. Mann Certifying the BOEM Administrative Record**

I, Frances E. Mann, hereby declare as follows:

1. I am over 21 years of age, fully competent, and duly authorized to make this declaration.
2. I am the Program Analyst for the Bureau of Ocean Energy Management (BOEM), Alaska Regional Office, in Anchorage, Alaska. My responsibilities relating to BOEM's October 2022 Cook Inlet Lease Sale 258 Final Environmental Impact Statement, associated November 2022 Record of Decision, and related project documents included compiling, maintaining, and reviewing relevant documents for inclusion in the Administrative Record.
3. I am familiar with the types of information and documents that are maintained by BOEM for the aforementioned matters.
4. On June 23, 2023, I reviewed the Administrative Record related to BOEM's issuance of the Record of Decision to hold Lease Sale 257 and the Cook Inlet Lease Sale 258 Final Environmental Impact Statement.
5. I have reviewed the index of the Administrative Record submitted herewith, which constitutes the certified list of the contents of the BOEM Administrative Record.
6. Upon information and belief, it is hereby certified that the documents compiled and described in the index submitted herewith were directly or indirectly considered in making the challenged agency decision(s) and constitute a true and correct copy of the

BOEM Administrative Record in this case. All documents are on file in BOEM's Alaska Regional Office, in Anchorage, Alaska.

7. The foregoing is based upon my personal knowledge. If called upon, I could testify competently as to the matters set forth above.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 23rd day of June, 2023, in Anchorage, Alaska.

Frances E. Mann

Frances E. Mann
Program Analyst
Bureau of Ocean Energy Management, Alaska Regional Office