Erik Grafe
Carole Holley
Hannah M. Payne
EARTHJUSTICE
441 W 5th Avenue Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: egrafe@earthjustice.org
E: cholley@earthjustice.org
E: hpayne@earthjustice.org

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

Kristen Monsell (*pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity.*

Julia Forgie (*pro hac vice*)
Irene Gutierrez (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA 90401
T: 310.434.2300
E: jforgie@nrdc.org
E: igutierrez@nrdc.org

Thomas Zimpleman (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th Street NW, Suite 300
Washington, DC 20005
T: 202.513.6244
E: tzimpleman@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE INTERIOR *et al.*,<br><br>    *Defendants,*<br><br>    and<br><br>STATE OF ALASKA<br><br>    *Intervenor-Defendant.* | Case No. 3:22-cv-00279-SLG |

**STIPULATION REGARDING BRIEFING SCHEDULE**

The parties have conferred and jointly move for the entry of the following stipulation regarding the schedule for briefing on the merits of this case. The parties previously agreed to a schedule for filing the administrative record by June 27, 2023, and any potential motions to supplement or complete the record by August 25, 2023, Doc. 18, and that schedule was approved by the Court on March 23, 2023. Doc. 19. The parties now stipulate to the following schedule for briefing on the merits, should there be no motions to supplement or complete the record:

| | |
|---|---|
| Plaintiffs file their opening brief: | October 6, 2023 |
| Defendants file their opposition brief: | November 17, 2023 (or 45 days after Plaintiffs' opening brief is filed) |
| Intervenor-Defendants files its opposition brief: | November 21, 2023 (or 5 days after Defendants' response brief is filed) |
| Plaintiffs file their reply brief: | December 14, 2023 (or 21 days after Intervenor-Defendants' response brief is filed) |
| Plaintiffs file the joint appendix: | January 5, 2024. |

Accordingly, the parties request that this schedule be adopted, as set forth in the attached proposed order.

Respectfully submitted this 26th day of July, 2023,

    *s/ Hannah M. Payne*
Hannah M. Payne (Alaska Bar No. 2105045)
Carole A. Holley (Alaska Bar No. 0611076)
Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

    *s/ Kristen Monsell*
Kristen Monsell (*pro hac vice*)
CENTER FOR BIOLGICAL DIVERSITY

*Attorney for Plaintiff Center for Biological Diversity*

    *s/ Julia Forgie*
Julia Forgie (*pro hac vice*)
Irene Gutierrez (*pro hac vice*)
Thomas Zimpleman (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Plaintiff Natural Resources Defense Council.*

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

    *s/ Luther L. Hajek*
LUTHER L. HAJEK (CO Bar 44303)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1376; Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Attorneys for Federal Defendants*

TREG TAYLOR
ATTORNEY GENERAL

*s/ Mary Hunter Gramling*
Mary Hunter Gramling
Chief Assistant Attorney General
Alaska Bar No. 1011078
Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2417
Email: *mary.gramling@alaska.gov*

*Attorney for the State of Alaska*

# CERTIFICATE OF COMPLIANCE WITH WORD LIMITS

I certify that this document contains 179 words, excluding items exempted by Local Civil Rule 7.4(a)(4), and complies with the word limits of Local Civil Rule 7.4(a)(2).

*s/ Hannah M. Payne*
Hannah M. Payne (Alaska Bar No. 2105045)
EARTHJUSTICE

# CERTIFICATE OF SERVICE

I certify that on July 26, 2023, a copy of foregoing STIPULATION REGARDING BRIEFING SCHEDULE was served electronically on Luther L. Hajek and Mary Hunter Gramling.

*s/ Hannah M. Payne*
Hannah M. Payne (Alaska Bar No. 2105045)
EARTHJUSTICE