# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>    Defendants,<br><br>  and<br><br>STATE OF ALASKA,<br><br>    Intervenor-Defendant. | Case No. 3:22-cv-00279-SLG |

## ORDER RE STIPULATION REGARDING BRIEFING SCHEDULE

Upon consideration of the parties' stipulation at Docket 32 regarding the briefing schedule, the stipulation is hereby GRANTED. IT IS ORDERED that in the absence of any motions to supplement or complete the record, the following schedule shall govern briefing on the merits in this case:

- Plaintiffs to file their opening brief on **October 6, 2023**.
- Defendants to file their opposition brief on **November 17, 2023** (or 45 days after the filing of Plaintiffs' opening brief).
- Intervenor-Defendant to file its opposition brief on **November 21, 2023** (or 5 days after the filing of Defendants' response brief).
- Plaintiffs to file their reply brief on **December 14, 2023** (or 21 days

after the filing of Intervenor-Defendants' response brief).

- Plaintiffs file the joint appendix on **January 5, 2024**.

DATED this 27th day of July, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:22-cv-00279-SLG, *Cook Inletkeeper, et al. v. U.S. Dept. of the Interior, et al.*
Order on Stipulation Regarding Briefing Schedule
Page 2 of 2
Case 3:22-cv-00279-SLG   Document 33   Filed 07/27/23   Page 2 of 2