IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants, <br><br> and <br><br> CHIEF EX OFFICER STATE OF ALASKA, <br><br> Intervenor-Defendant. | Case No. 3:22-cv-00279-SLG |

## **ORDER JOINT UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE**

Before the Court at Docket 35 is the *Joint Unopposed Motion to Extend Briefing Schedule*. Upon due consideration, the motion is hereby GRANTED. The briefing schedule in this matter is AMENDED as follows:

Plaintiffs to file their opening brief by **October 24, 2023**.

Federal Defendants to file their opposition brief by **December 8, 2023**.

Intervenor-Defendant to file its opposition brief by **December 18, 2023**.

Plaintiffs to file their reply brief by **January 12, 2024**.

Plaintiffs to file the joint appendix by **January 19, 2024**.

DATED this 26th day of September, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE
