IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| COOK INLETKEEPER *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR *et al.*,<br><br>*Defendants,*<br><br>and<br><br>STATE OF ALASKA<br><br>*Intervenor-Defendant.* | ) | Case No. 3:22-cv-00279-SLG |

**DECLARATION OF ROBERTA HIGHLAND**

I, Roberta Highland, hereby declare as follows:

1. I have lived in Alaska for the past 51 years, and I currently live in Homer. I am a retired Registered Nurse and have been involved in conservation issues in Alaska since 1986. Among many other campaigns, I worked for the creation of the Fritz Creek Anchor River Critical Habitat Area, and I worked on the Kachemak Bay State Park buyback. In 2013, I was awarded the Celia Hunter Award for Outstanding Volunteer Contributions by the Alaska Conservation Foundation.

2. I have been a member of Kachemak Bay Conservation Society (KBCS) for the past 37 years and have been a board member for the past 36 years. I am currently both a member and President of KBCS. As a result, I am familiar with all aspects of KBCS's mission, activities, and organizational interests as they pertain to the Kachemak Bay region, and in particular, oil and gas development in the Cook Inlet.

3. KBCS is a non-profit organization, which was formed in the early 1970s and was incorporated in 1981 under the laws of the State of Alaska. KBCS's mission is to protect the environment of the Kachemak Bay region and greater Alaska by encouraging sustainable use and stewardship of resources through advocacy, education, information, and collaboration. KCBS monitors environmental issues locally and statewide, and it advocates for the protection of wildlife, habitat, wetlands, and water quality from the impacts of oil and gas leasing, exploration, and development, and other resource-extraction activities. KCBS further promotes energy

conservation, local climate solutions, renewable energy opportunities, and sustainable resource management on the Kenai Peninsula and in the Cook Inlet. KBCS has a vital interest in the management of oil and gas activities in the Cook Inlet.

4. KBCS has advocated against Lease Sale 258 over and over. In 2018, we submitted comments to BOEM firmly opposing the Draft Proposed Program (DPP) for the 2019-2024 Outer Continental Shelf Oil and Gas Leasing Program. On October 13, 2020 we submitted comments in response to BOEM's call for information and nominations for the sale; we joined Draft Environmental Impact Statement comments in December, 2022; and in March 2023, we joined a letter urging BOEM to reject Hilcorp's bid.

5. More broadly, KBCS has longstanding commitments to protecting water quality and climate action in the region. We consistently comment on oil drilling permits and contingency plans in the Cook Inlet region, with an emphasis on the potential losses in the event of a spill and the enormous harm caused by burning fossil fuels. We have collaborated with the Kenai Peninsula Borough River Center to do outreach and education on the importance of clean water in our salmon streams. Our work on the Baby Salmon Live Here Campaign promotes the protection of juvenile salmon habitats. Our Homer Drawdown Peatland Project has focused on the importance of land policy for clean water and climate action to protect clean water and healthy habitats. We are currently collaborating with the City of Homer to promote local Green

Infrastructure Project education and outreach.

6. KBCS has approximately 70 members who are Alaska residents. KBCS's activities are primarily funded through member dues and contributions. KBCS's members rely on KCBS to advocate on their behalf for responsible, effective environmental and natural resource policies, laws and regulations. KCBS's members are concerned about the potential harms to Kachemak Bay and the Cook Inlet from Lease Sale 258 and any oil and gas drilling activities authorized by the sale. They are concerned in particular about the impacts from oil spills and greenhouse gases and a warming climate on the ecosystem of Kachemak Bay and Cook Inlet, and any resulting harm to marine mammals (especially the endangered Beluga Whales), seabirds, migratory waterfowl, the Lower Cook Inlet commercial salmon fisheries and the recreational fisheries on the Anchor, Kenai, Kasilof Rivers.

