IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| COOK INLETKEEPER *et al.*, | ) | |
| *Plaintiffs*, | ) | Case No. 3:22-cv-00279-SLG |
| v. | ) | |
| U.S. DEPARTMENT OF THE INTERIOR *et al.*, | ) | |
| *Defendants,* | ) | |
| and | ) | |
| STATE OF ALASKA | ) | |
| *Intervenor-Defendant.* | ) | |

**DECLARATION OF SUE MAUGER**

**Exhibit 3, page 1 of 10**

I, Sue Mauger, hereby declare as follows:

1. I am a resident of the Kenai Peninsula Borough, near Homer, Alaska. I hold a B.S. in Zoology from Duke University and a M.S. in Fisheries Science from Oregon State University.

2. I am the Science & Co-Executive Director at Cook Inletkeeper. I have worked for Cook Inletkeeper for 23 years. In my current role, I am responsible for leading the science efforts of the organization and for managing the policy, personnel, finances, and fundraising of the organization. I am familiar with the organization, membership, policies, and practices of Inletkeeper.

3. Cook Inletkeeper is a 501(c)(3) nonprofit organization headquartered in Homer, Alaska, with a field office located in Soldotna. It was founded in 1995 by Alaskans impacted by the *Exxon Valdez* Oil Spill and concerned with oil and gas pollution, rapid ecological changes, and gaps in environmental protection in the Cook Inlet watershed. The mission of Cook Inletkeeper is to protect Alaska's Cook Inlet watershed and the life it sustains. In pursuit of its ambitious mission, Cook Inletkeeper has become a leader in watershed-based protections in the rich but threatened streams, lakes, and estuaries of the Cook Inlet watershed. The organization applies a holistic lens to the connections between the health of the watershed and ecological, economic, and human health.

4. Cook Inletkeeper is a membership organization. Members rely on Cook Inletkeeper to advance their interests in protecting Cook Inlet. Members include Alaskans from many walks of life, including commercial fishermen, sport fishermen, Alaska Natives, property owners, hunters, scientists, farmers, small business owners, and subsistence users. Cook Inletkeeper's members use Cook Inlet for economic, recreational, aesthetic, professional, scientific, subsistence, and other purposes, and intend to continue to frequently engage in these activities and to use and enjoy Cook Inlet and its wildlife in the future. Cook Inletkeeper has over 900 dues-paying members and over 7,000 supporters who have taken action on oil and gas, beluga whale protection, mining, and related water quality and habitat issues.

5. Cook Inlet is one of the birthplaces of modern oil and gas production. In 1957, before the passage of federal environmental statutes, oil was discovered in the area, and oil extraction operations quickly moved offshore. The area continues to be a regulatory backwater where development receives much less scrutiny than elsewhere. The combination of an abundance of extractive activities, a lack of regulatory oversight, and harsh ice, weather, and tidal conditions in the Inlet puts the area at very high risk for oil spills and other harms from oil and gas activity. For example, in 2017 one of Hilcorp's pipelines in the Inlet started leaking gas into the water below the ice. Hilcorp was unable to repair the pipeline for months because of ice and other conditions, and the leak ultimately lasted for almost four months. In 2021, this same pipeline leaked again,

prompting a federal enforcement action requiring Hilcorp to replace the 55-year-old subsea pipe.

6. Cook Inletkeeper's members and supporters use and rely on the waters and the marine resources in the million-acre Lease Sale 258 area in Lower Cook Inlet for commercial, sport, and subsistence fishing. In fact, in the 1970's, fishermen, Alaska Natives, and others led a successful effort to ban oil and gas development in the rich fisheries of Kachemak Bay in Lower Cook Inlet. Members and supporters also use Lower Cook Inlet for a variety of tourism-related small businesses, including but not limited to kayaking, whale watching, fishing, and scientific research activities. Cook Inletkeeper members and supporters also find considerable value in the untrammeled, wild nature of Lower Cook Inlet, which is bordered by Lake Clark National Park, Katmai National Park, and portions of the Alaska Maritime National Wildlife Refuge. The fishing resources and aesthetic values of this wild place would be destroyed by oil and gas infrastructure and pollution.

