IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| COOK INLETKEEPER *et al.*,<br>*Plaintiffs*,<br>v.<br>U.S. DEPARTMENT OF THE INTERIOR *et al.*,<br>*Defendants*,<br>and<br>STATE OF ALASKA<br>*Intervenor-Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:22-cv-00279-SLG |

**DECLARATION OF PAMELA K. MILLER**

I, Pamela K. Miller, hereby declare as follows:

1. I moved to Alaska in 1989, and I am currently a resident of Anchorage.

2. Since 1997, I have served as Executive Director of Alaska Community Action on Toxics (ACAT), an environmental health and justice research and advocacy organization. I have a BA in Biology from Wittenberg University and a Masters' degree in Environmental Science/Aquatic Biology from Miami University. I have more than thirty-five years of experience in research, policy, advocacy, and training programs focused on environmental health, justice, human rights, and marine ecology. Since 2005 I have served as Principal Investigator for community-based environmental health research projects supported by the National Institute of Environmental Health Sciences (NIEHS) and focused on the long-term effects of endocrine disrupting chemicals on the environment and human health. I received the Meritorious Community Service Award

from the Board of Regents of the University of Alaska. Alaska Conservation Foundation awarded Miller the Olaus Murie Award in recognition of her "long-term outstanding professional contributions to the conservation movement in Alaska." In November 2023, I will receive a Lifetime Achievement Award from Alaska Conservation Foundation. In 2016, I was elected to serve and continue to serve as the Co-Chair of the International POPs Elimination Network (IPEN), a global network of more than 600 environmental health and justice public interest organizations working in over 120 countries for a toxics-free future.

3. I also am a founder and member, and have served on the board of Cook Inletkeeper.

4. As Executive Director for ACAT, I am responsible for providing leadership toward the achievement of our mission and values as well as programmatic and financial management. In my position, I am familiar with all aspects of ACAT's mission, purpose, and activities.

5. ACAT is a statewide non-profit environmental health and justice organization founded in 1997. ACAT's mission is to ensure environmental health and justice in Alaska. ACAT empowers communities to eliminate exposure to toxics through collaborative research, shared science, education, organizing, and advocacy. ACAT protects the rights of communities to clean air, clean water, and toxic-free food; supports the rights of indigenous peoples; and works to eliminate the release of toxic chemicals, including chemicals associated with oil and gas development, that may harm human

health or the environment. ACAT holds the precautionary principle as a core value and believes that where chemicals are suspected to cause health problems, action should be taken to limit and avoid unnecessary exposures.

6. ACAT conducts public education programs, including presentations, to educate Alaskans about the risks of chemical dispersants, PFAS, and other chemical harms associated with oil and gas development. In addition, ACAT engages in advocacy and litigation when necessary. ACAT supports other organizations that are working to protect the Cook Inlet watershed by sharing action alerts and event notices with our members, and we sign onto letters to federal agencies opposing oil and gas development in the Inlet. Most recently, ACAT collaborated with other organizations in reviewing and preparing comments to the Bureau of Ocean Energy Management's (BOEM) for scoping and on the Draft Environmental Impact Statement (DEIS) for Lease Sale 258. After BOEM held the lease sale, ACAT joined a letter to the Department of the Interior urging it to reject the sole bid on one lease that BOEM received from Hilcorp. We also prepared action alerts to inform and engage our supporters in participating in the public process and commenting on the DEIS.

7. ACAT has approximately 450 supporters from across Alaska, including within the Cook Inlet watershed, 50 volunteers, and several thousand people who have signed up as interested citizens and activists to receive communications and action alerts about issues related to environmental contamination by toxic chemicals, including those released by oil and gas exploration and development. ACAT's activities are guided by our

supporters, volunteers, and other interested individuals, and ACAT represents their interests here. We inform our supporters through our web site, newsletters, fact sheets, investigative reports, action alerts, and social media about issues of concern, including Lease Sale 258. ACAT works primarily with Alaska Native communities that depend on the land and ocean for subsistence hunting, fishing, and gathering. These include Alaska Natives who reside on in communities along the coast of the Cook Inlet. These Alaska Native communities are almost entirely dependent on traditional fishing and hunting for their food security. Some of the subsistence fishers represented by ACAT also fish commercially and are economically dependent on the health of Alaska's oceans and coastal waters, including Cook Inlet and the Gulf of Alaska. Staff and members of ACAT also enjoy recreating on and near the waters of Cook Inlet, including wildlife watching for beluga whales and other marine mammals, shore- and seabirds such as sandhill cranes, godwits, whimbrels, yellowlegs, turnstones, eiders, and others. Some of our members engage in citizen science activities such as beluga whale and bird counts, and water quality monitoring. Our members would therefore be harmed if species are disrupted through seismic and other exploration and development activities on or around the lease by Hilcorp. Any releases of pollutants to air and water, including oil spills, dispersants, and other toxic chemicals associated with the lease sale would also harm our members' ability to recreate and fish in the waters of Cook Inlet.

8. ACAT seeks to protect the health and integrity of the environment and the communities in the Cook Inlet watershed. We believe that oil and gas activities on the

lease tract awarded to Hilcorp by BOEM will cause long-term adverse impacts to communities who rely upon the landscape, waters, fish, and terrestrial and marine mammals within the Cook Inlet watershed for physical, cultural, and spiritual sustenance.

9. ACAT's members are concerned about the devastating impacts that they would suffer from pollution, noise and other disturbances of fish and other wildlife, potential oil spills and chronic chemical releases from federal offshore oil and gas development in Cook Inlet. We are also concerned about the cumulative and synergistic effects of climate warming on fish, wildlife, and people living in the Cook Inlet watershed that will be exacerbated by further development of oil and gas. We have had a long-standing interest in the protection of the endangered population of Cook Inlet beluga whales, considered by the National Oceanic and Atmospheric Administration to be among the animals considered most at risk for extinction. Lease Sale 258 leaves ACAT supporters, and the marine ecosystem on which they depend, at risk of exposure to these threats and harms them in concrete and imminent ways.

10. I live, work, and recreate in the Cook Inlet watershed. I kayak extensively in lower Cook Inlet, dip net for salmon, and spend much time watching birds and other wildlife along the shores of Cook Inlet. I am concerned about the irreparable harm that would be caused by lease sale and subsequent oil and gas development, the damage to the integrity of intact ecosystems, fish, wildlife, and human communities. As an avid birder and wildlife observer, I am also concerned that seismic exploration, increased vessel traffic, and pollution from Hilcorp's operations on its lease will disrupt and harm beluga

whales and other marine mammals, seabirds, and shorebirds, thus adversely affecting my ability to watch and enjoy them. Increased vessel traffic in and around the lease area may also limit the places and times when I can kayak. I am concerned that the salmon that I have been blessed to receive from Cook Inlet would be contaminated and that I would lose an important source of food for myself and my family.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: October 19, 2023 By: Pamela K. Miller

Pamela K. Miller