**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| COOK INLETKEEPER, *et al.*,<br>*Plaintiffs*,<br>v.<br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br>*Defendants*,<br>and<br>STATE OF ALASKA,<br>*Intervenor-Defendant*. | Case No. 3:22-cv-00279-SLG |

## DECLARATION OF TERRI PAULS

I, Terri Pauls, declare that:

1. I have personal knowledge of the following and could competently testify to its contents if called as a witness.

2. My name is Terri Pauls, and I live in Anchorage, Alaska, where I have lived since 1991.

3. I have been a member of the Center for Biological Diversity since 2009. I am a member because I care about biodiversity, and I rely on the Center to represent my interests in the natural world. Biodiversity is one of the three indicators of ecosystem health, and I realize that human health is inextricably related to the health of the planet.

4. I enjoy the beauty of Cook Inlet, and I look for wildlife there. I am interested in the conservation of the Inlet that provides habitat for wildlife. I go there to

observe Cook Inlet beluga whales, as well as Sand Hill cranes that nest on the beach, bald eagles, and other birds.

5. I frequently go to the Coastal Trail, which is right along the coast of Cook Inlet near downtown Anchorage. I look for wildlife there when I'm walking, running, or skiing. I ski on the Coastal Trail in the winter, and in the summer, I walk or bike along it. I used to go skijoring, skiing behind a dog or two, a couple times a week for several years. It is just a riot, and I had a friend that had dogs so we would meet twice a week and go skijoring. Part of the pleasure was enjoying the beautiful area and the Inlet. I still go to the Coastal trail regularly, and I plan to continue to go there for running, walking, and skiing. For example, I go there for the Alaska Run for Women, a run I created that raises money for charity. I enjoy getting out on the Coastal trail and taking out-of-town friends there, and I look forward to seeing the Inlet itself and all the creatures that inhabit it. I have looked for Cook Inlet beluga whales from the trail since I've heard that people have seen them there, but I have yet to spot one since they are so rare these days. In the prior decades when there were more belugas, people would report that they could see belugas from their work offices downtown, and they had phone trees set up to tell one another.

6. The place where I have seen Cook Inlet belugas, and where I would like to look for them again, is Turnagain Arm. I periodically stop to look for belugas when I drive the highway along Turnagain Arm—a drive that I frequently do to access places to hike and ski. I pull over safely and bring out my binoculars to look for belugas.

Sometimes I have seen whole pods, and sometimes I see just a few. I used to see a lot more in the 1990s, and there has been a gradual decrease.

7. The first time that I saw belugas I was in a van coming back from Seward. The driver noted the belugas. They were so close to the road that we could simply look out the window and enjoy watching them from the moving van. There are times that I have pulled over to watch them for as long as I could see them in the distance; once out of view then I would drive further down the Inlet, whichever direction they were headed, and stop again to watch them. I could bounce along and follow them. One time they came in very close to some rock outcroppings, allowing me to get a really good view of them.

8. One of my most memorable times seeing belugas was about 11 years ago when I saw mothers with their calves. I could tell because the mothers are white and the young are gray. It is really wonderful to see a mother and calf of any species, so that was a highlight. That time there were a number of belugas out there, probably about ten. It was a good day for seeing them close in Turnagain Arm. I had a feeling of awe, appreciation, and excitement because they are no longer that common to see, and I love wildlife. I have a connection with the natural world, and it feels special and makes me happy when I get to see wildlife.

9. Because I have strong interests in Cook Inlet's ecosystem and in beluga whales, my interests are harmed by Lease Sale 258. Our federal agencies have a duty to safeguard marine mammals, and the Bureau of Ocean Energy Management's failure to do so in holding the sale, which will increase threats to beluga whales and other marine

mammals, harms my interests in beluga whales. As a taxpayer, I am disappointed that the Bureau is not doing its job; and if it had done a better analysis and protected Cook Inlet and beluga whales, I would be more likely to continue to be able to enjoy them in the future.

10. Specifically, the Lease Sale harms my interest in beluga whales because the noise it will cause will disturb the whales, interfering with their feeding and communication. I know that belugas use sound to hunt for food, and they use clicks to communicate. I once was close enough to dolphins that I could hear and feel their subtle clicks, and I imagine that a beluga whale would be highly sensitive to noise interfering with their clicks. Without better protections, the noise from vessels, pile driving, seismic surveys, and other activities will interfere with them communicating with each other—about food sources, where the young went, and mating signals. The increased vessel traffic under the sale also increases the risk the whales will get run over and killed. And despite the efforts of oil and gas companies to avoid spills, human error makes them inevitable over time. An oil spill would harm my interests in everything that I appreciate about Cook Inlet: beluga whales and the salmon they depend on for food; birds; habitat for other wildlife; and the sensitive intertidal ecosystem. More oil and gas drilling will feed the climate crisis, further threatening Cook Inlet belugas. Activities under the Lease Sale would be detrimental to their daily lives and make it more difficult for them to survive and recover.

11. The Lease Sale allows activities and noise that threaten beluga whales. Therefore, it will be even more difficult for me to find Cook Inlet beluga whales when I go there, and it bothers me even knowing that they are being harassed by this fossil fuel project. I read in the newspaper that scientists are looking for the causes of the decline of Cook Inlet belugas, and they were not able to pinpoint hunting or contaminants. It seems likely to me that noise from oil and gas activities, untreated sewage, and the combined effects of these things are harming the beluga population. My interests are injured by the Lease Sale challenged in this lawsuit because I want to see beluga whales and want them to recover, but the Lease Sale will do more harm to them. I care about Cook Inlet ecosystem as a whole, and if the belugas go downhill, it has a cascade effect on all of the other species in the ecosystem. This, in turn, not only affects my interests and spiritual connection to critters, but it also affects all people.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 17th day of October, 2023.

Terri Pauls