**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| COOK INLETKEEPER *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR *et al.*,<br><br>*Defendants*. | Case No. 3:22-cv-00279-SLG |

# DECLARATION OF JOHN SANBORN

I, John Sanborn, state and declare as follows:

1. I am a member of the Natural Resources Defense Council (NRDC). I joined NRDC in 2002. I rely on NRDC to advocate for the environment and public health on my behalf.

2. I live near Soldotna, Alaska. I have lived in Alaska since 2009.

3. I am opposed to oil and gas development in Cook Inlet because continued expansion of the industry will harm water quality, ecosystem health, and the aesthetic beauty of the environment. These consequences will further threaten the livelihoods of people that depend on this environment and its abundant resources.

4. My family and I recreate in the Cook Inlet area during all seasons, particularly in the summertime. My wife and I enjoy sharing the beauty of Cook Inlet with our children and grandchildren by spending quality time together outdoors. I enjoy sea kayaking in the Inlet and observing the beautiful scenery. I am also a bicyclist and ride along the beaches and shoreline of Cook Inlet. My family and I also regularly camp along the shore. I engage in these activities at

least two to three times per month in the summer, at a minimum. In the winter, I like watching the movement of the ice floes in Cook Inlet and observing how tidal flows affect the ice. My family and I also enjoy huddling around beach campfires in the wintertime. Cook Inlet is an integral part of my family's recreational life; we fully intend to continue partaking in these activities for many years to come.

5. Oil and gas rigs would detract from the beautiful natural view I appreciate while sea kayaking, bicycling, and camping. In addition to being visually displeasing, I fear that increased activity in the area will disturb the environmental conditions that make these activities enjoyable. For example, I worry increased oil and gas development and its related climate effects might impact the abundance of ice floes present in the Inlet.

6. I greatly enjoy observing wildlife from my kayak in Cook Inlet and the surrounding areas, such as Kachemak Bay. I've seen seals, beluga whales, humpback whales, seagulls, puffins, sea lions, bald eagles, and cormorants. These species and other wildlife in the area depend on clean and healthy water. I am aware of the vital connection between good water quality and the support it provides to wildlife and their habitats. I'm concerned that further oil and gas development will jeopardize wildlife in Cook Inlet and the species that travel from Cook Inlet to other environments. For example, bears hunting in nearby rivers depend upon the salmon that travel from Cook Inlet to inland streams. I am concerned that oil and gas development will diminish the salmon stocks that bears depend upon, which may then threaten bear populations. On a similar note, humpback whales travel to Cook Inlet and the nearby bays to feed before traveling to warmer waters to breed. I'm worried that if their food stocks disappear as a result of further oil and gas presence, then these majestic mammals will stop returning to this area.

7. I enjoy fishing recreationally for salmon and halibut in my friend's boat about once or twice a year in Kachemak Bay, near Cook Inlet. I'm concerned that increased oil and gas industry presence will increase vessel traffic in the areas that I travel through. There are already a considerable number of cruise ships and commercial freight vessels that sail through the area. I fear that those vessels, coupled with increased traffic from oil and gas vessels and rig structures, may pose a navigational issue when I am fishing. I also fish along the shoreline of the Kenai River. The salmon populations in this river would be devastated if an oil spill were to occur in Cook Inlet because salmon swim from Cook Inlet up the Kenai River.

8. I'm worried about the high risk of an oil spill in Cook Inlet. Prince William Sound, the site of the Exxon Valdez oil spill, has never completely been restored to its pre-spill conditions. In my view, Exxon never truly took seriously its responsibility to take care of clean-up at the site of the spill. I wonder, what will happen if a spill like that happens here, in Cook Inlet? Cook Inlet has one of the strongest tidal ranges in the world. If a ship carrying oil or gas experiences a leak, the tidal ranges will immediately disperse those pollutants across vast distances. I'm concerned that a spill could destroy fisheries in many areas throughout the Inlet. Many people in the area sustain themselves through the local fishery. A catastrophic event like an oil spill would have a terrible economic impact on these people and would affect their ability to afford or access proper food, shelter, and other basic life necessities. More oil and gas development also increases the risk of a catastrophic event. In addition, I'm worried about the devastation that would occur if a leak or spill event occurred simultaneously with volcanic activity from the nearby Mount Redoubt. If this volcano were to become more active, I am very worried that a volcanic eruption would lead to an oil spill and pose serious, long-term devastation to the local area. Finally, I'm worried that the earthquakes we experience could

trigger a spill event. I'm afraid that precautionary measures currently in place in the event of a spill are not sufficient to support a fragile ecosystem like Cook Inlet.

9. Climate change is already posing devastating consequences in Alaska. For example, I've observed that snowstorms and other storms are more severe in recent years as compared to past decades. This past December I woke up to 2 feet more snow than I usually get at that time of year. The last couple of winters have been longer than usual and have gotten more severe and extreme. These conditions are a result of climate change. In my trips to see glaciers near my home, I have observed glaciers receding greater distances in shorter amounts of time than in the past. I know this because informational posts near the road mark the historic trends on the receding patterns of glaciers. In the summer, I've observed more rainfall and longer rainstorms than in past years. This past summer was the wettest summer season I have experienced since I moved to Alaska in November 2009. This year, there were so few sunny days that I could count them on one hand. However, in other years, I have noticed some summers are much warmer and dryer for longer periods of time. I've heard on the news that Alaskan coastlines are also experiencing more severe and frequent windstorms. The scientific information about these events indicates that humans are contributing majorly to climate change, which is changing weather systems globally. I am also concerned that the impacts of climate change are also becoming more severe in other parts of the U.S.. The high rates of droughts and forest fires this country experienced this past summer season have been devastating and will continue to jeopardize food sources that are vital for our existence. As for Alaska, I worry that continued oil and gas development will worsen the effects of climate change and will further increase water temperatures in our ocean. In fact, Cook Inlet Keeper has been monitoring water temperatures and have already observed that temperatures are rising. This is scary because

increased water temperatures will harm salmon stocks and this is a food source many people need to survive. As for Cook Inlet, I pray that I never see a disaster caused by oil and gas development. However, when you increase the frequency at which you're doing something like oil and gas extraction, you also increase the odds of a catastrophic event. I am aware and concerned that such a disaster would affect the ecosystem, the species that live there, and the people who depend on these resources.

10. I do not support oil and gas development because it will hurt our planet. I'm saddened that a country like the U.S. is not a leader in alternative energy sources that are renewable and more sustainable. A transition away from oil and gas and towards alternative energy sources is necessary.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on October 6, 2023, near Soldotna, Alaska.

John Sanborn