**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| COOK INLETKEEPER *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR *et al.*,<br><br>*Defendants*. | Case No. 3:22-cv-00279-SLG |

**DECLARATION OF GINA TRUJILLO**

I, Gina Trujillo, state and declare as follows:

1. I am the national director of Membership at the Natural Resources Defense Council (NRDC). I have served as the director of Membership since 2015 and I have worked in NRDC's membership department for more than 30 years. I have personal knowledge of the subject matter of this declaration, and if called as a witness, could and would competently testify as to its contents.

2. My duties include supervising the maintenance of membership records and preparation of materials that NRDC distributes to members and prospective members. Those materials describe NRDC and identify its mission. I am familiar with NRDC's mission statement and its priorities.

3. NRDC is a membership organization incorporated under the laws of the State of New York. It is recognized as a not-for-profit corporation under section 501(c)(3) of the United States Internal Revenue Code.

4. When a person becomes a member of NRDC, that person authorizes NRDC to take legal action on his or her behalf to protect public health and the environment.

5. When an individual becomes a member of NRDC, his or her current residential address is recorded in NRDC's membership database. When a member renews his or her membership or otherwise makes a contribution to NRDC, the database entry reflecting the member's residential address is verified or updated.

6. NRDC has over 443,000 members nationwide, including members in all fifty states and the District of Columbia. More than 720 members reside in the State of Alaska.

7. NRDC's mission is to "safeguard the earth – its people, its plants and animals, and the natural systems on which all life depends." NRDC's mission includes protecting and maintaining the health of its members and their families and their enjoyment of natural resources by preventing and mitigating air and water pollution, harm to fish and wildlife, habitat destruction, and health threats posed by toxic chemicals.

8. Since its founding in 1970, NRDC has worked to promote its mission by ensuring that all federal agencies comply with the requirements of the National Environmental Policy Act (NEPA). NRDC relies on NEPA, among other laws, to develop information on environmental impacts that it shares with its members. NRDC's organizational interests include educating NRDC members and the public about air and water pollution, including greenhouse gases, and advocating for the control of such pollution.

9. NRDC also has a long history of working to protect public lands in Alaska, and their associated flora and fauna, from the negative effects of oil and gas drilling and other types of natural resource extraction. NRDC has published critiques of development proposals, commissioned scientific modeling, and pursued litigation when needed. NRDC filed comments on the most recent Cook Inlet lease sale, critiquing the adequacy of the government's NEPA review for that sale.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on October 18, 2023, at New York, New York.

Gina Trujillo

Gina Trujillo