TREG TAYLOR
ATTORNEY GENERAL
Mary Hunter Gramling
Chief Assistant Attorney General
Alaska Bar No. 1011078
Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2417
Email: *mary.gramling@alaska.gov*
Attorney for the State of Alaska

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| COOK INLETKEEPER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants. <br> and <br><br> STATE OF ALASKA <br><br> Intervenor-Defendant. | Case No.: 3:22-cv-00279-SLG |

**NON-OPPOSED MOTION TO EXTEND BRIEFING SCHEDULE**

The State of Alaska requests an extension of time until December 28, 2023 to file its opposition to the Plaintiffs' opening brief. The State's opposition is currently due on December 18, 2023. Due to the extension requested on the State's opposition, this motion proposes to similarly extend the deadline for the Plaintiffs' reply brief from January 12,

2024 to January 22, 2024 and the deadline for the Plaintiffs to file the joint appendix from January 19, 2024 to January 29, 2024. The State non-opposed an extension requested by the other parties, but the State has not separately requested a previous extension. The reason for the requested extension is that responding to recent emergency motions diverted resources and the increased end of year workload for clients and counsel has been compounded by staffing shortages and office closures such that extension is needed to complete the opposition and confer with clients. The motion is not for the purpose of delay. Counsel for the Plaintiffs and the Federal Defendants have indicated that their respective clients do not oppose the requested extensions. The motion is supported by a proposed order.

DATED: December 13, 2023.

TREG TAYLOR
ATTORNEY GENERAL

By: /s/ Mary Hunter Gramling
Mary Hunter Gramling
Chief Assistant Attorney General
Alaska Bar No. 1011078
Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2417
Email: *mary.gramling@alaska.gov*

Attorney for the State of Alaska

*Cook Inletkeeper, et al., v. U.S. Dep't of the Interior, et al.,*
Case No.: 3:22-cv-00279-SLG
Non-Opposed Motion to Extend Briefing Schedule  Page 2 of 3

Case 3:22-cv-00279-SLG  Document 42  Filed 12/13/23  Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2023, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Mary Hunter Gramling*
Mary Hunter Gramling
Alaska Bar No. 1011078
State of Alaska
Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2520
Email: mary.gramling@alaska.gov

*Cook Inletkeeper, et al., v. U.S. Dep't of the Interior, et al.,*
Case No.: 3:22-cv-00279-SLG
Non-Opposed Motion to Extend Briefing Schedule  Page 3 of 3

Case 3:22-cv-00279-SLG  Document 42  Filed 12/13/23  Page 3 of 3