IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants. <br> and <br><br> STATE OF ALASKA <br><br> Intervenor-Defendant. | Case No.: 3:22-cv-00279-SLG |

**(PROPOSED) ORDER GRANTING NON-OPPOSED MOTION TO EXTEND BRIEFING SCHEDULE**

Before the Court at Docket 42 is the Non-Opposed Motion to Extend Briefing Schedule by the State of Alaska. On consideration, the motion is hereby GRANTED. The briefing schedule in the matter is AMENDED as follows:

Intervenor-Defendant will to file its opposition brief by **December 28, 2023**.

Plaintiffs will file their reply brief by **January 22, 2024**.

Plaintiffs will file the joint appendix by **January 29, 2024**.

Dated this ____ day of December, 2023 at Anchorage, Alaska.

HON. SHARON L. GLEASON
United States District Judge