# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>    Defendants,<br><br>    and<br><br>STATE OF ALASKA,<br><br>    Intervenor-Defendant. | Case No. 3:22-cv-00279-SLG |

### ORDER RE NON-OPPOSED MOTION TO EXTEND BRIEFING SCHEDULE

Before the Court at Docket 42 is the State of Alaska's *Non-Opposed Motion to Extend Briefing Schedule*. Upon due consideration, the motion is hereby GRANTED. The briefing schedule in this matter is AMENDED as follows:

Intervenor-Defendant shall file its opposition brief by **December 28, 2023.**

Plaintiffs shall file their reply brief by **January 22, 2024.**

Plaintiffs shall file the joint appendix by **January 29, 2024.**

DATED this 15th day of December, 2023, at Anchorage, Alaska.

                                        */s/ Sharon L. Gleason*
                                        UNITED STATES DISTRICT JUDGE