TREG TAYLOR
ATTORNEY GENERAL

Trevor J. Consoliver
Assistant Attorney General
State of Alaska Department of Law
P.O. Box 110300
Juneau, Alaska 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2417
Email: *trevor.consoliver@alaska.gov*
*Attorney for State of Alaska*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER; ALASKA COMMUNITY ACTION ON TOXICS; CENTER FOR BIOLOGICAL DIVERSITY; KACHEMAK BAY CONSERVATION SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL, INC., | |
| Plaintiffs, | Case No.: 3:22-cv-00279-SLG |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT; AMANDA LEFTON, et al. | |
| Defendants, | |
| And | |
| STATE OF ALASKA | |
| Intervenor-Defendant | |

**NOTICE OF APPEARANCE**

Please take notice that Trevor J. Consoliver enters his appearance as a counsel of record in the above-captioned matter on behalf of the State of Alaska, Defendant-Intervenor. Service of any papers not served through the Court's ECF system should be emailed directly to trevor.consoliver@alaska.gov or sent to the address listed below:

State of Alaska, Department of Law
Attn: Trevor J. Consoliver
P.O. Box 110300
Juneau, AK 99801-0300

DATED: December 29, 2023.

TREG TAYLOR
ATTORNEY GENERAL

By: */s/Trevor J. Consoliver*
Trevor J. Consoliver
Assistant Attorney General
Alaska Bar No. 2306085
*Attorney for the State of Alaska*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2023, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/Trevor J. Consoliver*
Trevor J. Consoliver
Assistant Attorney General
State of Alaska Department of Law
P.O. Box 110300
Juneau, Alaska 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2417
Email: *trevor.consoliver@alaska.gov*