Erik Grafe
Carole Holley
Hannah M. Payne
EARTHJUSTICE
441 W 5th Avenue Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: egrafe@earthjustice.org
E: cholley@earthjustice.org
E: hpayne@earthjustice.org

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

Kristen Monsell (*pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity.*

Julia Forgie (*pro hac vice)*
Irene Gutierrez (*pro hac vice)*
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA 90401
T: 310.434.2300
E: jforgie@nrdc.org
E: igutierrez@nrdc.org

Thomas Zimpleman (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th Street NW, Suite 300
Washington, DC 20005
T: 202.513.6244
E: tzimpleman@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR *et al.*,<br><br>*Defendants,*<br><br>and<br><br>STATE OF ALASKA<br><br>*Intervenor-Defendant.* | Case No. 3:22-cv-00279-SLG |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT APPENDIX**

Pursuant to Local Civil Rule 7.3(b), Plaintiffs Cook Inletlkeeper *et al.* respectfully move for an extension of time to file the Joint Appendix. The Joint Appendix is currently due January 29, 2024, and Plaintiffs request that the deadline be extended until February 6, 2024. Due to competing litigation deadlines along with staffing shortages, Plaintiffs are unable to complete the Joint Appendix prior to the current deadline. The motion is not for the purpose of delay. The Parties have conferred and agreed to the extension allowing Plaintiffs to file the Joint Appendix by February 6, 2024. Accordingly, Plaintiffs hereby request that the Court grant the unopposed motion for an extension, as set forth in the attached proposed order.

Respectfully submitted this 26th day of January, 2024,

*s/ Carole Holley*

Carole Holley (Alaska Bar No. 0611076)
Hannah M. Payne (Alaska Bar No. 2105045)
Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

*s/ Julia Forgie*

Julia Forgie (*pro hac vice*)
Irene Gutierrez (*pro hac vice*)
Thomas Zimpleman (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Plaintiff Natural Resources Defense Council.*

## CERTIFICATE OF COMPLIANCE WITH WORD LIMITS

I certify that this document contains 117 words, excluding items exempted by Local Civil Rule 7.4(a)(4), and complies with the word limits of Local Civil Rule 7.4(a)(2).

*s/ Carole Holley*
Carole Holley (Alaska Bar No. 0611076)
EARTHJUSTICE

## CERTIFICATE OF SERVICE

I certify that on January 26, 2024, a copy of foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT APPENDIX, with proposed order, was served electronically on Luther L. Hajek and Mary Hunter Gramling.

*s/ Carole Holley*
Carole Holley (Alaska Bar No. 0611076)
EARTHJUSTICE