IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR *et al.*,<br><br>*Defendants,*<br><br>and<br><br>STATE OF ALASKA<br><br>*Intervenor-Defendant.* | Case No. 3:22-cv-00279-SLG |

## [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE JOINT APPENDIX

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time to File Joint Appendix, the motion is hereby GRANTED. IT IS ORDERED that the Plaintiffs file the joint appendix by February 6, 2024.

SO ORDERED this ____ day of _____________, 2024.

_____________________________
HON. SHARON L. GLEASON
United States District Judge