Erik Grafe
Carole Holley
Hannah Payne Foster
EARTHJUSTICE
441 W 5th Avenue Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: egrafe@earthjustice.org
E: cholley@earthjustice.org
E: hpayne@earthjustice.org

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

Julia Forgie (*pro hac vice)*
Irene Gutierrez (*pro hac vice)*
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA 90401
T: 310.434.2300
E: jforgie@nrdc.org
E: igutierrez@nrdc.org

Thomas Zimpleman (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th Street NW, Suite 300
Washington, DC 20005
T: 202.513.6244
E: tzimpleman@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

COOK INLETKEEPER *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF THE INTERIOR *et al.*,

*Defendants,*

and

STATE OF ALASKA

*Intervenor-Defendant.*

Case No. 3:22-cv-00279-SLG

**UNOPPOSED MOTION TO CONVENTIONALLY FILE JOINT APPENDIX**

The parties have collaborated in compiling materials cited in the parties' briefs on the merits for the joint appendix, which Plaintiffs have agreed to file. L.Civ.R. 16.3(b)(1)(B)(ii); Doc. 32. The overall size of the joint appendix is approximately 270 megabytes, consisting of 71 documents, including an index. Additionally a number of individual documents exceed the 10 megabyte CM/ECF file size limit.

Plaintiffs hereby move for leave to conventionally file the joint appendix via an USB flash drive. Additionally, Plaintiffs request that the Court waive the requirement that the parties provide a paper chambers copy of the joint appendix. Plaintiffs will submit a hyperlinked index to the joint appendix, which will facilitate more efficient utilization of the cited materials than would occur with a physical hard copy.

The parties have conferred and no party opposes this motion.

Respectfully submitted this 5th day of February, 2024,

*s/ Carole Holley*
Carole Holley (Alaska Bar No. 0611076)
Hannah Payne Foster (Alaska Bar No. 2105045)
Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society*

*s/ Julia Forgie*
Julia Forgie (*pro hac vice*)
Irene Gutierrez (*pro hac vice*)
Thomas Zimpleman (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Plaintiff Natural Resources Defense Council.*

## CERTIFICATE OF COMPLIANCE WITH WORD LIMITS

I certify that this document contains 136 words, excluding items exempted by Local Civil Rule 7.4(a)(4), and complies with the word limits of Local Civil Rule 7.4(a)(2).

*s/ Carole Holley*
Carole Holley (Alaska Bar No. 0611076)
EARTHJUSTICE

## CERTIFICATE OF SERVICE

I certify that on February 5, 2024, a copy of foregoing UNOPPOSED MOTION TO CONVENTIONALLY FILE JOINT APPENDIX, with proposed order, was served electronically on Luther L. Hajek and Mary Hunter Gramling.

*s/ Carole Holley*
Carole Holley (Alaska Bar No. 0611076)
EARTHJUSTICE