IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR *et al.*,<br><br>*Defendants,*<br><br>and<br><br>STATE OF ALASKA<br><br>*Intervenor-Defendant.* | Case No. 3:22-cv-00279-SLG |

**[PROPOSED] ORDER GRANTING MOTION TO CONVENTIONALLY FILE JOINT APPENDIX**

Upon consideration of Plaintiffs' Unopposed Motion to Conventionally File Joint Appendix, the motion is hereby GRANTED. IT IS ORDERED that the Plaintiffs are to file the joint appendix on an USB flash drive with the Clerk of Court. The Court hereby waives the requirement that the Plaintiffs submit a paper chambers copy of the joint appendix.

SO ORDERED this ____ day of _____________, 2024.

HON. SHARON L. GLEASON
United States District Judge