Erik Grafe
Carole Holley
Hannah Payne Foster
EARTHJUSTICE
441 W 5th Avenue Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: egrafe@earthjustice.org
E: cholley@earthjustice.org
E: hpayne@earthjustice.org

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

Julia Forgie (*pro hac vice)*
Irene Gutierrez (*pro hac vice)*
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA 90401
T: 310.434.2300
E: jforgie@nrdc.org
E: igutierrez@nrdc.org

Thomas Zimpleman (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th Street NW, Suite 300
Washington, DC 20005
T: 202.513.6244
E: tzimpleman@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

COOK INLETKEEPER *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF THE INTERIOR *et al.*,

*Defendants,*

and

STATE OF ALASKA

*Intervenor-Defendant.*

Case No. 3:22-cv-00279-SLG

**NOTICE OF CONVENTIONAL FILING OF JOINT APPENDIX**

In accordance with Local Civil Rules 7.3(c) and 16.3(b)(1)(B), and the unopposed motion to conventionally file the joint appendix, filed February 5, 2024, at Doc. 49, Plaintiffs hereby notify the Court of the conventional filing of the joint appendix containing excerpts of the record that are cited or otherwise relied upon in the parties' briefs on the merits. Plaintiffs have transmitted the joint appendix on an USB flash drive to the Clerk of Court, along with a duplicate copy for use by Chambers.

Attached as Exhibit 1 is the index to the documents included in the joint appendix.

Respectfully submitted this 6th day of February, 2024,

*s/ Carole Holley*

Carole Holley (Alaska Bar No. 0611076)
Hannah Payne Foster (Alaska Bar No. 2105045)
Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society*

*s/ Julia Forgie*

Julia Forgie (*pro hac vice*)
Irene Gutierrez (*pro hac vice*)
Thomas Zimpleman (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Plaintiff Natural Resources Defense Council.*

## CERTIFICATE OF SERVICE

I certify that on February 6, 2024, a copy of foregoing NOTICE OF CONVENTIONAL FILING OF JOINT APPENDIX, was served electronically on Luther L. Hajek and Mary Hunter Gramling.

*s/ Carole Holley*
Carole Holley (Alaska Bar No. 0611076)
EARTHJUSTICE