## JOINT APPENDIX INDEX

*Cook Inletkeeper et al. v. U.S. Department of the Interior et al.*
Case No. 3:22-cv-00279-SLG

| Tab No. | Bates No. Range | Document Name |
|---|---|---|
| 1 | AR000001 – 360 | Bureau of Ocean Energy Management (BOEM), Outer Continental Shelf (OCS) Oil and Gas Leasing Program: 2017-2022, Final Programmatic Environmental Impact Statement (EIS), Vol. I (Nov. 2016) |
| 2 | AR000361 – 938 | BOEM, OCS Oil and Gas Leasing Program: 2017-2022, Final Programmatic EIS, Vol. II (Nov. 2016) (excerpts) |
| 3 | AR000939 – 1207 | BOEM, 2017-2022 OCS Oil and Gas Leasing Program Proposed Final Program (Nov. 2016) |
| 4 | AR001208 – 10 | Cruickshank, W.D., BOEM, Memorandum, Re. Record of Decision and Approval of the 2017-2022 OCS Oil and Gas Leasing Program (Jan. 17, 2017) |
| 5 | AR001876 - 2159 | National Marine Fisheries Service (NMFS), Recovery Plan for the Cook Inlet Beluga (*Delphinapterus leucas*) (Dec. 2016) (excerpts) |
| 6 | AR002395 - 408 | Incardona, J.P. *et al.*, *Exxon Valdez to Deepwater Horizon: Comparable toxicity of bothcrude oils to fish early life stages*, 142-143 AQUATIC TOXICOLOGY 303-316 (excerpts) |
| 7 | AR002761 - 78 | NOAA Fisheries, Species in the Spotlight, Priority Actions: 2016-2020, Cook Inlet Beluga Whale *Delphinapterus leucas* (Jan. 2016) (excerpts) |
| 8 | AR005242 - 342 | State of Alaska, Comments on the Call for Information and Nominations (Call) and the Notice of Intent (NOI) to prepare an EIS for proposed OCS Lease Sale 258 in Cook Inlet (Oct. 13, 2020) (excerpts) |

| | | |
|---|---|---|
| 9 | AR005668 - 69 | BOEM, Notice of Availability, Draft EIS on the Cook Inlet Lease Sale 258, 86 Fed. Reg. 4,117 (Jan. 15, 2021) |
| 10 | AR005677 | BOEM, Notice, Withdrawal of the Public Review Period for Cook Inlet Lease Sale 258, 86 Fed. Reg. 10,994 (Feb. 23. 2021) |
| 11 | AR005680 - 90 | Feige, C.A., Alaska Department of Natural Resources (ADNR), Letter to A. Howard, BOEM, Re. Re Cancellation of Comment Period for Lease Sale 258 (Mar. 1, 2021) |
| 12 | AR005709 – 14 | BOEM, Executive Summary, Draft EIS, Lease Sale 258, Cook Inlet, Alaska (undated) |
| 13 | AR005715 – 979 | BOEM, Cook Inlet Planning Area, Oil and Gas Lease Sale 258 In Cook Inlet, Alaska, Draft EIS, Vol. 1 (Oct. 2021) (excerpts) |
| 14 | AR005980 – 6095 | BOEM, Oil Spill Risk Analysis: Cook Inlet Planning Area OCS Lease Sale 258 (Revised)Oil Spill Risk Analysis for Lease Sale 258 (Aug. 2021) |
| 15 | AR007379 - 88 | Ocean Conservancy, Comments on Docket No. BOEM–2020–0018, Draft EIS on the Cook Inlet Lease Sale 258 (Dec. 13, 2021) (excerpts) |
| 16 | AR017603 – 960 | Cook Inletkeeper, Comments on Draft EIS for Lease Sale 258 (Dec. 13, 2021) (excerpts) |
| 17 | AR018423 – 57 | U.S. Environmental Protection Agency (EPA) Region 10, Comments on Draft EIS for Lease Sale 258 (Dec. 13, 2021) |
| 18 | AR019015 – 22 | Marine Mammal Commission, Comments on Draft EIS for Lease Sale 258 (Dec. 13, 2021) |
| 19 | AR020388 - 422 | Adoko, A., ADNR, Comments on Draft EIS on Cook Inlet Lease Sale 258, BOEM-2020-0018 (Dec. 13, 2021) (excerpts) |

