Erik Grafe
Carole Holley
Hannah Payne Foster
EARTHJUSTICE
310 K Street Suite 508
Anchorage, AK 99501
T: 907.277.2500
E: egrafe@earthjustice.org
E: cholley@earthjustice.org
E: hpayne@earthjustice.org

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

Kristen Monsell (*pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity.*

Julia Forgie (*pro hac vice)*
Irene Gutierrez (*pro hac vice)*
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA 90401
T: 310.434.2300
E: jforgie@nrdc.org
E: igutierrez@nrdc.org

Thomas Zimpleman (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th Street NW, Suite 300
Washington, DC 20005
T: 202.513.6244
E: tzimpleman@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

COOK INLETKEEPER *et al*.,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF THE INTERIOR *et al.*,

*Defendants,*

and

STATE OF ALASKA

*Intervenor-Defendant.*

Case No. 3:22-cv-00279-SLG

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to L.Civ.R. 11.1(b)(1), Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society hereby give notice of the change of address for counsel Erik Grafe, Carole Holley, and Hannah Payne Foster in the above-captioned litigation. Effective immediately, all future correspondence should be directed to Mr. Grafe and Mses. Holley and Payne as follows:

Erik Grafe
Carole Holley
Hannah Payne Foster
EARTHJUSTICE
310 K Street Suite 508
Anchorage, AK 99501

The telephone numbers and email addresses for Mr. Grafe and Mses. Holley and Foster remain unchanged.

Respectfully submitted this 18th day of July, 2024,

*s/ Carole Holley*

Carole Holley (Alaska Bar No. 0611076)
Hannah Payne Foster (Alaska Bar No. 2105045)
Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society*

## CERTIFICATE OF SERVICE

I certify that on July 18, 2024, a copy of the foregoing NOTICE OF CHANGE OF ADDRESS was served electronically on Julia Forgie, Irene Gutierrez, Thomas Zimpleman, Kristen Monsell, Luther L. Hajek, Mary Hunter Gramling, and Trevor Consoliver.

*s/ Carole Holley*

Carole Holley (Alaska Bar No. 0611076)
EARTHJUSTICE