TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

LUTHER L. HAJEK (CO Bar 44303)
ALEXIS G. ROMERO (DC Bar 90006907)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1376; (203) 3535885
E-mail: luke.hajek@usdoj.gov
         alexis.romero@usdoj.gov

*Attorneys for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| COOK INLETKEEPER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants,<br><br>and<br><br>STATE OF ALASKA<br><br>Intervenor-Defendant. | Case No. 3:22-cv-00279-SLG |

**FEDERAL DEFENDANTS' NOTICE OF APPEAL**

Federal Defendants U.S. Department of the Interior, U.S. Bureau of Ocean Energy Management ("BOEM"), Elizabeth Klein,[1] in her official capacity as Director of BOEM, Deb Haaland, in her official capacity as Secretary of the Interior, and Stephen Feldgus, in his official capacity as Principal Deputy Assistant Secretary of the Interior for Lands and Minerals Management, hereby appeal to the U.S. Court of Appeals for the Ninth Circuit from the District Court's July 16, 2024 Summary Judgment Decision and Order, ECF No. 52, as well as all prior orders and decisions that merge into those orders.

A representation statement is attached hereto.

DATED: September 16, 2024.

                TODD KIM
                Assistant Attorney General
                Environment and Natural Resources Division

                */s/ Luther L. Hajek*
                LUTHER L. HAJEK (CO Bar 44303)
                United States Department of Justice
                Environment and Natural Resources Division
                999 18th St., South Terrace, Suite 370
                Denver, CO 80202
                Ph: (303) 844-1376; Fax: (303) 844-1350
                luke.hajek@usdoj.gov

                /s/ *Alexis G. Romero*
                ALEXIS G. ROMERO
                Trial Attorney (D.C. Bar: 90006907)
                United States Department of Justice
                Environment & Natural Resources Division
                Natural Resource Section
                P.O. Box 7611,
                Washington, DC 20044-7611

---

[1] Pursuant to Federal Civil Procedure 25(d), Ms. Klein and Dr. Feldgus are automatically substituted for their predecessors in office.

*Cook Inletkeeper, et al. v. Dep't of the Interior, et al.,*     Case No. 3:22-cv-00279-SLG
FED. DEFS.' NOTICE OF APPEAL     2

Tel: 203-353-5885
E-mail: alexis.romero@usdoj.gov

*Attorneys for Federal Defendants*

*Cook Inletkeeper, et al. v. Dep't of the Interior, et al.,*
Fed. Defs.' Notice of Appeal

Case No. 3:22-cv-00279-SLG
3

Case 3:22-cv-00279-SLG   Document 54   Filed 09/16/24   Page 3 of 4

# CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2023, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

>  */s/ Luther L. Hajek*
> Luther L. Hajek