TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

LUTHER L. HAJEK (CO Bar 44303)
ALEXIS G. ROMERO (DC Bar 90006907)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1376; (203) 353-5885
E-mail: luke.hajek@usdoj.gov
         alexis.romero@usdoj.gov

*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants, <br><br> and <br><br> STATE OF ALASKA <br><br> Intervenor-Defendant. | Case No. 3:22-cv-00279-SLG |

## UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL

*Cook Inletkeeper, et al. v. Dep't of the Interior, et al.,*　　　Case No. 3:22-cv-00279-SLG
FED. DEFS' MOTION TO DISMISS APPEAL

Case 3:22-cv-00279-SLG   Document 55   Filed 09/23/24   Page 1 of 3

Pursuant to Federal Rule of Appellate Procedure 42(a), Federal Defendants-Appellants U.S. Department of the Interior, U.S. Bureau of Ocean Energy Management, Elizabeth Klein, Deb Haaland, and Steven Feldgus (in their official capacities), move to voluntarily dismiss the appeal in this case, with the parties bearing their own costs on appeal. Counsel for Plaintiffs-Appellees stated that they do not object to this motion.

DATED: September 23, 2024.

                                TODD KIM
                                Assistant Attorney General
                                Environment and Natural Resources Division

                                */s/ Luther L. Hajek*
                                LUTHER L. HAJEK (CO Bar 44303)
                                United States Department of Justice
                                Environment and Natural Resources Division
                                999 18th St., South Terrace, Suite 370
                                Denver, CO 80202
                                Ph: (303) 844-1376; Fax: (303) 844-1350
                                luke.hajek@usdoj.gov

                                /s/ *Alexis G. Romero*
                                ALEXIS G. ROMERO
                                Trial Attorney (D.C. Bar: 90006907)
                                United States Department of Justice
                                Environment & Natural Resources Division
                                Natural Resource Section
                                P.O. Box 7611,
                                Washington, DC 20044-7611
                                Tel: 203-353-5885
                                E-mail: alexis.romero@usdoj.gov

                                *Attorneys for Federal Defendants*

*Cook Inletkeeper, et al. v. Dep't of the Interior, et al.,*           Case No. 3:22-cv-00279-SLG
FED. DEFS' MOTION TO DISMISS APPEAL                                                         2

Case 3:22-cv-00279-SLG    Document 55    Filed 09/23/24    Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2024, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

>  */s/ Luther L. Hajek*
> Luther L. Hajek