Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

---

| | |
|---|---|
| Docket Number: | 24-5787 |
| Originating Case Number: | 3:22-cv-00279-SLG |
| Case Title: | Cook Inletkeeper, et al. v. United States Department of the Interior, et al. |

---

**Monday, September 30, 2024**

| | |
|---|---|
| United States Department of the Interior | Mediation Questionnaire due |
| Bureau of Ocean Energy Management | Mediation Questionnaire due |
| Elizabeth Klein | Mediation Questionnaire due |
| Deb Haaland | Mediation Questionnaire due |
| Stephen Feldgus | Mediation Questionnaire due |

**Wednesday, November 6, 2024**

| | |
|---|---|
| United States Department of the Interior | Appeal Opening Brief (No Transcript Due) |
| Bureau of Ocean Energy Management | Appeal Opening Brief (No Transcript Due) |
| Elizabeth Klein | Appeal Opening Brief (No Transcript Due) |
| Deb Haaland | Appeal Opening Brief (No Transcript Due) |
| Stephen Feldgus | Appeal Opening Brief (No Transcript Due) |

**Friday, December 6, 2024**

| | |
|---|---|
| Cook Inletkeeper | Appeal Answering Brief (No Transcript Due) |
| Alaska Community Action on Toxics | Appeal Answering Brief (No Transcript Due) |
| Center for Biological Diversity | Appeal Answering Brief (No Transcript Due) |
| Kachemak Bay Conservation Society | Appeal Answering Brief (No Transcript Due) |
| Natural Resources Defense Council | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**