**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

COOK INLETKEEPER, *et al.*,

Plaintiffs,

v.

U.S. DEPARTMENT OF THE INTERIOR, *et al.*,

Defendants,

and

THE STATE OF ALASKA,

Intervenor-Defendant.

Case No. 3:22-cv-00279-SLG

**ORDER RE MOTION TO VOLUNTARILY DISMISS APPEAL**

Before the Court at Docket 55 is Federal Defendants' Unopposed Motion to Voluntarily Dismiss Appeal.

"Before an appeal has been docketed by the circuit clerk, the district court may dismiss the appeal" upon signed stipulation by all parties or upon motion and notice by the appellant.[1] After the appeal is docketed, dismissal may be effected only by the Court of Appeals.[2]

[1] Fed. R. App. P. 42(a).

[2] *See* Fed. R. App. P. 42.

Because Federal Defendants' appeal had already been docketed in the U.S. Court of Appeals for the Ninth Circuit before this motion was filed,[3] the Court lacks authority to dismiss the appeal. Therefore, Federal Defendants' Unopposed Motion to Voluntarily Dismiss Appeal is DENIED without prejudice to the filing of a motion to voluntarily dismiss the appeal with the Clerk of the Court of Appeals for the Ninth Circuit as provided in Federal Rule of Appellate Procedure 42(b).

DATED this 24th day of September 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

[3] Docket 56 (Docketing Notice, Appeal No. 24-5787).