UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

COOK INLETKEEPER; et al.,

Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR; et al.,

Defendants - Appellants,

STATE OF ALASKA,

Intervenor-Defendant.

No. 24-5787

D.C. No.
3:22-cv-00279-SLG
District of Alaska,
Anchorage

ORDER

The motion for voluntary dismissal of this appeal (Docket Entry No. 3) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court will act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT