## TIME SUMMARY TABLE

| | Name | Total Hours | Hourly Rate | Total Fees |
|---|---|---|---|---|
| **Attorneys:** | | | | |
| | Foster, Hannah Payne | 223.40 | $245.00 | $54,733.00 |
| | Grafe, Erik | 77.20 | $450.00 | $34,740.00 |
| | Holley, Carole | 102.90 | $450.00 | $46,305.00 |
| | Monsell, Kristen | 141.50 | $450.00 | $63,675.00 |
| | **Total:** | **545.00** | | **$199,453.00** |
| **Litigation Paralegal** | | | | |
| | Saunders, Sarah | 43.90 | $140.00 | $6,146.00 |
| | **Total:** | **43.90** | | **$6,146.00** |
| | **Grand Total:** | **588.90** | | **$205,599.00** |

**Attorney - Foster, Hannah Payne**

| | | |
|---|---|---|
| 11/08/2022 | 0.9 | Meet with E. Grafe re assignment |
| 11/08/2022 | 1.7 | Review environmental impact statements |
| 11/09/2022 | 2.0 | Continue reviewing environmental impact statements |
| 11/09/2022 | 3.4 | Caselaw research re potential legal claim |
| 11/10/2022 | 2.4 | Continue reviewing environmental impact statements and related sources and comments |
| 11/10/2022 | 0.6 | Email to E. Grafe re research progress |
| 11/10/2022 | 3.6 | Continue caselaw research re potential legal claim |
| 11/14/2022 | 1.5 | Review environmental impact statements and related sources and comments re purpose and need claim |
| 11/14/2022 | 0.6 | Emails to E. Grafe re purpose and need claim |
| 11/16/2022 | 4.5 | Research potential purpose and need claim |
| 11/16/2022 | 0.7 | Meet with E. Grafe and C. Holley re purpose and need claim |
| 11/17/2022 | 0.8 | Meeting with internal team and Natural Resources Defense Council re claims development |
| 11/17/2022 | 2.0 | Continue research potential purpose and need claim |
| 11/18/2022 | 0.6 | Continue research potential purpose and need claim |
| 11/21/2022 | 1.5 | Continue research re purpose and need claim |
| 11/22/2022 | 1.9 | Continue researching potential purpose and need claim |
| 11/22/2022 | 3.3 | Draft summary of potential claim |
| 11/23/2022 | 2.5 | Continue drafting summary of potential claim |
| 11/28/2022 | 0.8 | Meet with C. Holley and E. Grafe re potential claims |
| 11/28/2022 | 1.3 | Continue research re potential purpose and need claim |
| 11/29/2022 | 5.8 | Continue research re potential purpose and need claim and other potential |
| 11/30/2022 | 0.8 | Continue researching potential claims |
| 12/01/2022 | 1.0 | Continue researching potential claims |
| 12/01/2022 | 1.0 | Internal meeting re potential claims |
| 12/01/2022 | 1.0 | Meeting with litigation group re planning and strategy |
| 12/02/2022 | 0.6 | Review client memo and suggest edits |
| 12/05/2022 | 0.5 | Meet with E. Grafe re complaint drafting |
| 12/05/2022 | 1.3 | Background research re complaint drafting |
| 12/05/2022 | 4.6 | Background research re alternatives claim |
| 12/06/2022 | 7.5 | Draft alternatives fact section and claim |
| 12/12/2022 | 0.4 | Review feedback on draft of alternatives claim |
| 12/13/2022 | 0.8 | Prepare for meeting re claim |
| 12/13/2022 | 0.7 | Meet with internal team re claim draft and schedule |
| 12/13/2022 | 1.4 | Update draft claim |
| 12/15/2022 | 1.0 | Meeting with litigation group re complaint and filing plan |
| 12/15/2022 | 0.5 | Revise alternatives claim |
| 12/18/2022 | 0.9 | Review draft complaint |
| 12/19/2022 | 0.9 | Meet with partner organizations re complaint review |
| 01/24/2023 | 0.3 | Research and respond to question re proof of service |
| 03/31/2023 | 0.3 | Emails re bid issuance |
| 04/06/2023 | 0.4 | Meet with litigation partners re lease issuance |
| 04/11/2023 | 0.4 | Update emails to client |

