## COSTS SUMMARY TABLE

| | Date | Description | Amount |
|---|---|---|---|
| **Court fees** | | | |
| | 12/21/2022 | Complaint filing fee | $402.00 |
| **Postage** | | | |
| | 12/21/2022 | Service of summons and complaint | $17.22 |
| | 12/21/2022 | Service of summons and complaint | $75.95 |
| | 10/24/2023 | Service of opening brief chambers copy | $9.65 |
| | | **Total:** | **$504.82** |