Hannah Payne Foster
Erik Grafe
Carole Holley
EARTHJUSTICE
310 K Street Suite 508
Anchorage, AK 99501
T: 907.277.2500
E: egrafe@earthjustice.org
E: cholley@earthjustice.org
E: hfoster@earthjustice.org

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

Kristen Monsell (*pro hac vice)*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR *et al.*,<br><br>*Defendants,*<br><br>and<br><br>STATE OF ALASKA<br><br>*Intervenor-Defendant.* | Case No. 3:22-cv-00279-SLG |

# DECLARATION OF KRISTEN MONSELL

I, Kristen Monsell, hereby declare as follows,

1. The facts set forth in this declaration are based on my personal knowledge and if called as a witness, I could and would competently testify thereto under oath. As to those matters that reflect an opinion, they reflect my personal opinion and judgment upon the matter.

2. I am an attorney at the Center for Biological Diversity and represented Plaintiff Center for Biological Diversity in this case. I submit this declaration in support of the application for an award of attorney's fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

3. The Center for Biological Diversity is a 501(c)(3) organization that currently has less than 500 employees and had less than 500 employees at the time this litigation was filed.

4. I obtained my law degree in 2009 from Lewis & Clark Law School and received a certificate in Environmental and Natural Resources Law. While in law school I participated in multiple environmental clinic programs, the Animal Law Journal, and worked or volunteered for several non-profit environmental organizations.

5. Throughout my legal career, I have worked only in public interest environmental litigation. My legal practice has focused on environmental law under the Marine Mammal Protection Act, Endangered Species Act, and National Environmental Policy Act including multiple cases involving the harms oil and gas activities cause to marine mammals. I have also litigated cases under the Outer Continental Shelf Lands

Act. I have written chapters in legal textbooks regarding the Marine Mammal Protection Act and other environmental laws. I have presented at national and international conferences on U.S. environmental laws, including giving presentations and participating in panel discussions about how marine mammals are harmed by noise pollution from the oil and gas industry, and how the law and science intersect in the space.

6. After law school I worked as an assistant attorney general in the Natural Resources Section of the Oregon Department of Justice and as a legal fellow and staff attorney at The Humane Society of the United States in Washington, D.C. where I specialized in wildlife law. I have worked at the Center for Biological Diversity since 2014, first as a staff attorney and then as a senior attorney and legal director of the Oceans Program. In my role as Oceans Program Legal Director, I am charged with overseeing all active lawsuits in the Oceans Program. I have gained a deep and specialized expertise in the area of environmental law.

8. The Center for Biological Diversity does not bill for attorneys' time. Reasonable hourly rates can be established by reference to the actual rates charged by attorneys of similar experience and expertise in private practice. I have based my requested rates on rates awarded in other cases.

9. Based on my general litigation experience, my review of attorneys' fee declarations in other cases, my research of current attorney rates in the Anchorage legal markets, and based on my discussions with other Anchorage-based attorneys, I am familiar with the commercial billing rates of attorneys in the area, and the rates that

courts have awarded as reasonable hourly rates in the U.S. District Court for the District of Anchorage.

10. I am seeking compensation for my time spent on this case at a rate of $450 per hour. This rate is supported by market rates in Anchorage for an attorney of my experience and expertise.

11. The reasonableness of my rates is supported by the rates awarded by judges in the District of Alaska in other cases, including *United Cook Inlet Drift Association v. National Marine Fisheries Service*, Case No. 3:21-cv-00255-JMK; *United Cook Inlet Drift Association v. National Marine Fisheries Service*, Case No. 3:13-cv-00104-TMB; and *Blakeslee v. Shaw Environmental and Infrastructure, Inc.*, Case No. 3:09-cv-00214-SLG. These cases support the reasonableness of my rate requested in this case for the work I performed. My rate is also supported by and consistent with declarations filed in other cases regarding market rates in the Anchorage area for experienced environmental attorneys, as reflected by the other cases referenced in the declaration of Hannah Payne Foster in support of the Fee Application.

12. During this litigation and up to the present, I kept contemporaneous time records. The time for which I am seeking recovery was devoted to tasks necessary to secure a favorable judgment. In my professional opinion, the hours claimed were necessary to successfully litigate this case and secure a favorable judgment. I have reviewed my time records to ensure I am not seeking recovery for time that is excessive, duplicative, or otherwise unnecessary.

13. I am entitled to enhanced rates as an experienced environmental specialist under EAJA. I have specialized in environmental law for my entire career and many of my cases have involved harm to marine mammals from oil and gas activities. I was able to conduct this work—and ultimately, to win this case, with substantial benefits for the public—due to the depth of my specific experience and proficiency with the subject matter at hand. My skills are not available elsewhere at the EAJA-statutory rate.

14. As a general rule, litigants like Applicants must rely on non-profit entities like the Center for Biological Diversity to bring this type of case. It is generally not possible to find attorneys who would take on these kinds of cases due to the experience required, the extensive commitment of time, and the risk of recovering no fees or only partial fees. That is true of this case.

15. An accurate copy of my timesheet is included as Attachment A to the Declaration of Hannah Payne Foster.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/16/2024 By: /s/ *Kristen Monsell*
Kristen Monsell