Hannah Payne Foster
Erik Grafe
Carole Holley
EARTHJUSTICE
441 W 5th Avenue Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: egrafe@earthjustice.org
E: cholley@earthjustice.org
E: hfoster@earthjustice.org

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

Kristen Monsell (*pro hac vice)*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

COOK INLETKEEPER *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF THE INTERIOR *et al.*,

*Defendants,*

and

STATE OF ALASKA

*Intervenor-Defendant.*

Case No. 3:22-cv-00279-SLG

**DECLARATION OF PAMELA K. MILLER**

I, Pamela K. Miller, hereby declare as follows,

1. I am the Executive Director for Alaska Community Action on Toxics (ACAT). I am familiar with ACAT's mission, purpose, and activities.

2. ACAT is exempt from taxation under section 501(c)(3) of the Internal Revenue Code and has fewer than 500 full-time employees. This was true when the complaint in this action was filed in December 2022.

I declare under penalty of perjury that the foregoing is true and correct.

By: Pamela K. Miller

Dated: 10/16/24

______________________________