IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR *et al.*,<br><br>*Defendants*,<br><br>and<br><br>STATE OF ALASKA<br><br>*Intervenor-Defendant.* | Case No. 3:22-cv-00279-SLG |

**DECLARATION OF**

**Roberta Highland**

**Exhibit 5, page 1 of 2**

I, Roberta Highland, hereby declare as follows,

1. I am the President of the Board of Directors for Kachemak Bay Conservation Society (KBCS). I am familiar with ACAT's mission, purpose, and activities.

2. KBCS is exempt from taxation under section 501(c)(3) of the Internal Revenue Code and has fewer than 500 full-time employees. This was true when the complaint in this action was filed in December 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10-1-24 By: Roberta Highland