IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR *et al.*,<br><br>*Defendants,*<br><br>and<br><br>STATE OF ALASKA<br><br>*Intervenor-Defendant.* | Case No. 3:22-cv-00279-SLG |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND EXPENSES**

Upon consideration of Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society's (Applicants) Application for Attorneys' Fees and Expenses Under 28 U.S.C. § 2412, and all material submitted in support thereof and in opposition thereto, it is hereby ORDERED that the application is GRANTED.

Defendants United States Department of the Interior *et al.*, shall pay to Applicants $205,599.00 in attorneys' fees and $504.82 in costs. Any checks or electronic fund transfers shall be made payable to the Applicants' counsel Earthjustice.

SO ORDERED this ___ day of _________________, 2024.

SHARON L. GLEASON
United States District Judge