Hannah Payne Foster
Erik Grafe
Carole Holley
EARTHJUSTICE
310 K Street Suite 508
Anchorage, AK 99501
T: 907.277.2500
E: hfoster@earthjustice.org
E: egrafe@earthjustice.org
E: cholley@earthjustice.org

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

Kristen Monsell (*pro hac vice)*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

COOK INLETKEEPER *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF THE INTERIOR *et al.*,

*Defendants,*

and

STATE OF ALASKA

*Intervenor-Defendant.*

Case No. 3:22-cv-00279-SLG

**PLAINTIFFS' AND FEDERAL DEFENDANTS' JOINT MOTION TO STAY BRIEFING FOR ATTORNEYS' FEES AND EXPENSES**

Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society (Applicants) and Federal Defendants jointly move to stay briefing on the Application for Attorneys' Fees and Expenses under 28 U.S.C. § 2412. Doc. 60.[1] Under the Equal Access to Justice Act (EAJA), Plaintiffs must apply for an award of attorneys' fees and other expenses "within thirty days of final judgment." 28 U.S.C. § 2412(d)(1)(B); *see also* 28 U.S.C. § 2412(d)(2)(G) (defining "final judgment" as "a judgment that is final and not appealable, and includes an order of settlement"). The Ninth Circuit Court of Appeals granted Defendants' motion to voluntarily dismiss their appeal on September 26, 2024. Doc. 59. Therefore, any motion for attorneys' fees under EAJA is due by October 28, 2024. 28 U.S.C. § 2412(d)(1)(B), (d)(2)(g); Fed. R. Civ. P. 6(a)(1)(C).

The parties will attempt to resolve this matter through negotiation and do not want to incur additional fees and unnecessary expenses. Accordingly, the parties respectfully request that the Court stay briefing and submission of additional or modified materials supporting or contesting Applicants' motion for 90 days. At that time, the parties will file a status report updating the Court on the status of their negotiations. If settlement negotiations have been unsuccessful, the parties will file an agreed-to schedule for the completion of briefing on Applicants' motion, including the submission of additional or modified materials in support or opposition. The parties further agree that they will not

[1] Plaintiffs do not seek any fees or expenses from Intervenor-Defendants. Therefore, Intervenor-Defendants are not a party to this motion.

raise any objection to the timeliness or completeness of Applicants' motion, or of any opposition to Applicants' motion, resulting from this stay if settlement cannot be reached.

Respectfully submitted this 18th day of October, 2024,

*s/ Hannah Payne Foster*
Hannah Payne Foster (Alaska Bar No. 2105045)
Erik Grafe (Alaska Bar No. 0804010)
Carole Holley (Alaska Bar No. 0611076)
EARTHJUSTICE

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

*s/ Kristen Monsell*
Kristen Monsell (pro hac vice)
CENTER FOR BIOLOGICAL DIVERSITY

*Attorney for Plaintiff Center for Biological Diversity.*

*s/ Luther L. Hajek*
LUTHER L. HAJEK (CO Bar 44303)
ALEXIS G. ROMERO (DC Bar 90006907)
United States Department of Justice
Environment and Natural Resources Division

*Attorneys for Federal Defendants*

## CERTIFICATE OF COMPLIANCE WITH WORD LIMITS

I certify that this document contains 291 words, excluding items exempted by Local Civil Rule 7.4(a)(4), and complies with the word limits of Local Civil Rule 7.4(a)(2).

*s/ Hannah Payne Foster*
Hannah Payne Foster (Alaska Bar No. 2105045)
EARTHJUSTICE

## CERTIFICATE OF SERVICE

I certify that on October 18, 2024, a copy of foregoing PLAINTIFFS' AND FEDERAL DEFENDANTS' JOINT MOTION TO STAY BRIEFING FOR ATTORNEYS' FEES AND EXPENSES, with proposed order, was served electronically on Luther L. Hajek and Mary Hunter Gramling.

*s/ Hannah Payne Foster*
Hannah Payne Foster (Alaska Bar No. 2105045)
EARTHJUSTICE