IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| COOK INLETKEEPER *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR *et al.*,<br><br>*Defendants,*<br><br>and<br><br>STATE OF ALASKA<br><br>*Intervenor-Defendant.* | ) | Case No. 3:22-cv-00279-SLG |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' AND FEDERAL DEFENDANTS' JOINT MOTION TO STAY BRIEFING FOR ATTORNEYS' FEES AND EXPENSES**

Upon consideration of Plaintiffs and Federal Defendants' Joint Motion to Stay Briefing for Attorney's Fees and Expenses, IT IS ORDERED that the Motion is GRANTED.

Briefing on and submission of additional or modified materials supporting or contesting Plaintiffs' motion is STAYED for 90 days. Plaintiffs and Federal Defendants shall file a status report on or before 90 days from the date of this order, advising the Court of the status of their settlement negotiations.

SO ORDERED this ___ day of _________________, 2024.

___________________________________
SHARON L. GLEASON
United States District Judge