IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

COOK INLETKEEPER *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF THE INTERIOR *et al.*,

*Defendants,*

and

STATE OF ALASKA

*Intervenor-Defendant*.

Case No. 3:22-cv-00279-SLG

**FEDERAL DEFENDANTS' STATUS REPORT ON SUPPLEMENTAL ENVIRONMENTAL IMPACT STATEMENT**

**FEDERAL DEFENDANTS' STATUS REPORT**

Federal Defendants United States Department of the Interior (DOI) *et al.*, hereby respectfully submit the following status report about the Bureau of Ocean Energy Management's (BOEM) Supplemental Environmental Impact Statement (SEIS) for Lease Sale 258.

On August 16, 2022, Congress passed the Inflation Reduction Act ("IRA"), which directed BOEM to hold oil and gas Lease Sale 258 by December 31, 2022. IRA, Pub. L. No. 117-169, § 50264(c); 136 Stat. 1818, 2060 (2022). BOEM finalized its Final Environmental

Impact Statement (FEIS) for the Lease Sale on October 28, 2022. 87 Fed. Reg. 65,247 (Oct. 28, 2022); *see also* AR0020926-21353. DOI executed the record of decision (ROD) for Lease Sale 258 on November 26, 2022, and issued the final notice of sale two days later. BOEM then held Lease Sale 258 on December 30, 2022, resulting in the sale of one lease parcel.

Plaintiffs sued on December 21, 2022, alleging several violations of the National Environmental Policy Act (NEPA). On July 16, 2024, the Court issued a decision granting in part Plaintiffs' motion for summary judgment. First, the Court held that BOEM failed to consider a reasonable range of alternatives. ECF No. 52 at 24-25. Second, the Court held that BOEM did not take a hard look at impacts of vessel noise on beluga whales. *Id.* at 29-36. Third, the Court held that BOEM failed to analyze the cumulative impacts to beluga whales separately from the analysis of cumulative impacts to other marine mammals. *Id.* at 36-39.

Turning to remedy, the Court declined to vacate Lease Sale 258, citing the sale's mandate under the Inflation Reduction Act. ECF No. 52 at 48. Instead, the Court remanded the FEIS and ROD "for Federal Defendants to provide a supplemental EIS addressing the deficiencies identified" in the Court's decision, and it suspended the sole lease pending the completion of that SEIS. *Id.* The Court retained jurisdiction during the SEIS process and directed Federal Defendants to "file a status report with the Court within 6 months of the date of this order and every 6 months thereafter until the supplemental NEPA review is complete." *Id.* at 48-49.

Since the Court's decision and order, BOEM has made progress on the SEIS. BOEM intends to publish a notice of intent to prepare an SEIS in the Federal Register by the second quarter of 2025.

DATED: January 15, 2025


TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

/s/ *Alexis G. Romero*
ALEXIS G. ROMERO (D.C. Bar 90006907)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611,
Washington, DC 20044-7611
Tel: 203-353-5885
alexis.romero@usdoj.gov

*/s/ Luther L. Hajek*
LUTHER L. HAJEK (CO Bar 44303)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1376; Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2025 a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Alexis G. Romero*

Alexis G. Romero