IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

COOK INLETKEEPER *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF THE INTERIOR *et al.*,

*Defendants,*

and

STATE OF ALASKA

*Intervenor-Defendant*.

Case No. 3:22-cv-00279-SLG

**JOINT STATUS REPORT REGARDING ATTORNEYS' FEES**

Pursuant to the Court's October 21, 2024 Text Order, ECF No. 62, Defendants United States Department of the Interior *et al.*, and Plaintiffs Cook Inletkeeper *et al.* hereby respectfully submit this status report regarding the status of their negotiations relating to Plaintiffs' Application for Attorneys' Fees and Expenses Under 28 U.S.C. § 2412 ("Fee Motion"), ECF No. 60. Defendants and Plaintiffs have been negotiating attorneys' fees in good faith and continue to do so. Defendants sent a settlement proposal to Plaintiffs, and Plaintiffs sent a counter-proposal. The parties anticipate that it will take several more weeks to negotiate a settlement and to obtain final approval from the respective principals,

including officials within the U.S. Department of Justice and the U.S. Department of the Interior.

Accordingly, Plaintiffs and Defendants jointly request that the briefing of the Fee Motion be stayed for an additional sixty days. Courts have broad discretion to stay proceedings and to defer judicial review in the interest of justice and efficiency. *See Air Line Pilots Ass'n v. Miller*, 523 U.S. 866, 879 n.6 (1998) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.") (quoting *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936)); *see also CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962). Within sixty days, Plaintiffs and Defendants will submit a status report informing the Court whether they have reached an approved settlement regarding the Fee Motion and the fee issue is finally resolved.

DATED: January 17, 2025

KATHERINE E. KONSCHNIK
Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/ Luther L. Hajek*
LUTHER L. HAJEK (CO Bar 44303)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370 Denver, CO 80202
Ph: (303) 844-1376; Fax: (303) 844-1350
luke.hajek@usdoj.gov

/s/ *Alexis G. Romero*
ALEXIS G. ROMERO (D.C. Bar: 90006907)
United States Department of Justice
Environment & Natural Resources Division

P.O. Box 7611,
Washington, DC 20044-7611
Tel: 203-353-5885
alexis.romero@usdoj.gov

*Attorneys for Federal Defendants*

*s/ Hannah Payne Foster*
Hannah Payne Foster (Alaska Bar No. 2105045)
Erik Grafe (Alaska Bar No. 0804010)
Carole Holley (Alaska Bar No. 0611076)
EARTHJUSTICE

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

*/s Kristen Monsell*
Kristen Monsell (pro hac vice)
CENTER FOR BIOLOGICAL DIVERSITY
*Attorney for Plaintiff Center for Biological Diversity.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025 a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*<u>/s/ Luther L. Hajek</u>*
Luther L. Hajek
U.S. Department of Justice