**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| COOK INLETKEEPER *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR *et al.*,<br><br>Defendants,<br><br>and<br><br>STATE OF ALASKA,<br><br>Intervenor-Defendant. | Case No. 3:22-cv-00279-SLG<br><br>**[PROPOSED] ORDER** |

Upon consideration of Plaintiffs and Defendants' Joint Status Report Regarding Attorneys' Fees, and finding that good cause exists to continue to stay the briefing of Plaintiffs' Application for Attorneys' Fees and Expenses Under 28 U.S.C. § 2412, ECF No. 67, to allow the parties to pursue settlement, it is hereby ordered that the briefing of Plaintiffs' Application for Fees and Expenses is stayed for an additional thirty days. By April 17, 2025, Defendants and Plaintiffs shall submit a status report informing the Court whether they have received final approval regarding fees and whether the fee issue is finally resolved.

IT IS SO ORDERED.

DATED this ____ day of_______________, 2025.

HON. SHARON L. GLEASON
United States District Judge