ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

LUTHER L. HAJEK (CO Bar 44303)
ALEXIS G. ROMERO (DC Bar 90006907)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1376; (203) 3535885
E-mail: luke.hajek@usdoj.gov
alexis.romero@usdoj.gov

*Attorneys for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| COOK INLETKEEPER *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR *et al.*,<br><br>Defendants,<br><br>and<br><br>STATE OF ALASKA,<br><br>Intervenor-Defendant. | Case No. 3:22-cv-00279-SLG<br><br>**JOINT STATUS REPORT REGARDING ATTORNEYS' FEES** |

Pursuant to the Court's January 21, 2025 Text Order, ECF No. 66, Defendants United States Department of the Interior *et al.*, and Plaintiffs Cook Inletkeeper *et al.* hereby respectfully submit this status report regarding the status of their negotiations relating to

Plaintiffs' Application for Attorneys' Fees and Expenses Under 28 U.S.C. § 2412 ("Fee Motion"), ECF No. 60. Defendants and Plaintiffs have negotiated an agreement in principle to resolve the application for attorneys' fees. Defendants anticipate, however, that it will take approximately two more weeks to obtain a final decision regarding settlement from the appropriate officials within the U.S. Department of Justice and the U.S. Department of the Interior.

Accordingly, Plaintiffs and Defendants jointly request that the briefing of the Fee Motion be stayed for an additional fourteen days. Courts have broad discretion to stay proceedings and to defer judicial review in the interest of justice and efficiency. *See Air Line Pilots Ass'n v. Miller*, 523 U.S. 866, 879 n.6 (1998) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.") (quoting *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936)); *see also CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962). Within fourteen days, Plaintiffs and Defendants will submit a status report informing the Court whether they have reached an approved settlement regarding the Fee Motion and the fee issue is finally resolved.

DATED: April 17, 2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/ Luther L. Hajek*
LUTHER L. HAJEK (CO Bar 44303)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370 Denver,

CO 80202
Ph: (303) 844-1376; Fax: (303) 844-1350
luke.hajek@usdoj.gov

/s/ *Alexis G. Romero*
ALEXIS G. ROMERO (D.C. Bar: 90006907)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611,
Washington, DC 20044-7611
Tel: 203-353-5885
alexis.romero@usdoj.gov

*Attorneys for Federal Defendants*

*s/ Hannah Payne Foster*
Hannah Payne Foster (Alaska Bar No. 2105045)
Erik Grafe (Alaska Bar No. 0804010)
Carole Holley (Alaska Bar No. 0611076)
EARTHJUSTICE

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

*/s Kristen Monsell*
Kristen Monsell (pro hac vice)
CENTER FOR BIOLOGICAL DIVERSITY
*Attorney for Plaintiff Center for Biological Diversity.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2025 a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Luther L. Hajek*
Luther L. Hajek
U.S. Department of Justice