Hannah Payne Foster
Erik Grafe
Carole Holley
EARTHJUSTICE
310 K Street Suite 508
Anchorage, AK 99501
T: 907.277.2500
E: egrafe@earthjustice.org
E: cholley@earthjustice.org
E: hfoster@earthjustice.org

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

Kristen Monsell (*pro hac vice)*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

COOK INLETKEEPER *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF THE INTERIOR *et al.*,

*Defendants,*

and

STATE OF ALASKA

*Intervenor-Defendant.*

Case No. 3:22-cv-00279-SLG

**UNOPPOSED MOTION TO WITHDRAW APPLICATION FOR ATTORNEY'S FEES AND EXPENSES**

Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society (Applicants) move to withdraw their Application for Attorneys' Fees and Expenses Under 28 U.S.C. § 2412 (Application), filed October 18, 2024. Doc. 60. Briefing on the Application was stayed pending settlement negotiations between Applicants and Federal Defendants. Doc. 62, Doc. 64, Doc. 66, Doc. 68, Doc. 70. On May 1, 2025, Applicants and Federal Defendants filed a Joint Status Report informing the Court that they had executed a settlement agreement to resolve the Application. Doc. 69. They proposed to stay briefing for an additional sixty days to allow payment to be made. *Id.* The Court approved that request and ordered that "closing papers or a further status report shall be filed no later than July 1, 2025." Doc. 72. Applicants hereby inform the Court that payment has been completed. Applicants therefore move to dismiss the Application with prejudice and close the case file. Federal Defendants do not oppose this motion.

Respectfully submitted this 1st day of July, 2025,

*s/ Carole Holley*

Carole Holley (Alaska Bar No. 0611076)
Erik Grafe (Alaska Bar No. 0804010)
Hannah Payne Foster (Alaska Bar No. 2105045)
EARTHJUSTICE

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

*s/ Kristen Monsell*
Kristen Monsell (pro hac vice)
CENTER FOR BIOLOGICAL DIVERSITY

*Attorney for Plaintiff Center for Biological Diversity.*

## CERTIFICATE OF COMPLIANCE WITH WORD LIMITS

I certify that this document contains 167 words, excluding items exempted by Local Civil Rule 7.4(a)(4), and complies with the word limits of Local Civil Rule 7.4(a)(2).

*s/ Carole Holley*
Carole Holley (Alaska Bar No. 0611076)
EARTHJUSTICE

## CERTIFICATE OF SERVICE

I certify that on July 1, 2025, a copy of the foregoing MOTION TO WITHDRAW APPLICATION FOR ATTORNEYS' FEES AND EXPENSES, with proposed order, was served electronically on Luther L. Hajek and Mary Hunter Gramling.

*s/ Carole Holley*
Carole Holley (Alaska Bar No. 0611076)
EARTHJUSTICE