IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| COOK INLETKEEPER *et al.*, | ) | |
| *Plaintiffs*, | ) | Case No. 3:22-cv-00279-SLG |
| v. | ) | |
| U.S. DEPARTMENT OF THE INTERIOR *et al.*, | ) | |
| *Defendants,* | ) | |
| and | ) | |
| STATE OF ALASKA | ) | |
| *Intervenor-Defendant.* | ) | |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPLICATION FOR ATTORNEYS' FEES AND EXPENSES**

Upon consideration of Applicants' Unopposed Motion to Withdraw Application for Attorneys' Fees and Expenses, the motion is hereby GRANTED. IT IS ORDERED that the Application is withdrawn with prejudice and the above-captioned case is CLOSED.

SO ORDERED this ____ day of _____________, 2025.

_______________________________
HON. SHARON L. GLEASON
United States District Judge