ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

LUTHER L. HAJEK (CO Bar 44303)
ALEXIS G. ROMERO (DC Bar 90006907)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1376; (203) 3535885
E-mail: luke.hajek@usdoj.gov
alexis.romero@usdoj.gov

*Attorneys for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| COOK INLETKEEPER *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR *et al.*,<br><br>Defendants,<br><br>and<br><br>STATE OF ALASKA,<br><br>Intervenor-Defendant. | Case No. 3:22-cv-00279-SLG<br><br>**FEDERAL DEFENDANTS' STATUS REPORT REGARDING SUPPLEMENTAL ENVIRONMENAL IMPACT STATEMENT** |

Pursuant to the Court's July 16, 2024 summary judgment order, ECF No. 52, Federal Defendants United States Department of the Interior *et al.*, hereby respectfully submit the

following status report about the Bureau of Ocean Energy Management's ("BOEM") Supplemental Environmental Impact Statement ("SEIS") for Lease Sale 258.

Since the last status report filed on January 15, 2025, ECF No. 63, on April 4, 2025, BOEM published its Notice of Intent to prepare an SEIS for Outer Continental Shelf Oil and Gas Lease Sale 258 in the Cook Inlet Planning Area. *See* 90 Fed. Reg. 14,866 (Apr. 4, 2025). BOEM currently plans to complete and publish the SEIS by the end of 2025.

Respectfully submitted this 16th day of July 2025,


ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ *Luther L. Hajek*
LUTHER L. HAJEK (CO Bar 44303)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370 Denver, CO 80202
Ph: (303) 844-1376; Fax: (303) 844-1350
luke.hajek@usdoj.gov

/s/ *Alexis G. Romero*
ALEXIS G. ROMERO (D.C. Bar: 90006907)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611,
Washington, DC 20044-7611
Tel: 203-353-5885
alexis.romero@usdoj.gov

*Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2025 a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Luther L. Hajek*
Luther L. Hajek
U.S. Department of Justice