ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

LUTHER L. HAJEK (CO Bar 44303)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., North Terrace, Suite 600
Denver, CO 80202
Ph: (303) 241-0826
E-mail: luke.hajek@usdoj.gov

*Attorneys for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| COOK INLETKEEPER *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR *et al.*,<br><br>Defendants,<br><br>and<br><br>STATE OF ALASKA,<br><br>Intervenor-Defendant. | Case No. 3:22-cv-00279-SLG<br><br>**FEDERAL DEFENDANTS' NOTICE REGARDING THE COMPLETION OF A SUPPLEMENTAL ENVIRONMENTAL IMPACT STATEMENT AND ISSUANCE OF A RECORD OF DECISION FOR LEASE SALE 258** |

On July 16, 2024, the Court granted summary judgment to Plaintiffs Cook Inletkeeper *et al.*'s on some of their National Environmental Policy Act ("NEPA") claims challenging the U.S. Bureau of Ocean Energy Management's ("BOEM") decision authorizing offshore oil and gas Lease Sale 258 in Cook Inlet. *See* Decision and Order, Dkt. No. 52. The Court

remanded BOEM's leasing decision without vacating it and instructed Federal Defendants to prepare a supplemental environmental impact statement ("SEIS") addressing the NEPA deficiencies identified by the Court. *See id.* at 48. The Court also ordered that the sole lease issued pursuant to Lease Sale 258, which was issued to Hilcorp, be suspended during the preparation of the SEIS. *Id.* The Court retained jurisdiction and ordered Federal Defendants to submit status reports regarding the status of the SEIS every six months. *Id.* at 48-49. Federal Defendants have done so. *See* Dkt. Nos. 63 and 65.

As previously reported, on April 4, 2025, BOEM initiated the process of preparing an SEIS by publishing a notice of intent in the Federal Register. *See* 90 Fed. Reg. 14,866 (Apr. 4, 2025). On December 12, 2025, BOEM completed the SEIS addressing the issues identified by the Court. *See* https://www.boem.gov/oil-gas-energy/leasing/lease-sale-258 (last visited January 5, 2026). And on December 22, 2025, BOEM issued a record of decision affirming its decision to authorize Lease Sale 258. *See* Alaska Outer Continental Shelf, Cook Inlet Planning Area, Oil and Gas Lease Sale 258, 90 Fed. Reg. 59,864 (Dec. 22, 2025). Therefore, the supplemental NEPA process ordered by the Court is now complete.

Respectfully submitted this 7th day of January 2026,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/ Luther L. Hajek*
LUTHER L. HAJEK (CO Bar 44303)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., North Terrace, Suite 600
Denver, CO 80202
Ph: (303) 241-0826; Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2026 a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Luther L. Hajek*
Luther L. Hajek
U.S. Department of Justice