# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>    Defendants,<br><br>    and<br><br>STATE OF ALASKA,<br><br>    Intervenor-Defendant. | Case No. 3:22-cv-00279-SLG |

## ORDER ON FURTHER PROCEEDINGS

On July 16, 2024, the Court issued an order that granted summary judgment to Plaintiffs[1] on some of their National Environmental Policy Act ("NEPA") claims, remanded without vacatur Lease Sale 258's Final Environmental Impact Statement ("EIS") and the Record of Decision ("ROD"), suspended Hilcorp's lease pending a supplemental EIS ("SEIS") from Federal Defendants,[2] and directed

---

[1] Plaintiffs are Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, Kachemak Bay Conservation Society, and Natural Resources Defense Council, Inc. Docket 1 at ¶¶ 14-20.

[2] Federal Defendants are the United States Department of the Interior; the Bureau of Ocean Energy Management ("BOEM"); Matthew Giacona, in his official capacity as Acting Director of BOEM; Doug Burgum, in his official capacity as Secretary of the Interior; and Kate MacGregor, in her official capacity as Principal Deputy Assistant Secretary of the Interior for Land and Minerals Management. The individual Federal Defendants were recently substituted in this action pursuant to Rule 25(d), Federal Rules of Civil Procedure.

Federal Defendants to file periodic status reports.[3] No final judgment was entered at that time, as the Court retained jurisdiction during the pendency of the supplemental EIS process and the case was administratively closed.[4]

On January 7, 2026, Federal Defendants filed a Notice Regarding the Completion of a Supplemental Environmental Impact Statement and Issuance of a Record of Decision for Lease Sale 258.[5] According to Federal Defendants, "the supplemental NEPA process ordered by the Court is now complete."[6]

In light of the foregoing, the parties shall meet and confer and file a status report (either jointly or separately) within 14 days of the date of this order indicating whether a Final Judgment can be entered in this action at this time or whether further proceedings are necessary.

DATED this 23rd day of January, 2026, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

---

[3] Docket 52 at 48-49.

[4] Docket 52 at 48.

[5] Docket 77.

[6] Docket 77 at 2.

Case No. 3:22-cv-00279-SLG, *Cook Inletkeeper, et al. v. U.S. Dept. of the Interior, et al.*
Order on Further Proceedings
Page 2 of 2

Case 3:22-cv-00279-SLG   Document 79   Filed 01/23/26   Page 2 of 2