ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

LUTHER L. HAJEK (CO Bar 44303)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., North Terrace, Suite 600
Denver, CO 80202
Ph: (303) 241-0826
E-mail: luke.hajek@usdoj.gov

*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR *et al.*,<br><br>Defendants,<br><br>and<br><br>STATE OF ALASKA,<br><br>Intervenor-Defendant. | Case No. 3:22-cv-00279-SLG<br><br>**JOINT STATUS REPORT** |

As directed by the Court's January 23, 2026 Order, Dkt. No. 79, Defendants United States Department of the Interior *et al.* assert that no further proceedings are necessary, and the Court may enter final judgment. Plaintiffs agree with Defendants that the Court should terminate this case and enter final judgment. However, Plaintiffs represent that while

*Cook Inletkeeper et al. v. U.S. Dep't of the Interior et al.*,          1
Case No. 3:22-cv-00279-SLG

they do not intend to pursue further litigation in this case, they do not concede the lawfulness of the supplemental environmental impact statement (SEIS), including the process by which Defendants issued it and the lack of public comment.  Plaintiffs reserve the right to challenge its use for any purpose other than for Lease Sale 258, including for future agency action on the lease issued as a result of Lease Sale 258 and for other agency actions.  Defendants reserve all defenses relating to any such challenges.

DATED: February 5, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

*/s/ Luther L. Hajek*
LUTHER L. HAJEK (CO Bar 44303)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370 Denver, CO 80202
Ph: (303) 241-0826; Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Attorneys for Federal Defendants*

s/ Hannah Payne Foster
Hannah Payne Foster (Alaska Bar No. 2105045)
Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE

*Attorneys for Plaintiffs Cook Inletkeeper, Alaska Community Action on Toxics, Center for Biological Diversity, and Kachemak Bay Conservation Society.*

s/ Kristen Monsell
Kristen Monsell (pro hac vice)
CENTER FOR BIOLOGICAL DIVERSITY
*Attorney for Plaintiff Center for Biological Diversity.*

*s/ Julia K. Forgie*
Julia K. Forgie (pro hac vice)
Irene Gutierrez (pro hac vice)
Thomas Zimpleman (pro hac vice)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Plaintiff Natural Resources Defense Council*

STEPHEN J. COX
ATTORNEY GENERAL

By: */s/Mary Hunter Gramling*
Mary Hunter Gramling
Alaska Bar No. 1011078
State of Alaska
Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2520
Email: mary.gramling@alaska.gov

*Attorney for the State of Alaska*

*Cook Inletkeeper et al. v. U.S. Dep't of the Interior et al.,*   3
Case No. 3:22-cv-00279-SLG

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2026 a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                                        */s/ Luther L. Hajek*
                                        Luther L. Hajek
                                        U.S. Department of Justice

*Cook Inletkeeper et al. v. U.S. Dep't of the Interior et al.*,
Case No. 3:22-cv-00279-SLG                                                                            4

Case 3:22-cv-00279-SLG    Document 80    Filed 02/05/26    Page 4 of 4