# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

COOK INLETKEEPER, *et al.*,

      Plaintiffs,

    v.

U.S. DEPARTMENT OF THE INTERIOR, *et al.*,

      Defendants,

  and

STATE OF ALASKA,

      Intervenor-Defendant.

Case No. 3:22-cv-00279-SLG

## ORDER TERMINATING CASE

In the parties' Joint Status Report filed on February 5, 2026, "Defendants United States Department of the Interior *et al.* assert that no further proceedings are necessary, and the Court may enter final judgment" and "Plaintiffs agree with Defendants that the Court should terminate this case and enter final judgment."[1]

In light of the foregoing, the Court finds that further proceedings are not necessary and a final judgment should be entered. The Court understands that Plaintiffs reserve the right to challenge the lawfulness of the supplemental environmental impact statement (SEIS) for any purpose other than for Lease Sale

---

[1] Docket 80 at 1.

258, including for future agency action on the lease issued as a result of Lease Sale 258 and for other agency actions, and Defendants reserve all defenses relating to any such challenges.

The Clerk of Court shall enter a final judgment accordingly and close this case.

DATED this 6th day of February, 2026, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

Case No. 3:22-cv-00279-SLG, *Cook Inletkeeper, et al. v. U.S. Dept. of the Interior, et al.*
Order Terminating Case
Page 2 of 2

Case 3:22-cv-00279-SLG     Document 81     Filed 02/06/26     Page 2 of 2