# UNITED STATES DISTRICT COURT
for the
District of Alaska

COOK INLETKEEPER, *et al.,*
_____
*Plaintiffs*
v.
U.S. DEPARTMENT OF THE INTERIOR, *et al.,*
_____
*Defendants*
*and*
STATE OF ALASKA,
_____
*Intervenor-Defendant*

)
)
)
)
)
)
)
)

Civil Action No.   3:22-cv-00279-SLG

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT final judgment is entered pursuant to the Court's Order at Docket 81.

APPROVED:

**s/Sharon L. Gleason**
_____
Sharon L. Gleason
United States District Judge

Date: February 9, 2026

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

**Candice M. Duncan**
_____
Candice M. Duncan
Clerk of Court