7. KBCS and its members use and enjoy Kachemak Bay and the Cook Inlet for fishing, recreation, wildlife viewing, and transportation. Our members are recreational salmon, Dolly Varden and trout fishermen on the Anchor, Kenai, Moose, and Kasilof Rivers; they are recreational fishermen for halibut, crab, hooligan, black cod, rockfish, and clams. They are commercial fishermen in the Lower Cook Inlet. Our members recreate in the Inlet with kayaks, pack-rafts, skiffs, and boats. They hope to view marine mammals such as whales and otters; sea birds, and migratory waterfowl. Members' use of the Inlet will be harmed directly by the lease sale

through seismic activity, increased vessel traffic, increased industrial development, and potential spills, all of which will disrupt, displace, or damage the habitat of the species they either harvest or hope to view. Members are particularly concerned that seismic activities will disrupt or displace wildlife, and as a result, the wildlife could no longer be present in the areas they might view them; the are also concerned that seismic activity could damage the zooplankton and phytoplankton at the base of the food web, with ripple effects across the entire Cook Inlet Ecosystem. Members are concerned that increased vessel traffic and industrial activity in fishing grounds could impede their ability to harvest the salmon that is their livelihood. Many members are concerned that oil spills resulting from the lease sale could disrupt and damage the entire ecosystem of Cook Inlet, much like what occurred in the Exxon-Valdez Oil Spill, which did extensive and irreparable harm, fouling approximately 1,300 miles of wildlife- abundant shoreline, with an initial death toll from the spill that included 250,000 seabirds, 2,800 sea otters, 300 harbor seals, 250 bald eagles, up to 22 killer whales, billions of salmon and herring eggs, and other intertidal plants, many of which have never recovered.

8. KBCS and its members have already been harmed by oil and gas development in the Cook Inlet region. This has taken an emotional mental health toll on our members for years. Some members can look back at 40 years of harm—it is death by a thousand cuts. Expansion into offshore areas will continue this harm,

exacerbate climate change, threaten our fisheries and way of life. A spill in Lower Cook Inlet could decimate so much of what we love about where we live.

9. I personally have viewed wildlife and recreated in Cook Inlet for years where I enjoy viewing belugas and other whales, otters, birds, and bears. I have spent much time spent kayaking, camping, boating and wildlife viewing in the adjacent waters of Kachemak Bay. Any harm in Cook Inlet will adversely effect Kachemak Bay. All these uses could be harmed, changed, or discontinued if Hilcorp is allowed to engage in industrial activities on its lease. I am worried that the wildlife I enjoy viewing might be disrupted or displaced by seismic testing, increased vessel traffic, and pollution, and as a result may no longer be viewable. If Hilcorp's activities cause a spill and pollute the water, the harm could be wide- ranging and irreversible. For example, I enjoy observing beluga whales in Cook Inlet. I am very concerned that oil and gas activities like vessel traffic, seismic surveying, and drilling in their important habitat areas, such as where Hilcorp bought its lease sale 258 lease, will harm belugas. If belugas are harmed, it will make it more difficult for me to observe and enjoy them. The air pollution resulting from the burning of the fossil fuels extracted from the Inlet will add to the warming of the climate that is already damaging and threatening the health of Alaska's coastal ecosystems, with impacts ranging from mass mortality events to fishery collapses. I have already seen some of these damages from oil and gas leasing. For me, personally, watching all the years and years of harm to Cook Inlet is

absolutely heartbreaking. I have seen harm to fish, bears, whales and waterfowl. Watching the beluga whales decrease in numbers has been such a heartache. Watching the Exxon-Valdez oil spill was really hard, and the possibility of that again in the Inlet unthinkable. Hilcorp has a dismal operating history in Alaska with long string of egregious violations. On multiple occasions, the Alaska Oil and Gas Conservation Commission has concluded that, "The disregard for regulatory compliance is endemic to Hilcorp's approach to its Alaska operations...Hilcorp's conduct is inexcusable." The fact that they are not required to disclose their finances begs the big question, "Can they pay for the unthinkable oil spill if it happens?" I believe Hilcorp is an environmental criminal who should not be allowed deeper access into the Inlet.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: 10-19-2023 By: Roberta Highland
Roberta Highland