7. To date, all oil and gas production in the area has been in state waters in Upper Cook Inlet, and the track record there includes a seascape pocked with pipelines and platforms, regular oil and gas leaks and spills, and ongoing toxic discharges. Accordingly, Cook Inletkeeper members and supporters do not want see the same industrialization of the pristine and wild waters of Lower Cook Inlet.

8. The effects of climate change are also playing an important role in Cook Inletkeeper members' and supporters' opposition to oil and gas development in Lower Cook Inlet. For example, in 2020, federal managers closed the Pacific cod fishery in Lower Cook Inlet after biomass dropped by nearly 80 percent from 2013 to 2017 in the Lower Cook Inlet/Gulf of Alaska, coinciding with a period of warm marine waters; and, for the first time ever, managers blamed climate change and warming waters for the low population numbers. Additionally, in a study of 15 Cook Inlet salmon streams, scientists using Cook Inletkeeper's long-term stream temperature datasets provide the first evidence that declines in many of Cook Inlet's Chinook salmon populations can be attributed in part to climate-driven changes in their freshwater habitats. Since Lower Cook Inlet supports multiple small scale sustainable commercial fisheries, subsistence fisheries, as well as charter and personal use sport fisheries that are the foundation for the economy and way of life on the Lower Kenai Peninsula, climate change poses grave threats to Alaska's fisheries and the coastal communities they support. Oil and gas development in Lower Cook Inlet will only exacerbate the stress of climate change on fisheries and coastal communities that rely on the Inlet's resources.

9. Since its inception, Cook Inletkeeper has worked to protect the Cook Inlet Beluga whale population in a variety of ways, including but not limited to: producing education posters and flyers, writing newsletter articles and blog posts, encouraging citizen participation and commenting on and sometimes challenging projects that would

adversely affect the whales' critical habitat area. In 1997, Cook Inletkeeper worked with the National Marine Fisheries Service and other partners to start the first citizen-based science project to attempt to count and identify Beluga whales in Cook Inlet. In 1999, Cook Inletkeeper and its partners successfully challenged a state oil and gas lease in Cook Inlet, resulting in the deletion of over 650,000 acres of tracts from oil and gas surface entry into order to protect important Beluga whale habitat. In 2006, Cook Inletkeeper joined the Center for Biological Diversity and other partners to successfully petition the National Marine Fisheries Service to list the Cook Inlet Beluga whale as endangered under the Endangered Species Act. Now, Cook Inletkeeper and its members and supporters are concerned about the serious threat of new oil & gas activities in Lower Cook Inlet on the Cook Inlet Beluga whale population, including 1) increased exposure to noise and disturbance from seismic surveys, oil and gas operation and production, and vessel traffic, leading to reduced communication space, chronic stress, and possible habitat abandonment; 2) reduced prey quality, quantity, availability, and access from oil and gas exploration, operation and production; and 3) impaired health due to exposure to pollutants from oil spills, contaminants, wastewater discharge, fuel spills, and heavy metals.

10. Cook Inletkeeper and its members and supporters have a 25-plus year history working to protect the federal waters of Lower Cook Inlet from oil and gas development. For Lease Sale 258, Inletkeeper has embarked on a number of efforts,

including: a) writing numerous blogs informing Cook Inletkeeper's members and supporters about the proposed lease sale and encouraging citizen participation; b) garnering petition signatures from more than 1,200 Alaskans opposed to Lease Sale 258; c) signing onto scoping comments concerning the Bureau of Ocean Energy Management's (BOEM) environmental analysis for the sale; d) signing onto comments on the draft Environmental Impact Statement (EIS) for Lease Sale 258; e) signing onto a November 2022 letter to BOEM advocating for the agency to adopt a series of recommendations in the final notice of sale for Lease Sale 258; and f) joining in a March 2023 letter to the U.S. Department of the Interior urging BOEM to reject Hilcorp's bid on the sale. All these efforts aim to stop the industrialization of Lower Cook Inlet, and to protect the stable and sustainable fishing and tourism economies in the region that rely on clean water, healthy habitat and untrammeled viewscapes.