| | | |
|---|---|---|
| 20 | AR020797-802 | Lefton, A., BOEM, Memorandum Re. Cancellation of Cook Inlet Lease Sale 258 (May 13, 2022) |
| 21 | AR020803-823 | Lefton, A., BOEM, Memorandum Re. Recommendations for Decisions on the Proposed Notice of Sale for the Cook Inlet Planning Area OCS Oil and Gas Lease Sale 258 (Scheduled for December 30, 2022) (Sept. 20, 2022) |
| 22 | AR020824-851 | Lefton, A., BOEM, Letter to M. Dunleavy, Governor of Alaska, Re. Cook Inlet Lease Sale 258 (Sept. 20, 2022) |
| 23 | AR020857 – 870 | BOEM, Proposed Notice of Sale, Cook Inlet Planning Area OCS Oil and Gas Lease Sale 258 (unpublished Federal Register notice) |
| 24 | AR020871 - 82 | BOEM, Proposed Notice of Sale, Cook Inlet Oil and Gas Lease Sale 258, Lease Stipulations (undated) |
| 25 | AR020924 - 25 | BOEM, Press Release: *Bureau of Ocean Energy Management Announces Next Steps for Offshore Oil and Gas Lease Sales Directed by Inflation Reduction Act* (Oct. 20, 2022) |
| 26 | AR020926 – 1353 | BOEM, Cook Inlet Planning Area, Oil and Gas Lease Sale 258 In Cook Inlet, Alaska, Final EIS (Oct. 2022) |
| 27 | AR021361 - 70 | Natural Resources Defense Council *et al.*, Letter to A. Lefton *et al.*, BOEM, Re. Lease Sale 258 (Nov. 9, 2022) (excerpt) |
| 28 | AR021371 – 554 | BOEM, Biological Assessment, Oil and Gas Activities Associated with Lease Sale 258, Cook Inlet, Alaska (Nov. 2022) |
| 29 | AR021730 – 31 | EPA Region 10, Comments on Final EIS for Lease Sale 258 (Nov. 28, 2022) |
| 30 | AR021732 - 51 | Gialopsos, A., ADNR, Letter to A. Lefton, BOEM, Re. Proposed Notice of Sale for Cook Inlet Oil and Gas Lease Sale 258 (Nov. 22, 2022) (excerpts) |

| | | |
|---|---|---|
| 31 | AR021752 – 75 | Lefton, A., BOEM, Memorandum Re. Recommendations for Decisions on the Final Notice of Sale (Final NOS) for the Cook Inlet Planning Area OCS Oil and Gas Lease Sale 258 (scheduled for December 30, 2022) (Nov. 25, 2022) |
| 32 | AR021776 – 84 | BOEM, Record of Decision for the Cook Inlet Planning Area, Alaska OCS Oil and Gas Lease Sale 258 (Nov. 2022) |
| 33 | AR021785 – 86 | BOEM, Press Release: *BOEM Publishes Final Notice of Sale for December Cook Inlet Lease Sale* (Nov. 28, 2022) |
| 34 | AR021787 | BOEM, Map: Cook Inlet Planning Area, Lease Sale 258, December 30, 2022, Final Notice of Sale (Nov. 21, 2022) |
| 35 | AR021788 | BOEM, Map: Cook Inlet Planning Area, Lease Sale 258, December 30, 2022, Final Notice of Sale, Stipulation Blocks (Nov. 21, 2022) |
| 36 | AR021819 - 853 | Lefton, A., BOEM, Letter to Gov. M. Dunleavy, Re. Scheduling of Cook Inlet Lease Sale 258 (Nov. 28, 2022) (excerpts) |
| 37 | AR022030 - 31 | BOEM, Alaska OCS Region, Cook Inlet Lease Sale 258 Sale Day Statistics (Jan. 3, 2023) |
| 38 | AR040163 – 994 | BOEM, Cook Inlet Planning Area, Oil and Gas Lease Sale 244 In the Cook Inlet, Alaska Final EIS, Volume 1 (Dec. 2016) (excerpts) |
| 39 | AR040995 – 1662 | BOEM, Cook Inlet Planning Area, Oil and Gas Lease Sale 244 In the Cook Inlet, Alaska Final EIS, Volume 2 (Dec. 2016) (excerpts) |
| 40 | AR042702 - 966 | BOEM, Cook Inlet Planning Area, Oil and Gas Lease Sale 258 In Cook Inlet, Alaska, Draft EIS, Vol. 1 (Oct. 2021) (excerpts) |