| | | |
|---|---|---|
| 05/04/2023 | 1.4 | Review state intervention filings and recommend response |
| 05/05/2023 | 1.0 | Emails with co-counsel and clients re response to State of Alaska's motion to intervene |
| 05/08/2023 | 0.5 | Finalize response to intervention filing |
| 06/15/2023 | 0.5 | Review briefing deadlines and follow up with colleagues |
| 06/15/2023 | 1.9 | Draft clerk assignment to aid briefing |
| 06/23/2023 | 0.3 | Review emails and schedule meeting re briefing schedule |
| 06/26/2023 | 0.3 | Review briefing proposal and schedule meeting |
| 06/27/2023 | 0.3 | Review administrative record filings |
| 06/29/2023 | 1.5 | Prepare for co-counsel meeting re briefing schedule and meeting |
| 06/29/2023 | 0.5 | Review and share briefing schedule meeting notes |
| 07/05/2023 | 0.3 | Review pleadings |
| 07/06/2023 | 0.5 | Review pleadings |
| 07/07/2023 | 3.4 | Review pleadings and background materials; Compile source list |
| 07/13/2023 | 0.7 | Background reading for brief |
| 07/17/2023 | 1.3 | Reviewing background materials to prepare for summary judgment brief |
| 07/18/2023 | 0.4 | Drafting argument for summary judgment brief |
| 07/20/2023 | 2.0 | Review record in preparation for drafting summary judgment argument |
| 07/20/2023 | 0.9 | Prepare for meeting with co-counsel; Meeting with co-counsel |
| 07/25/2023 | 1.7 | Review record and email opposing counsel re record omissions |
| 07/26/2023 | 0.7 | Record review |
| 07/27/2023 | 1.0 | Review record |
| 07/28/2023 | 1.0 | Record review |
| 07/31/2023 | 3.4 | Review record and other background materials |
| 08/01/2023 | 2.9 | Record review and case research for brief |
| 08/02/2023 | 1.5 | Research for brief |
| 08/03/2023 | 1.3 | Research for brief |
| 08/04/2023 | 4.4 | Record review and brief drafting |
| 08/07/2023 | 5.8 | Drafting brief section |
| 08/08/2023 | 5.3 | Draft brief section |
| 08/09/2023 | 0.3 | Review brief section |
| 08/10/2023 | 0.8 | Meet with co-counsel re litigation and share notes |
| 08/11/2023 | 0.3 | Email re administrative record question |
| 08/30/2023 | 0.3 | Review and revise draft brief section |
| 08/31/2023 | 4.4 | Review comments on draft brief section and revise |
| 09/06/2023 | 1.8 | Review comments on brief section and revise draft |
| 09/07/2023 | 1.5 | Revise argument draft |
| 09/07/2023 | 0.8 | Meet with co-counsel |
| 09/11/2023 | 0.3 | Emails re briefing schedule |
| 09/12/2023 | 0.8 | Prep for internal meeting re brief schedule and attend meeting |
| 09/12/2023 | 0.9 | Research re specific lease block |
| 09/13/2023 | 1.2 | Prepare for internal meeting re revising brief argument and attend meeting |
| 09/14/2023 | 3.7 | Revise brief section |
| 09/15/2023 | 2.0 | Revise brief section |
| 09/18/2023 | 1.0 | Research re brief argument |
| 09/19/2023 | 2.2 | Revise brief section |
| 09/20/2023 | 0.8 | Revise brief section |
| 09/20/2023 | 0.8 | Meet with Erik re brief section feedback |