11. Cook Inletkeeper was started in 1995 with settlement money from oil & gas producers (Unocal, Shell-Western & Marathon) for over 4,200 violations of the federal Clean Water Act in Cook Inlet. Then as now, Cook Inletkeeper members and supporters are concerned about spills resulting from oil & gas activity, which could have devastating effects on Cook Inlet and the wildlife and people who rely on it. In the final EIS for Lease Sale 258, BOEM admits that new leasing could result in a 19% chance of a large oil spill. For our supporters, including especially those closest to the lease area in the

Native villages of Nanwalek, Port Graham and Tyonek, this is an unacceptable risk to their subsistence fishing areas and coastal habitat.

12. Lease Sale 258 increases dramatically the chance of industrialization of the wild and pristine waters of Lower Cook Inlet, a fate Cook Inletkeeper and its members and supporters have worked tirelessly to prevent for over two decades. This industrialization would undermine the commercial fishing, subsistence harvesting, sport fishing, and tourism interests of Cook Inletkeeper's members and supporters. Furthermore, the never-ending process of oil and gas leasing, exploration, development, and production require constant vigilance from local residents impacted by these activities. In the face of increasing climate impacts these local residents need to focus their limited time on their personal and professional livelihoods instead of engaging in endless government and industry permitting processes.

13. Cook Inletkeeper has a long history of calling out bad corporate actors, who abuse their permission to work in and around public lands and waters and thus negatively impact Alaskans and the resources they depend upon. As Inletkeeper proposed in its December 2021 letter, BOEM should have establish a lease stipulation documenting the agency's authority to cancel leases and impose penalties for safety and environmental violations and impermissible discharges. As it turned out, Hilcorp is the sole bidder in Lease Sale 258. The Alaska Oil and Gas Conservation Commission has issued more than 60 enforcement actions against Hilcorp citing a documented pattern of safety violations

and a history of noncompliance in Alaska.  Therefore, BOEM errored by not considering the company's poor track record of environmental and safety violations and accidents and how this reality may affect the environmental impacts of its activities under Lease Sale 258.  Indeed, courts have held that a company's safety record is relevant to NEPA analysis.

14. With Lease Sale 258, the federal government is faced with a glaring contradiction: pushing for more fossil fuel development in the very same waters where climate change has resulted in the closure of a vital Alaska fishery.  This disconnect between science and policy is incongruous for an Administration committed to addressing the adverse impacts of climate change and transitioning Alaska to a clean energy future.

15. On a personal note, I have spent the last 20 years wading in salmon streams across the Cook Inlet watershed collecting water temperature data to assess how our freshwater habitat is changing.  The upward trend and the resulting impacts on salmon and their habitat is clearly evident.  In 2019, I measured water temperatures in Cook Inlet streams not anticipated until 2060.  This rate of change is tremendous and scary.  I believe new oil & gas development in Lower Cook Inlet - as is possible with Lease Sale 258 – will accelerate this rate of change and is thus a personal and cultural threat to Alaskans' ways of life.  Additionally, as a sport and personal use fisher in Lower Cook Inlet, having flown across the Inlet from Homer to the west side for bear viewing and

field work, and an avid Beluga whale watcher, I consider the infrastructure and activity associated with leasing block 6255 as impacting my quality of life. I am concerned about the impacts to Beluga whales and their feeding areas near the leased block and if new oil & gas activities will be the last straw for this endangered population. I fully support Cook Inletkeeper's efforts to stop Lease Sale 258 and believe that success in this lawsuit is in the best interest of its members and supporters.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: 10/20/2023 By: ______________________
Sue Mauger