| | | |
|---|---|---|
| 41 | AR045708 – 733 | Castellote, M. *et al.*, *Anthropogenic Noise and the Endangered Cook Inlet Beluga Whale, Delphinapterus Leucas: Acoustic Considerations for* Management, 80 (3) MARINE FISHERIES REVIEW 63-88 (2019) |
| 42 | AR045734 – 52 | Castellote, M. *et al., Seasonal distribution and foraging occurrence of Cook Inlet beluga whales based on passive acoustic monitoring,* 41 ENDANGERED SPECIES RESEARCH 225-243 (2020) |
| 43 | AR051008 – 1245 | Fairweather Science, 2019 Hilcorp Alaska Lower Cook Inlet Seismic Survey, Marine Mammal Monitoring & Mitigation Program Final Report (Jan. 2020) |
| 44 | AR061634 – 766 | Lomac-MacNair, K. *et al.*, *Draft NMFS 90-Day Report for Marine Mammal Monitoring and Mitigation during Apache's Cook Inlet 2014 Seismic Survey, 2 April – 27 June 2014* (Jan. 21, 2015) |
| 45 | AR066362 – 70 | Mooney, T.A. *et al.*, *Variation in hearing within a wild population of beluga whales (Delphinapterus leucas)*, J. OF EXPERIMENTAL BIOLOGY 221 (2018) |
| 46 | AR068767 – 9050 | NMFS, Recovery Plan for the Cook Inlet Beluga (*Delphinapterus leucas*) (Dec. 2016) |
| 47 | AR069051 – 357 | NMFS, Endangered Species Act (ESA) Section 7(a)(2) Biological Opinion for Lease Sale 244, Cook Inlet, Alaska 2017-2022 (Sept. 13, 2017) |
| 48 | AR102098 - 147 | Picou, J.S. & C.G. Martin, *Long-Term Community Impacts of the Exxon Valdez Oil Spill: Patterns of Social Disruption and Psychological Stress Seventeen Years after the Disaster* (Apr. 2007) (excerpts) |

| | | |
|---|---|---|
| 49 | AR118383 – 407 | Poirier, M.C. *et al.*, *Intestinal Polycyclic Aromatic Hydrocarbon-DNA Adducts in a Population of Beluga Whales with High Levels of Gastrointestinal Cancers*, 60 ENVIRONMENTAL & MOLECULAR MUTAGENESIS 29-41 (2019) |
| 50 | AR122711 - 15 | DeGange, A.R. *et al.*, *Experimental Recovery of Sea Otter Carcasses at Kodiak Island, Alaska, Following the Exxon Valdez Oil Spill,* 10(4) MARINE MAMMAL SCIENCE 492-96 (Oct. 1994) |
| 51 | AR123455 - 67 | Fang, Z. *et al.*, *Reduced sea ice protection period increases storm exposure in Kivalina, Alaska*, NRC RESEARCH PRESS (Apr. 2018) |
| 52 | AR123781 - 84 | George, K., *Alaska Cod Fishery Closes And Industry Braces For Ripple Effect,* NPR (Dec. 8, 2019) |
| 53 | AR124752 - 81 | Hobbs, R.C. *et al.*, *Viability of a Small, Geographically-isolated Population of Beluga Whales, Delphinapterus leucas: Effects of Hunting, Predation, and Mortality Events in Cook Inlet, Alaska,* 77(2) Marine Fisheries Review 59-88 (undated) (excerpts) |
| 54 | AR125428 - 6057 | Intergovernmental Panel on Climate Change (IPCC), *Global Warming of 1.5°C, Summary for Policymakers* (2018) (excerpts) |
| 55 | AR126344 - 60 | Lader, R. *et al., Projections of Twenty-First-Century Climate Extremes for Alaska via Dynamical Downscaling and Quantile Mapping,* 56 JOURNAL OF APPLIED METEOROLOGY AND CLIMATOLOGY 2393-409 (Sept. 2017) (excerpts) |
| 56 | AR126608 - 33 | Northern Exploration Services, LLC, 90 Day Report, Protected Species Monitoring Program, Apache Alaska Corporation 2D Seismic Test Program, Cook Inlet, Alaska (June 2011) (excerpts) |
| 57 | AR129835 - 131359 | U.S. Global Change Research Program, Fourth National Climate Assessment, Vol. II: Impacts, Risks, and Adaptation in the United States (2018) (excerpts) |