| | | |
|---|---|---|
| 09/21/2023 | 1.8 | Revise brief section |
| 09/21/2023 | 0.5 | Meet with co-counsel re brief |
| 09/22/2023 | 0.7 | Research and respond to internal question re brief |
| 09/25/2023 | 0.8 | Finalize brief section and send to co-counsel |
| 09/27/2023 | 0.8 | Review co-counsel's draft argument |
| 10/02/2023 | 1.4 | Review circulated brief draft and communicate with colleagues about access to brief |
| 10/03/2023 | 1.4 | Reviewing circulated brief draft |
| 10/05/2023 | 1.2 | Meet with co-counsel and schedule follow ups |
| 10/10/2023 | 1.1 | Internal meeting re strategy |
| 10/10/2023 | 1.2 | Email to partners re brief revisions |
| 10/12/2023 | 1.0 | Meet with partners re brief |
| 10/13/2023 | 3.1 | Revise argument |
| 10/17/2023 | 2.4 | Review and revise brief |
| 10/18/2023 | 0.9 | Review brief and suggested revisions |
| 10/18/2023 | 0.5 | Internal meeting re. brief revisions |
| 10/20/2023 | 0.9 | Internal meeting re. filing plan |
| 10/23/2023 | 5.1 | Cite checking, final review and revision of brief |
| 10/23/2023 | 1.0 | Meeting with co-counsel to discuss final brief changes |
| 10/24/2023 | 2.7 | Finalizing brief for filing |
| 12/05/2023 | 0.2 | Review and respond to scheduling emails |
| 12/08/2023 | 3.0 | Review DOJ response brief |
| 12/12/2023 | 3.0 | Draft outline reply to State's response |
| 12/12/2023 | 1.0 | Meet with co-counsel re reply |
| 12/20/2023 | 1.2 | Review and update reply brief outline |
| 12/20/2023 | 0.8 | Meet with Carole and Erik to prepare for meeting with co-counsel tomorrow |
| 12/28/2023 | 5.1 | Review feedback and draft reply brief |
| 01/02/2024 | 0.9 | Review state response brief |
| 01/02/2024 | 3.6 | Research for reply |
| 01/03/2024 | 2.8 | Draft reply brief |
| 01/04/2024 | 0.6 | Review draft brief |
| 01/04/2024 | 0.5 | Meet with co-counsel re brief |
| 01/04/2024 | 2.4 | Research for brief |
| 01/05/2024 | 1.9 | Research for brief |
| 01/05/2024 | 0.3 | Call with Carole re brief |
| 01/05/2024 | 1.2 | Revise brief |
| 01/08/2024 | 5.0 | Revise draft reply brief |
| 01/10/2024 | 0.6 | Review comments on brief |
| 01/11/2024 | 0.5 | Meet with co-counsel re reply brief |
| 01/11/2024 | 1.2 | Review reply brief |
| 01/12/2024 | 2.2 | Revise brief |
| 01/18/2024 | 1.7 | Review cite check notes and revise |
| 01/19/2024 | 0.9 | Review cite check edits |
| 01/22/2024 | 0.3 | Email update to clients |
| 01/30/2024 | 0.3 | Emails re joint appendix |
| 01/31/2024 | 0.3 | Emails re joint appendix access |
| 08/13/2024 | 0.4 | Emails re. EAJA petition |
| 08/14/2024 | 0.4 | Review social media posts |

| | | |
|---|---|---|
| 08/20/2024 | 0.5 | Review EAJA draft documents from Sarah |
| 08/21/2024 | 0.5 | Meet with Sarah re. steps for filing EAJA petition |
| 08/21/2024 | 1.1 | Review draft time and costs report and suggest entries to remove from |
| 08/21/2024 | 1.5 | Review EAJA draft documents from Sarah (application, declaration, motions) and draft to do list for EAJA petition |
| 08/21/2024 | 0.4 | Internal emails re. time and costs report |
| 08/22/2024 | 0.9 | Research re. elements of EAJA petition |
| 08/22/2024 | 0.3 | Email summarizing research re. elements of EAJA petition |
| 08/23/2024 | 1.5 | Continue research re. elements of EAJA petition and internal emails re. |
| 08/23/2024 | 2.0 | Review pleadings for drafting EAJA application and drafting application |
| 08/26/2024 | 1.5 | Revise EAJA application |
| 08/27/2024 | 1.0 | Draft EAJA declaration |
| 09/04/2024 | 1.0 | Draft EAJA declaration |
| 09/06/2024 | 0.8 | Review CBD time report and share draft declaration with CBD |
| 09/17/2024 | 0.3 | Email update to clients re appeal |
| **Total:** | **223.4** | |