| | | |
|---|---|---|
| 58 | AR131945 - 58 | NOAA Fisheries, Endangered Species Conservation: Species in the Spotlight (Dec. 22, 2021) (excerpts) |
| 59 | AR131965 - 2246 | NMFS, Recovery Plan for the Cook Inlet Beluga (*Delphinapterus leucas*) (Dec. 2016) (excerpts) |
| 60 | AR132248 – 64 | Norman, S. A. *et al.*, *Potential Natural and Anthropogenic Impediments to the Conservation and Recovery of Cook Inlet Beluga Whales, Delphinapterus leucas* 77(2) MARINE FISHERIES REVIEW 89-105 (undated) |
| 61 | AR132626 – 34 | Nowacek, D. P. *et al.*, *Marine seismic surveys and ocean noise: time for coordinated and prudent planning*, 13(7) FRONT ECOL ENVIRON. 378–86 (2015) |
| 62 | AR133659 - 89 | United Nations, Framework Convention on Climate Change, Conference of the Parties, Adoption of the Paris Agreement (Dec. 12, 2015) (excerpts) |
| 63 | AR134058 - 161 | Stockholm Environmental Institute *et al.*, The Production Gap - Governments' planned fossil fuel production remains dangerously out of sync with Paris Agreement limits (2021) (excerpts) |
| 64 | AR135039 – 49 | Simond, A.E. *et al.*, *Associations between organohalogen exposure and thyroid- and steroid-related gene responses in St. Lawrence Estuary belugas and minke whales*, 145 MARINE POLLUTION BULLETIN 174-84 (2019) |
| 65 | AR139340 - 59 | Walsh, J.E. *et al.*, *The Exceptionally Warm Winter of 2015/16 in Alaska,* 30 Journal of Climate 2069-88 (2016) (excerpts) |
| 66 | AR140022 - 33 | Center for Biological Diversity, Comments on Proposed Notice of Sale for Cook Inlet Oil and Gas Lease Sale 258, BOEM-2021-0003 (Nov. 22, 2022) |

| | | |
|---|---|---|
| 67 | AR140094 - 104 | Bors, E.K. *et al.*, *An epigenetic clock to estimate the age of living beluga whales*, EVOLUTIONARY APPLICATIONS 1263-73 (2021) |
| 68 | AR140105 - 11 | Burek-Huntington, K.A. *et al.*, *Congenital defects and herpesvirus infection in beluga whale Delphinapterus leucas calves from the Critically Endangered Cook Inlet population,* 151 Diseases of Aquatic Organisms 29-35 (2022) |
| 69 | AR140615 - 66 | IPCC, Climate Change 2022, Mitigation of Climate Change, Summary for Policymakers (2022) (excerpts) |
| 70 | AR140701 – 18 | Norman, S.A. *et al.*, *A Systematic Review Demonstrates How Surrogate Populations Help Inform Conservation and Management of an Endangered Species—The Case of Cook Inlet, Alaska Belugas,* 9 Frontiers in Marine Science 1- (2022) |