**Attorney - Grafe, Erik**

| | | |
|---|---|---|
| 02/11/2022 | 1.0 | claims devo background |
| 02/15/2022 | 1.0 | claims devo |
| 02/16/2022 | 2.0 | claims devo and related |
| 02/17/2022 | 1.0 | emails and background work |
| 02/23/2022 | 1.5 | claims development |
| 02/24/2022 | 2.0 | claims devo and related |
| 03/04/2022 | 2.1 | call w km, lm, ig and related emails |
| 04/22/2022 | 0.5 | emails w team |
| 09/29/2022 | 1.0 | Team call w NRDC and CBD CIK |
| 10/24/2022 | 2.0 | Review of EIS and email |
| 10/28/2022 | 2.0 | Claims review and emails |
| 11/03/2022 | 1.5 | Team call w nrdc, cik, cbd; prep and followup emails |
| 11/08/2022 | 4.0 | Review eis for claims; call w hannah re claims review; emails re same |
| 11/09/2022 | 1.0 | Review talking points for tribe outreach from cik; emails; review claims |
| 11/11/2022 | 3.1 | Claims devo |
| 11/15/2022 | 2.5 | Claims devo |
| 11/16/2022 | 1.0 | Call with team re claims devo |
| 11/28/2022 | 3.0 | Review Hannah's memo; call with team; misc additional research re claims |
| 11/29/2022 | 2.0 | Claims development |
| 12/01/2022 | 4.0 | Team call, internal and w other cocounsel, work on claims memo |
| 12/02/2022 | 5.0 | Work on claims and claims memo |
| 12/05/2022 | 1.5 | Memo to clients revised and distributed; call w HP re complaint drafting |
| 12/12/2022 | 2.1 | Work on complaint revisions and review and claims development |
| 04/06/2023 | 0.7 | Co-counsel check in re next steps |
| 05/01/2023 | 0.3 | Email to CIK re LS 257 opinion implications |
| 09/12/2023 | 1.0 | Emails and call re brief |
| 09/13/2023 | 2.5 | Claims devo re alternatives and oil spill; meeting w HP re same |
| 09/15/2023 | 1.8 | Claims development re alternatives and oil spill |
| 09/20/2023 | 2.3 | Review alternatives draft; call w HP re same; review EIS and oil spill claim |

| | | |
|---|---|---|
| 09/27/2023 | 2.0 | Review and comment on beluga section of brief |
| 10/05/2023 | 2.0 | Litigation team call, prep, follow-up re sj brief |
| 10/09/2023 | 0.5 | Review beluga section revisions from KM |
| 10/10/2023 | 1.4 | Team call re brief next steps w CH and HP and prep |
| 10/12/2023 | 3.0 | Work on brief revisions; team litigation call; convos w CH and team |
| 10/13/2023 | 3.4 | Work on beluga and alts sections of summary judgment brief |
| 10/16/2023 | 1.0 | Comments on draft brief |
| 10/18/2023 | 2.0 | Team meeting re final steps; comments on draft SJ sent to NRDC |
| 10/20/2023 | 1.5 | Team meetings and finalizing getting final standing decl. |
| 10/22/2023 | 1.0 | Standing section citations and drafting |
| 10/23/2023 | 4.0 | Call re smmary judgment brief; work on final pieces for filing |
| **Total:** | **77.2** | |

**Attorney - Holley, Carole**

| | | |
|---|---|---|
| 10/04/2022 | 0.8 | Meet with SS and EG to review status of case and next steps. |
| 10/11/2022 | 1.4 | Meeting with NRDC, CBD, Cook Inletkeeper on advocacy and litigation strategy; prep for meeting. |
| 11/13/2022 | 2.3 | Review comment letters and analyze whether BOEM adequately accounted for impacts to beluga whales. |
| 11/14/2022 | 1.6 | Review FEIS and beluga claims. |
| 11/16/2022 | 1.6 | Mtg with EG and HP RE: alternatives claim; review FEIS on alternatives claim and beluga argument. |
| 11/18/2022 | 0.8 | Review action alert; continue to review FEIS and analyze potential claims RE: hard look and belugas. |
| 11/28/2022 | 4.3 | Review ROD and accompanying documents; meet to discuss LS 258 claims with HP and EG. |
| 11/29/2022 | 5.5 | Review FEIS beluga claim, research case law on NEPA and standards for finding inadequate EIS. |
| 11/30/2022 | 4.5 | Further research and review beluga claims focusing on cumulative effects of noise and potential of climate change impacts on belugas; meet with EG to see if on right path. |
| 12/01/2022 | 5.2 | Review MMC and USFWS comments on DEIS LS 258; meet with LS 258 EJ folks to discuss claims; meet with NRDC and CBD RE: claims; review agreements; continue claims development. |
| 12/13/2022 | 1.0 | Cook Inlet Complaint check-in. |
| 12/16/2022 | 4.6 | Coordinate with EG on review and work; review complaint and comment. |
| 12/17/2022 | 1.2 | Review and edit draft complaint. |
| 12/19/2022 | 0.9 | Meet with NRDC, CBD, EJ to discuss LS258 complaint. |
| 12/19/2022 | 1.2 | Review and add edits to draft LS 258 complaint. |
| 12/20/2022 | 0.8 | Review and edit final proofread complaint and submit to NRDC, CBD. |
| 01/12/2023 | 0.5 | Meet RE: next steps. |
| 03/10/2023 | 0.8 | Follow-up with co-counsel, clients, and DOJ RE: proposed stipulation and proposed order regarding the record date. |
| 04/06/2023 | 0.1 | Check in with DOJ on status of LS and Hillcorp lease. |
| 04/12/2023 | 0.2 | Check-in with co-counsel and reply to email from DOJ on decision to not amend complaint. |
| 04/24/2023 | 0.2 | Response to potential intervention by AK. |

| | | |
|---|---|---|
| 06/29/2023 | 1.1 | Team meeting RE: scheduling, substantive arguments, record, etc. (1); Email DOJ RE: scheduling for LS258 (.1) |
| 07/18/2023 | 1.2 | Review materials for oil spill argument. |
| 07/20/2023 | 1.2 | Check-in mtg (.7); review of citations (.5). |
| 07/21/2023 | 1.2 | Coordination of schedules with DOJ and State for briefing (.3); review record for oil spill docs (.9). |
| 09/03/2023 | 5.5 | Review record for oil spill claim argument for MSJ brief. |
| 09/04/2023 | 2.5 | Review FEIS for oil spill claim argument. |
| 09/07/2023 | 1.2 | Review AR for LS oil spill arguments. |
| 09/08/2023 | 2.6 | Review AR (1.8); research case law (.8) for argument. |
| 09/09/2023 | 2.8 | Draft oil spill argument. |
| 09/11/2023 | 3.2 | Draft and review oil spill arguments along with analysis for questions to |
| 09/21/2023 | 0.5 | Team meeting on next steps. |
| 10/05/2023 | 1.0 | Check-in meeting. |
| 10/10/2023 | 0.8 | Internal meeting |
| 10/12/2023 | 1.0 | Check-in meeting and discussion re: brief. |
| 10/17/2023 | 2.2 | Review and edit draft brief. |
| 10/18/2023 | 1.0 | Internal discussion of how to proceed in briefing. |
| 10/20/2023 | 0.6 | Discussion of next steps for CI LS 258 filing on Tuesday (.4); review declarations (.2) |
| 10/23/2023 | 1.7 | Check-in meeting with team (1); review edits to brief and provide comments |
| 12/07/2023 | 0.1 | Response to DOJ request for overlength. |
| 12/12/2023 | 1.0 | Meeting to discuss our Reply brief (.8); check-in with HP RE: plan. |
| 12/13/2023 | 3.5 | Review briefs and brainstorm Reply options. |
| 12/20/2023 | 0.5 | Check-in meeting RE: next steps in case. |
| 12/21/2023 | 1.0 | Team meeting and internal schedule for reply. |
| 12/22/2023 | 0.2 | Check on status of schedule and JA cites. |
| 12/26/2023 | 2.1 | Refresh memory on opening brief and arguments to aid in comments for |
| 12/27/2023 | 4.5 | Review opening brief, opposition brief and provide comments on outline to |
| 12/29/2023 | 3.5 | Review State's Response brief and summarize for EG and HP. |
| 01/03/2024 | 0.7 | Review alts section of Reply. |
| 01/04/2024 | 2.5 | LS 258 Meeting (.5); provide edits and research cases for reply (2). |
| 01/07/2024 | 3.3 | Research and edit alternatives section of Reply brief. |
| 01/16/2024 | 2.0 | Review brief and suggest edits. |
| 01/17/2024 | 4.1 | Review and edit Reply brief. |
| 01/18/2024 | 1.5 | Review cite checks and comments. |
| 01/24/2024 | 0.3 | Extension for JA discussion and email. |
| 01/25/2024 | 0.5 | Draft Motion for Extension of Time and proposed order for JA filing and circulate for edits; incorporate edits. |
| 07/26/2024 | 0.5 | EAJA petition reqs. |
| 08/23/2024 | 0.3 | Review time. |
| **Total:** | **102.9** | |

**Attorney - Kristen Monsell**

| | | |
|---|---|---|
| 10/22/22 | 7.3 | Review FEIS and research potential claims |
| 11/1/22 | 6.5 | Research potential claims |
| 11/30/23 | 5.9 | Draft NOI |

| | | |
|---|---|---|
| 12/1/22 | 1 | Call re case with EJ and NRDC |
| 12/5/22 | 0.4 | Emails re case w/EJ and NRDC |
| 12/8/22 | 3.8 | Draft litigation memo re ESA claims |
| 12/8/22 | 2.4 | Draft internal litigation approval memo |
| 12/15/22 | 3.7 | Review/edit complaint |
| 12/20/22 | 2.1 | Review/edit complaint |
| 12/21/22 | 1 | Call re case with EJ and NRDC |
| 2/10/2023 | 0.9 | Emails re case strategy |
| 3/10/2023 | 0.2 | Emails w/EJ and NRDC re case schedule |
| 3/17/2023 | 0.2 | Review JSR and email re JSR |
| 4/11/2023 | 1.4 | Internal discussion re claims |
| 4/11/2023 | 5.3 | Research re potential claims and emails w/EJ and NRDC re same |
| 6/16/2023 | 0.3 | Emails w/EJ and NRDC re case schedule |
| 7/20/2023 | 0.4 | Emails re case w/EJ and NRDC |
| 7/24/2023 | 1.2 | Review AR for missing docs and emails re same |
| 7/26/2023 | 0.3 | Review JSR and email re JSR |
| 8/7/2023 | 3.2 | Review AR |
| 8/8/2023 | 2.7 | Review AR |
| 8/8/2023 | 4.8 | Research potential arguments |
| 8/9/2023 | 5.1 | Research and draft SJ brief |
| 8/10/2023 | 5.8 | Research and draft SJ brief |
| 8/10/2023 | 0.5 | Call re case with EJ and NRDC |
| 8/11/2023 | 5.7 | Draft beluga section of SJ brief |
| 8/14/2023 | 3.1 | Draft beluga section of SJ brief |
| 9/17/2023 | 4.9 | Draft beluga section of SJ brief |
| 9/18/2023 | 3.1 | Standing declarations |
| 9/19/2023 | 0.3 | Emails re briefing schedule |
| 9/20/2023 | 6.2 | Draft beluga section of SJ brief |
| 10/3/2023 | 4.1 | Edit SJ brief |
| 10/4/2023 | 3.2 | Draft/edit beluga section of SJ brief |
| 10/5/2023 | 1 | Call re brief with EJ and NRDC |
| 10/15/23 | 1.1 | Edits to SJ brief |
| 10/16/23 | 0.3 | Edits to SJ brief |
| 10/18/23 | 2.4 | Edits to beluga section of SJ brief |
| 10/19/23 | 0.2 | Emails re brief |
| 10/20/23 | 0.4 | Finalize standing decs |
| 10/23/23 | 0.6 | Call w/EJ and NRDC re brief |
| 10/23/23 | 0.2 | Email w/EJ re edit to brief |
| 12/20/23 | 1.7 | Read feds brief |
| 1/3/2024 | 0.7 | Read states brief |
| 1/4/2024 | 0.5 | Call w/EJ and NRDC re SJ reply brief |
| 1/4/2024 | 6.4 | Research for SJ reply brief |
| 1/4/2024 | 1.9 | Draft beluga section of SJ reply brief |
| 1/5/2024 | 7.8 | Draft beluga section of SJ reply brief |
| 1/5/2024 | 2.3 | Research for SJ reply brief |
| 1/6/2024 | 9.2 | Draft beluga section of SJ reply brief |
| 1/8/2024 | 0.9 | Edit beluga section of SJ reply brief |
| 1/11/2024 | 1 | Call w/EJ and NRDC re brief |

| | | |
|---|---|---|
| 1/11/2024 | 3.7 | Edit SJ reply brief |
| 1/18/2024 | 2.2 | Review/address cite check |
| **Total:** | **141.5** | |

**Litigation Paralegal - Saunders, Sarah**

| | | |
|---|---|---|
| 12/13/2022 | 0.5 | Draft complaint supporting documents - civil cover sheet, corporate disclosure statement. |
| 12/20/2022 | 3.5 | Proof complaint. Prepare and finalize for filing case initiating documents. |
| 03/10/2023 | 0.3 | Provide edits to motion for record schedule. |
| 06/14/2023 | 0.2 | Outreach to clients re. standing declarations. |
| 06/15/2023 | 0.5 | Talk with RH at KBCS re. standing declaration. Follow-up with CH and |
| 06/28/2023 | 0.8 | Meet with CH and HP re. standing question, briefing schedule, record |
| 07/06/2023 | 0.7 | Work on standing for KCBS and Cook Inletkeeper. |
| 07/07/2023 | 1.5 | Draft template for KCBS declaration. |
| 07/11/2023 | 0.8 | Update KCBS template. Send to RHighland for review and next steps. |
| 07/12/2023 | 1.0 | Draft Cook Inletkeeper org declaration template. |
| 07/21/2023 | 1.0 | Update Cook Inletkeeper standing template. Email to SM. |
| 07/24/2023 | 0.8 | Draft standing template for ACAT. Email to PM. |
| 07/25/2023 | 1.0 | Draft stipulated briefing schedule and proposed order. |
| 09/28/2023 | 2.0 | Review ACAT and KBCS draft declarations. Send to EG for his review. Follow-up with RH at KBCS. |
| 10/05/2023 | 1.0 | Draft prompts for declaration updates. Email ACAT and KCBS. |
| 10/17/2023 | 1.0 | Review CIK standing declaration. Send to EG for his review. Email clients reminders for finalization. |
| 10/19/2023 | 1.0 | Standing declarations. |
| 10/24/2023 | 4.0 | Proof opening brief. |
| 01/08/2024 | 1.5 | Work on joint appendix. |
| 01/22/2024 | 3.0 | Proof, finalize and file reply brief. |
| 01/23/2024 | 2.5 | Start compiling joint appendix. |
| 01/24/2024 | 1.5 | Work on joint appendix. |
| 01/25/2024 | 1.0 | Work on joint appendix. |
| 01/28/2024 | 2.5 | Joint appendix. |
| 01/30/2024 | 1.0 | Finish compiling JA. Email internal team re. next steps. |
| 02/05/2024 | 1.0 | Draft motion to file JA electronically. Circulate to attorneys for review and edits. Finalize and file. |
| 02/05/2024 | 0.8 | Review JA and index. Prep for finalizing and filing. |
| 02/06/2024 | 2.5 | Draft notice of conventional filing. Circulate to attorneys along with question about filing. Finalize and file notice and joint appendix. |
| 08/12/2024 | 1.0 | Start gathering EAJA petition materials. |
| 08/13/2024 | 1.0 | Prep EAJA petition materials. |
| 08/19/2024 | 1.5 | Prep EAJA templates. |
| 08/20/2024 | 1.0 | Finish drafting EAJA templates. Email HF on next steps. |
| 08/21/2024 | 0.5 | Meet with HF re EAJA application. |
| **Total:** | **43.9** | |